FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 26 2015

JAMES N. HATTEN, Clerk
By:  Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA,
ATLANTA DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSAL DEBT & PAYMENT SOLUTIONS, LLC, *et al.*, <br><br> Defendants. |  <br><br> Civil action no. <br> 1:15-CV-0859 |

### [*PROPOSED*] ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION TO TEMPORARILY SEAL ENTIRE FILE AND DOCKET

Plaintiff Consumer Financial Protection Bureau ("Bureau") has moved for an order temporarily sealing the entire case file and docket in this matter, including all pleadings, exhibits, and other papers filed in support thereof, and all orders of the Court. Upon consideration of Plaintiff's *ex parte* Motion to Temporarily Seal Entire File Docket, as well as related pleadings, this Court finds good cause to seal temporarily the case file and docket in this case, and hereby GRANTS Plaintiff's Motion.

**IT IS THEREFORE ORDERED** that Plaintiff's Complaint, TRO Application, and related pleadings may be filed under seal, and that the

entire case file and docket in this matter, including all pleadings, exhibits, and all orders of the Court will remain under seal until all Defendants have been served, or until seven (7) days after the Court takes action on Plaintiff's TRO Motion, whichever occurs first.

**IT IS FURTHER ORDERED** that while the case file remains sealed, the Clerk of the Court will not make any publicly available notation of the aforementioned materials on the public record or PACER system.

**IT IS FURTHER ORDERED** that, unless otherwise ordered or provided, the seal entered by this order will dissolve at 5:00 p.m. seven (7) days after the Court takes action on Plaintiff's TRO Motion. At that time, the Clerk of the Court will automatically lift the seal without motion by the Bureau or further order by the Court. This Order should not be construed to prohibit service or other disclosure by the Bureau, or those acting at the Bureau's direction, of the Temporary Restraining Order and Order to Show Cause, and any papers filed in support thereof to: (1) the parties; (2) non-party financial institutions that may be holding Defendants' assets; or (3) any domestic or foreign law enforcement agency.

SO ORDERED, this 26th day of March, 2015.

_____
Mark H. Cohen
UNITED STATES DISTRICT COURT JUDGE