FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 0 7 2015

JAMES N. HATTEN, Clerk
By _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA,
## ATLANTA DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | |
| Plaintiff, | **Civil action no. 1:15-cv-00859-RWS** |
| v. | |
| UNIVERSAL DEBT & PAYMENT SOLUTIONS, LLC, *et al.*, | |
| Defendants. | |

## [~~PROPOSED~~] PRELIMINARY INJUNCTION WITH ASSET FREEZE, EXPEDITED DISCOVERY, AND OTHER EQUITABLE RELIEF

i

# TABLE OF CONTENTS

FINDINGS OF FACT ...........................................................................1

ORDER ...............................................................................................3

DEFINITIONS .....................................................................................3

I.     Prohibited Representations..................................................6

II.    Preservation of Records and Tangible Things ....................9

III.   Asset Freeze ...................................................................... 10

IV.   Retention of Assets and Records by Financial Institutions and Other Third Parties ...................................................................... 11

V.    Financial Statements and Accounting .............................. 15

VI.   Consumer Credit Reports.................................................. 16

VII.  Repatriation of Foreign Assets.......................................... 16

VIII. Noninterference with Repatriation.................................... 17

IX.   Continuing Access to Business Premises and Records..................... 18

X.    Prohibition on Release of Consumer Information............................. 24

XI.   Limited Expedited Discovery ............................................ 25

XII.  Monitoring......................................................................... 27

XIII. Debt Collectors' Duty to Distribute Order......................................... 27

XIV. Expiration of Order........................................................... 28

XV.  Correspondence with Plaintiff Consumer Financial Protection Bureau............................................................................... 28

XVI. Service of This Order ........................................................ 28

XVII. Retention of Jurisdiction ..................................................................... 29

Plaintiff, the Consumer Financial Protection Bureau ("Bureau")
commenced this action on March 26, 2015, under the Consumer Financial
Protection Act of 2010 ("CFPA"), 12 U.S.C. §§ 5531 and 5536, and the Fair
Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692-1692p, alleging
that Defendants' acts or practices violate these laws in connection with the
collection of purported debts.  The Complaint seeks preliminary and
permanent injunctive relief under Section 1054 of the CFPA, 12 U.S.C.
§ 5564(a). The Bureau also moved *ex parte* for a temporary restraining order
under Rule 65(b) of the Federal Rules of Civil Procedure.

On March 26, 2015, this Court granted the Bureau's application and
entered the Temporary Restraining Order ("TRO"), which included an asset
freeze, expedited discovery, and other equitable relief.

### FINDINGS OF FACT

This Court, having considered the Bureau's Complaint, declarations,
exhibits, and memoranda, and the evidence presented by all parties, finds
that:

1.      This Court has jurisdiction over the subject matter of this case,
there is good cause to believe it has jurisdiction over all parties hereto, and
venue in this District is proper;

2.      There is good cause to believe that Defendants Universal Debt &
Payment Solutions, LLC; Universal Debt Solutions, LLC; WNY Account

1

Solutions, LLC; WNY Solutions Group, LLC; Check & Credit Recovery, LLC; Credit Power, LLC; S Payment Processing & Solutions, LLC (collectively, "Debt Collector LLCs"); Marcus Brown; Mohan Bagga; Sarita Brown; Tasha Pratcher; Varinderjit Bagga; and Sumant Khan (collectively with the Debt Collector LLCs, "Debt Collectors") have engaged and are likely to continue to engage in acts or practices that violate the CFPA and the FDCPA. Plaintiff is therefore likely to prevail on the merits of this action;

3.    There is good cause to believe that immediate and irreparable harm will result from the Debt Collectors' ongoing violations of these laws unless the Debt Collectors continue to be restrained and enjoined by Order of this Court;

4.    There is good cause to believe that immediate and irreparable damage to the Court's ability to grant effective final relief for consumers in the form or monetary restitution and disgorgement or compensation for unjust enrichment will occur from the transfer, dissipation, or concealment by the Debt Collectors of their assets or business records unless the Debt Collectors continue to be restrained and enjoined by Order of this Court;

5.    Good cause exists to permit the Bureau to take expedited discovery from the Debt Collectors;

6.    Weighing the equities and considering the Bureau's likelihood of ultimate success on the merits, a preliminary injunction, with asset freeze,

2

expedited discovery as to the existence and location of assets and documents, and other equitable relief is in the public interest; and

7.     No security is required for any agency of the United States for the issuance of this Order. Fed. R. Civ. P. 65(c).

## ORDER

## DEFINITIONS

For the purposes of this Order, the following definitions shall apply:

A. "Asset" means any legal or equitable interest in, right to, or claim to any real, personal, or intellectual property, including, but not limited to, chattel, goods, instruments, equipment, fixtures, general intangibles, effects, leaseholds, contracts, mail or other deliveries, shares of stock, commodities, futures, inventory, checks, notes, accounts, credits, receivables (as those terms are defined in the Uniform Commercial Code), funds, cash, and trusts, including trusts held for the benefit of a person's minor children or spouse, wherever located, whether in the United States or abroad;

B. "Consumer" means any person;

C. "Debt" means any obligation or alleged obligation to pay money, whether or not such obligation has been reduced to judgment.

D. "Debt Collector LLCs" means Universal Debt & Payment Solutions, LLC; Universal Debt Solutions, LLC; WNY Account Solutions, LLC;

3

WNY Solutions Group, LLC; Check & Credit Recovery, LLC; Credit Power, LLC; and S Payment Processing & Solutions, LLC;

E. "Debt Collectors" means the Debt Collector LLCs and the Individual Defendants, individually, collectively, or in any combination, and each of them by whatever names each might be known.

F. "Document" and "Electronically Stored Information" are synonymous in meaning and equal in scope to the usage of the terms in Rule 34(a) of the Federal Rules of Civil Procedure and include but are not limited to:

    1. The original or a true copy of any written, typed, printed, electronically stored, transcribed, taped, recorded, filmed, punched, or graphic matter or other data compilations of any kind, including, but not limited to, letters, email or other correspondence, messages, memoranda, paper, interoffice communications, notes, reports, summaries, manuals, magnetic tapes or disks, tabulations, books, records, checks, invoices, work papers, journals, ledgers, statements, returns, reports, schedules, files, charts, logs, electronic files, stored in any medium; and

    2. Any electronically created or stored information, including but not limited to electronic mail, instant messaging, videoconferencing, SMS, MMS, or other text messaging, and other electronic correspondence (whether active, archived,

unsent, or in a deleted items folder), word processing files,

spreadsheets, databases, document metadata, presentation files,

and sound recordings, whether stored on any cell phones,

smartphones, flash drives, personal digital assistants (PDAs)

cards, desktop personal computer and workstations, laptops,

notebooks and other portable computers, or other electronic

storage media, backup disks and tapes, archive disks and tapes,

and other forms of offline storage, whether assigned to

individuals or in pools of computers available for shared use, or

personally owned but used for work-related purposes, whether

stored on-site with the computer used to generate them, stored

offsite in another company facility, or stored, hosted, or otherwise

maintained off-site by a third party; and computers and related

offsite storage used by Debt Collectors or Debt Collectors'

participating associates, which may include persons who are not

employees of the company or who do not work on company

premises;

G. "Electronic Data Host" means any person or entity that stores, hosts, or

otherwise maintains electronically stored information;

H. "Financial Institution" means any bank, savings and loan institution,

credit union, or any financial depository of any kind, including, but not

5

limited to, any brokerage house, trustee, broker-dealer, escrow agent, title company, commodity trading company, or precious metal dealer;

I. "Individual Defendants" means Marcus Brown; Mohan Bagga; Sarita Brown; Tasha Pratcher; Varinderjit Bagga; and Sumant Khan individually, collectively, or in any combination, and each of them by any other names by which they might be known;

J. "Person" means an individual, partnership, company, corporation, association (incorporated or unincorporated), trust, estate, cooperative organization, or other entity;

K. "PI Defendants" means the Debt Collectors and their successors, assigns, affiliates, or subsidiaries, and each of them, by whatever names each might be known, provided that they are owned or controlled in whole or in part by any of the Debt Collectors and conduct any business related to the Debt Collectors' collection operation; and

L. The words "and" and "or" shall be understood to have both conjunctive and disjunctive meanings as necessary to make the applicable phrase or sentence inclusive rather than exclusive.

## I.

## PROHIBITED REPRESENTATIONS

It is therefore ordered that Debt Collectors and their successors, assigns, officers, agents, servants, employees, and attorneys, and those

persons or entities in active concert or participation with any of them who receive actual notice of this Order by personal service or otherwise, whether acting directly or through any corporation, subsidiary, division, or other device, are hereby preliminarily restrained and enjoined from:

A. Misrepresenting to Consumers, or assisting others who are misrepresenting to Consumers, expressly or by implication, orally or in writing, any of the following:

 1. the character, amount, or legal status of any actual or claimed debt the Debt Collectors are seeking to collect;

 2. that nonpayment of a purported debt would result in arrest or garnishment;

 3. that they will take action that they could not legally take, or do not intend to take;

 4. that the Consumer committed a crime;

 5. that the consumer committed fraud; and

 6. the name, identity, or nature of the Debt Collector's business.

B. Communicating with third parties in connection with collecting a debt for purposes other than acquiring location information about a consumer;

C. In connection with attempting to collect actual or claimed debt, placing telephone calls without meaningfully disclosing the caller's identity;

7

D. In connection with attempting to collect actual or claimed debt, failing to adequately disclose in the initial communication with a consumer that any Debt Collector or any other person is a debt collector attempting to collect a debt and that any information obtained will be used for that purpose;

E. Threatening to take action that is not lawful or that any Debt Collector or any other person does not intend to take;

F. Using any false representation or deceptive means to collect or attempt to collect a debt, or to obtain information concerning a consumer;

G. In connection with attempting to collect actual or claimed debt, using a business, company, or organization name other than the true name of the Debt Collectors' business, company, or organization; and

H. Failing to provide consumers, within five days after the initial communication with a consumer, a written notice containing: (1) the amount of the debt; (2) the name of the creditor to whom the debt is owed; (3) a statement that unless the consumer, within thirty days after receipt of the notice, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the Debt Collectors; (4) a statement that if the consumer notifies the Debt Collectors in writing within the thirty-day period that the debt, or any portion thereof, is disputed, the Debt Collectors will obtain verification

8

of the debt or a copy of such verification or judgment will be mailed to the consumer by the Debt Collectors; and (5) a statement that, upon the consumer's written request within the thirty-day period, the Debt Collectors will provide the consumer with the name and address of the original creditor, if different from the current creditor.

## II.

## PRESERVATION OF RECORDS AND TANGIBLE THINGS

**IT IS FURTHER ORDERED** that Debt Collectors and their successors, assigns, officers, agents, servants, employees, independent contractors, and attorneys, and those persons in active concert or participation with any of them, who receive actual notice of this Order by personal service, facsimile transmission, email, or otherwise, whether acting directly or through any entity, corporation, subsidiary, division, affiliate, or other device, are hereby preliminarily enjoined from destroying, erasing, mutilating, concealing, altering, transferring, or otherwise disposing of, in any manner, directly or indirectly, any Documents that relate to the business practices, or business or personal finances of any Debt Collector, or other entity directly or indirectly under the control of any Debt Collector.

9

## III.

## ASSET FREEZE

**IT IS FURTHER ORDERED** that Debt Collectors and their successors, assigns, officers, agents, servants, employees, independent contractors, and attorneys, and all persons directly or indirectly under the control of any of them, including any financial institution, payment processor, and all other persons in active concert or participation with any of them, who receive actual notice of this Order by personal service, facsimile, email, or otherwise, are hereby preliminarily restrained and enjoined from directly or indirectly:

A. Selling, liquidating, assigning, transferring, converting, loaning, hypothecating, disbursing, gifting, conveying, encumbering, pledging, concealing, dissipating, spending, withdrawing, or otherwise disposing of any Asset that is:

1. in the actual or constructive possession of any Debt Collector; or

2. in the actual or constructive possession of, or owned or controlled by, or subject to access by, or belonging to, any corporation, partnership, trust or other entity directly or indirectly owned, managed or controlled by any Debt Collector;

B. Opening, or causing to be opened, any safe deposit box, commercial mail box, or storage facility belonging to, for the use or benefit of,

10

controlled by, or titled in the name of any Debt Collector, or subject to access by any Debt Collector;

C. Incurring charges or cash advances on any credit card, stored value card, debit card or charge card issued in the name, singly or jointly, of any Debt Collector or any other entity directly or indirectly owned, managed, or controlled by any Debt Collector; or

D. Cashing any checks from consumers, clients, or customers of any Debt Collector.

**IT IS FURTHER ORDERED** that the Assets affected by this Section shall include: (a) all Assets of each Debt Collector as of the time this Order is entered, and (b) those Assets obtained or received after entry of this Order that are derived, directly or indirectly, from the actions alleged in the Bureau's complaint. This Section does not prohibit the Repatriation of Foreign Assets, as specifically required in Section VII of this Order.

**IV.**

**RETENTION OF ASSETS AND RECORDS BY FINANCIAL INSTITUTIONS AND OTHER THIRD PARTIES**

**IT IS FURTHER ORDERED** that, except as otherwise ordered by this Court, any financial or brokerage institution, business entity, electronic data host, Internet or digital payment processor, or person served with a copy of this Order, or who otherwise has actual or constructive knowledge of this

11

Order, that holds, controls, or maintains custody of any account, Document, or Asset of, on behalf of, in the name of, for the benefit of, subject to withdrawal by, subject to access or use by, or under the signatory power of any Debt Collector or other party subject to Section III above, or has held, controlled, or maintained any such account, Document, or Asset shall:

A. Hold, preserve, and retain within such person's control, and prohibit the withdrawal, removal, alteration, assignment, transfer, pledge, hypothecation, encumbrance, disbursement, dissipation, conversion, sale, liquidation, or other disposal of such account, Document, or Asset held by or under such person's control, except as directed by further order of the Court regarding accounts, Documents, or Assets held in the name of or benefit of any PI Defendant;

B. Provide the Bureau and the Bureau's agents immediate access to Documents, including those electronically stored, hosted, or otherwise maintained on behalf of the Debt Collectors for forensic imaging or copying;

C. Deny access to any safe deposit box, commercial mail box, or storage facility belonging to, for the use or benefit of, controlled by, or titled in the name of any Debt Collector, or subject to access by any Debt Collector or other party subject to Section III above;

12

D. Provide to the Bureau's counsel, within three (3) business days, a sworn statement setting forth:

1. the identification of each account or Asset titled in the name, individually or jointly, or held on behalf of or for the benefit of, subject to withdrawal by, subject to access or use by, or under the signatory power of any Debt Collector or other party subject to Section III above, whether in whole or in part;

2. the balance of each such account, or a description of the nature and value of such Asset, as of the close of business on the day on which this Order is served;

3. the identification of any safe deposit box, commercial mail box, or storage facility belonging to, for the use or benefit of, controlled by, or titled in the name of any Debt Collector, or subject to access by any Debt Collector or other party subject to Section III above, whether in whole or in part; and

4. if the account, safe deposit box, or other Asset has been closed or removed, the date closed or removed, the balance on said date, and the name or the person or entity to whom such account or other Asset was remitted;

E. Provide to the Bureau's counsel, within three (3) business days after being served with a request, copies of all Documents pertaining to such

13

account or Asset, including but not limited to originals or copies of account applications, account statements, signature cards, checks, drafts, deposit tickets, transfers to and from the accounts, all other debit and credit instruments or slips, currency transaction reports, 1099 forms, and safe deposit box logs;

F. The accounts subject to this provision include: (a) all Assets of each Debt Collector deposited as of the time this Order is entered, and (b) those Assets deposited after entry of this Order that are derived from the actions alleged in the Bureau's Complaint. This Section does not prohibit the Repatriation of Foreign Assets, as specifically required in Section VII of this Order.

G. The Bureau is granted leave, pursuant to Fed. R. Civ. P. 45, to subpoena Documents immediately from any financial or brokerage institution, business entity, electronic data host, or person served with a copy of this Order that holds, controls, or maintains custody of any account, Document, or Asset of, on behalf of, in the name of, for the benefit of, subject to access or use by, or under the signatory power of any Debt Collector or other party subject to Section III above, or has held, controlled, or maintained any such account, Document, or Asset at any time since January 1, 2010, and such financial or brokerage

14

institution, business entity, electronic data host or person shall respond to such subpoena within three (3) business days after service.

## V.

## FINANCIAL STATEMENTS AND ACCOUNTING

**IT IS FURTHER ORDERED** that each Debt Collector, within three (3) business days of service of this Order, shall prepare and deliver to the Bureau's counsel:

A. For each Individual Defendant, a completed financial statement accurate as of the date of entry of the TRO on the form of Attachment A to this Order captioned "Financial Statement of Individual Defendant."

B. For the Debt Collector LLCs, a completed financial statement accurate as of the date of entry of the TRO (unless otherwise agreed upon with the Bureau's counsel) in the form of Attachment B to this Order captioned "Financial Statement of Corporate Defendant."

C. A list of all officers and directors of each Debt Collector LLC and all other individuals or entities with authority to direct the operations of each Debt Collector LLC or withdraw money from the account of the Debt Collector LLC.

## VI.

### CONSUMER CREDIT REPORTS

**IT IS FURTHER ORDERED** that pursuant to Section 604(a)(1) of the Fair Credit Reporting Act, 15 U.S.C. § 1681b(a)(1), the Bureau may obtain credit reports concerning any Debt Collector, and that, upon written request, any credit reporting agency from which such reports are request shall provide them to the Bureau.

## VII.

### REPATRIATION OF FOREIGN ASSETS

**IT IS FURTHER ORDERED** that, within five (5) business days following the service of this Order, each Debt Collector shall:

A. Provide the Bureau's counsel with a full accounting of all Assets, accounts, and Documents outside of the territory of the United States that are held (1) by the Debt Collectors; (2) for their benefit; (3) in trust by or for them, individually or jointly; or (4) under their direct or indirect control, individually or jointly;

B. Transfer to the territory of the United States all Assets, accounts, and Documents in foreign countries held (1) by the Debt Collectors; (2) for their benefit; (3) in trust by or for them, individually or jointly; or (4) under their direct or indirect control, individually or jointly; and

16

C. Provide the Bureau access to all records of accounts or Assets of the Debt Collectors held by financial institutions located outside the territorial United States by signing the Consent to Release of Financial Records attached to this Order as Attachment C.

All repatriated Assets, accounts, and Documents are subject to Section III of this Order.

## VIII.

## NONINTERFERENCE WITH REPATRIATION

**IT IS FURTHER ORDERED** that Debt Collectors and their successors, assigns, officers, agents, servants, employees, independent contractors, and attorneys, and those persons in active concert or participation with any of them, who receive actual notice of this Order by personal service or otherwise, whether acting directly or through any corporation, subsidiary, division, or other device, are hereby preliminarily restrained and enjoined from taking any action, directly or indirectly, which may result in the encumbrance or dissipation of foreign Assets, or in the hindrance of the repatriation required by the preceding Section VII of this Order, including, but not limited to:

A. Sending any statement, letter, fax, email or wire transmission, or telephoning or engaging in any other act, directly or indirectly, that results in a determination by a foreign trustee or other entity that a

17

"duress" event has occurred under the terms of a foreign trust

agreement until such time that all Assets have been fully repatriated

pursuant to Section VII of this Order; or

B.  Notifying any trustee, protector, or other agent of any foreign trust or

other related entities of either the existence of this Order, or of the fact

that repatriation is required pursuant to a court order, until such time

that all Assets have been fully repatriated pursuant to Section VII of

this Order.

## IX.

## CONTINUING ACCESS TO BUSINESS PREMISES AND RECORDS

**IT IS FURTHER ORDERED** that the Bureau and its

representatives, agents, contractors, or assistants, are permitted continued

access to Debt Collectors' business premises; and

**IT IS FURTHER ORDERED** that the Debt Collectors and their

successors, assigns, officers, directors, agents, servants, employees, attorneys,

and all other persons directly or indirectly, in whole or in part, under their

control, and all other persons in active concert or participation with them,

who receive actual notice of this Order by personal service, facsimile, email,

or otherwise, whether acting directly or through any corporation, subsidiary,

division, or other entity, shall:

A. Allow the Bureau and its representatives, agents, attorneys, investigators, paralegals, contractors, or assistants, including, but not limited to, federal, state, and local law enforcement officers, including the United States Marshals Service, the Federal Bureau of Investigation, the Sheriff or deputy of any county, and the Police Department or police officer of any community, continuing access to:

1. all of the Debt Collectors' business premises, including but not limited to: (a) the office location at 1755 The Exchange SE, Suite 358, Atlanta, GA 30339; (b) any storage facilities; and (c) such other business locations that are wholly or partially owned, rented, leased, or under the temporary or permanent control of any Debt Collector;

2. any other premises where the Debt Collectors conduct business, sales operations, or customer service operations;

3. any premises where Documents related to the Debt Collectors' businesses are stored or maintained, including but not limited to a storage unit;

4. any premises where Assets belonging to any Debt Collector are stored or maintained; and

5. any Documents located at any of the locations described in this Section.

B. To the extent not already done, identify to the Bureau's counsel:

1. all of Debt Collectors' business premises and storage facilities;

2. any non-residence premises where any Debt Collector conducts business, sales operations, or customer service operations;

3. any non-residence premises where Documents related to the business, sales operations, or customer service operations of any Debt Collector are hosted, stored, or otherwise maintained, including but not limited to the name and location of any Electronic Data Hosts; and

4. any non-residence premises where Assets belonging to any Debt Collector are stored or maintained.

C. Provide the Bureau and its representatives, agents, attorneys, investigators, paralegals, contractors, or assistants with any necessary means of access to, copying of, and forensic imaging of Documents, including, without limitation, identifying the locations of PI Defendants' business premises, keys and combinations to business premises locks, passwords to devices that hold Electronically Stored Information, computer access codes of all computers used to conduct PI Defendants' business, access to (including but not limited to execution of any Documents necessary for access to and forensic imaging of) any data stored, hosted or otherwise maintained by an electronic data host, and storage area access information;

20

**IT IS FURTHER ORDERED** that:

A. The Bureau is authorized to employ the assistance of federal, state, and local law enforcement officers, including, but not limited to, the United States Marshals service, the United States Marshal or Deputy United States Marshal, the Federal Bureau of Investigation, and the Sheriff or deputy of any county, and the Police Department and police officer of any community, to effect service, to implement peacefully the provisions of this Order, and to keep the peace.

B. The assistance of law enforcement is highly advisable to ensure that this Order is executed in an efficient, safe, and orderly manner. It is the primary role and mission of the United States Marshals Service to provide security and to obey, execute, and enforce all orders of the United States District Courts and the United States Courts of Appeals as provided by law. The United States Marshals Service shall execute all lawful writs, process, and orders issued under the authority of the United States, and shall command all necessary assistance to execute its duties. The United States Marshals Service is authorized to use any reasonable force in the enforcement of this Order.

C. The Bureau and its representatives, agents, contractors, or assistants shall be continued to be allowed into the premises and facilities described in this Section to inspect, inventory, image, and copy

21

Documents relevant to any matter contained in this Order, wherever they may be situated. The Debt Collectors and their agents and employees may be excluded from the business premises and facilities during the continued access. No one shall interfere with the Bureau's inspection of the Debt Collectors' premises or documents.

D. The Bureau shall have the right to remove any Documents, including any devices containing Electronically Stored Information related to Debt Collectors' business practices from the premises in order that they may be inspected, inventoried, and copied. The materials so removed shall be returned within five (5) business days of completing said inventory and copying. If any property, records, Documents, or computer files relating to the PI Defendants' finances or business practices are located in the residence of any Debt Collector or are otherwise in the custody or control of any Debt Collector, then such Debt Collector shall produce them to the Bureau within twenty-four (24) hours of service of this Order. In order to prevent the destruction of computer data, upon service of this Order upon Debt Collectors, any such computers may be powered down (turned off) in the normal course for the operating systems used on such computers and shall not be powered up or used again until produced for copying and inspection, along with any codes needed for access. The Bureau's representatives

22

may also photograph and videotape the inside and outside of all premises to which they are permitted access by this Order, and all Documents and other items found on such premises;

E. The Bureau's access to the Debt Collectors' Documents pursuant to this Order shall not provide grounds for any Debt Collector to object to any subsequent request for Documents served by the Bureau; and

**IT IS FURTHER ORDERED** that:

A. The Federal Bureau of Investigation or other law enforcement officers are authorized to escort the Bureau and the Bureau's representatives and agents inside Debt Collectors' business premises including, but not limited to, the locations identified in Section IX.A. of this Order;

B. The Federal Bureau of Investigation or other law enforcement officers, and those persons acting under their supervision, including the Bureau and their representatives and attorneys are authorized and directed to serve this Order along with any summons, complaint, motions, declarations, and discovery requests on Debt Collectors, including at the premises identified in Section IX of this Order;

C. Debt Collectors and their employees, agents, and bookkeepers shall provide immediate access to such locations to the Bureau, the Federal Bureau of Investigation or other law enforcement officers and to the Bureau's attorneys;

23

D. Debt Collectors and their employees, agents, and bookkeepers shall also immediately provide usernames and passwords to all computers that store information concerning Debt Collectors' business operations;

E. Debt Collectors and their employees shall surrender Blackberry, iPhone, Android, or other mobile access devices that contain information concerning Debt Collectors' business operations to the Bureau's representatives.

## X.

## PROHIBITION ON RELEASE OF CONSUMER INFORMATION

**IT IS FURTHER ORDERED** that, except as required by a law enforcement agency, law, regulation, or court order, Debt Collectors, and their successors, assigns, officers, agents, servants, employees, and attorneys, and all other persons in active concert or participation with any of them, who receive actual notice of this Order by personal service or otherwise, are preliminarily restrained and enjoined from disclosing, using, or benefitting from information, including the name, address, telephone number, email address, social security number, other identifying information, or any data that enable access to a consumer's account (including a credit card, bank account, or other financial account), regarding any person, which any Debt Collector obtained prior to entry of this Order in connection with any debt collection activity.

24

## XI.

## LIMITED EXPEDITED DISCOVERY

**IT IS FURTHER ORDERED** that the Bureau is granted leave to conduct certain expedited discovery, and that, commencing with the time and date of this Order, in lieu of the time periods, notice provisions, and other requirements of Rules 19, 26, 30, 34, and 45 of the Federal Rules of Civil Procedure, and applicable Local Rules, the Bureau is granted leave to:

A. Take the deposition, on three (3) calendar days' notice, of any person or entity, whether or not a party, for the purpose of: (1) discovering the nature, location, status, and extent of Assets of Debt Collectors or their affiliates or subsidiaries; (2) discovering the nature and location of Documents and business records of Debt Collectors or their affiliates or subsidiaries; and (3) enforcing compliance with this Order. The limitations and conditions set forth in Fed. R. Civ. P. 30(a)(2) and 31(a)(2) regarding subsequent depositions shall not apply to depositions taken pursuant to this Section. In addition, any such depositions taken pursuant to this Section shall not be counted toward the ten deposition limit set forth in Fed. R. Civ. P. 30(a)(2)(A)(i) and 31(a)(2)(A)(i) and shall not preclude the Bureau from subsequently deposing the same person or entity in accordance with the Federal Rules of Civil Procedure. Service of discovery upon a party, taken pursuant to this

25

Section, shall be sufficient if made by facsimile, email or by overnight delivery;

B. Serve upon parties requests for production of documents or inspection that require production or inspection within three (3) calendar days of service, and may serve subpoenas upon non-parties that direct production or inspection within five (5) calendar days of service, for the purpose of discovering: (1) the nature, location, status, and extent of assets of Debt Collectors or their affiliates or subsidiaries; (2) the nature and location of Documents and business records of Debt Collectors or their affiliates or subsidiaries; and (3) compliance with this Order, *provided that* twenty-four (24) hours' notice shall be deemed sufficient for the production of any such Documents that are maintained or stored only as electronic data;

C. Serve deposition notices and other discovery requests upon the parties to this action by facsimile or overnight courier, and take depositions by telephone or other remote electronic means; and

D. If a Debt Collector fails to appear for a properly noticed deposition or fails to comply with a request for production or inspection, seek to prohibit that Debt Collector from introducing evidence at any subsequent hearing.

## XII.

## MONITORING

**IT IS FURTHER ORDERED** that the Bureau's agents or representatives may contact Debt Collectors directly or anonymously for the purpose of monitoring compliance with this Order, and may tape record any oral communications that occur in the course of such contacts.

## XIII.

## DEBT COLLECTORS' DUTY TO DISTRIBUTE ORDER

**IT IS FURTHER ORDERED** that Debt Collectors must, within five (5) business days of service of this this Order, provide a copy to each affiliate, subsidiary, division, sales entity, successor, assign, officer, director, employee, independent contractor, client company, electronic data host, agent, authorized signatory to bank accounts, attorney, spouse, and representative of Debt Collectors and must, within eight (8) calendar days from the date of entry of this Order, provide the Bureau's counsel with a sworn statement that: (a) confirms that Debt Collectors have provided copies of the Order as required by this Section and (b) lists the names and addresses of each entity or person to whom Debt Collectors provided a copy of the Order. Furthermore, Debt Collectors shall not take any action that would encourage officers, agents, directors, employees, salespersons, independent contractors, attorneys, subsidiaries, affiliates, successors, assigns, or other

27

persons or entities in active concert or participation with Debt Collectors to disregard this Order or believe that they are not bound by its provisions.

## XIV.

## EXPIRATION OF ORDER

**IT IS FURTHER ORDERED** that this Order will expire upon entry of a final judgment in this case

## XV.

## CORRESPONDENCE WITH PLAINTIFF
## CONSUMER FINANCIAL PROTECTION BUREAU

**IT IS FURTHER ORDERED** that, for the purposes of this Order, because mail addressed to the Bureau is subject to delay due to heightened security screening, all correspondence and service of pleadings on Plaintiff Consumer Financial Protection Bureau shall be sent either via electronic submission or via overnight express delivery to:

Jonathan Engel
Consumer Financial Protection Bureau
Office of Enforcement
1625 Eye St., NW
Washington, DC 20006
Jonathan.Engel@cfpb.gov

## XVI.

## SERVICE OF THIS ORDER

**IT IS FURTHER ORDERED** that copies of this Order may be served by facsimile transmission, email, personal or overnight delivery, or US Mail,

by the Bureau's agents and employees or any local, state, or federal law enforcement agency or by private process server, upon any financial institution or other entity or person that may have possession, custody, or control of any Documents or Assets of any Debt Collector, or that may otherwise be subject to any provision of this Order. Service upon any branch or office of any financial institution shall effect service upon the entire financial institution.

## XVII.

## RETENTION OF JURISDICTION

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction of this matter for all purposes of construction, modification, and enforcement of this Order.

SO ORDERED, this 7th day of _April_, 2015, at _10:30 a.m._.

Honorable Richard W. Story
United States District Judge

29

# Attachment A

Consumer Financial Protection Bureau

**FINANCIAL STATEMENT OF INDIVIDUAL DEFENDANT**

**Instructions**:

1        Complete all items.  Enter "None" or "N/A" ("Not Applicable") where appropriate.  If you cannot fully answer a question, explain why.

2        "Dependents" include your live-in companion, dependent children, or any other person, whom you or your spouse (or your children's other parent) claimed or could have claimed as a dependent for tax purposes at any time during the past five years.

3        "Assets" and "Liabilities" include <u>ALL</u> assets and liabilities, located within the United States or elsewhere, whether held individually or jointly.

4        Attach continuation pages as needed. On the financial statement, state next to the Item number that the Item is being continued. On the continuation page(s), identify the Item number(s) being continued.

5        Type or print legibly.

6        Initial each page in the space provided in the lower right corner.

7        Sign and date the completed financial statement on the last page.

**Penalty for False Information**:

Federal law provides that any person may be imprisoned for not more than five years, fined, or both, if such person in any:

(a) "matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully (1) falsifies, conceals or covers up by any trick, scheme, or device a material fact; (2) makes any false, fictitious or fraudulent statement or representation; or (3) makes or uses any false writing or document knowing the same to contain any false, fictitious or fraudulent statement or entry" (18 U.S.C. § 1001);

(2) "statement under penalty of perjury as permitted under section 1746 of title 28, United States Code, willfully subscribes as true any material matter which he does not believe to be true" (18 U.S.C. § 1621); or

(3) "(...statement under penalty of perjury as permitted under section 1746 of title 28, United States Code) in any proceeding before or ancillary to any court or grand jury of the United States knowingly makes any false material declaration or makes or uses any other information...knowing the same to contain any false material declaration." (18 U.S.C. § 1623)

For a felony conviction under the provisions cited above, federal law provides that the fine may be not more than the greater of (i) $250,000 for an individual or $500,000 for a corporation, or (ii) if the felony results in pecuniary gain to any person or pecuniary loss to any person other than the defendant, the greater of twice the gross gain or loss. 18 U.S.C. § 3571.

Initials _____

## BACKGROUND INFORMATION

<u>**Item 1**</u>.  **Information About You**

Your Full Name _____ Social Security No. _____

Place of Birth _____ Date of Birth _____ Drivers License No. _____

Current Address _____ From (Date) _____

Rent or Own? _____ Telephone No. _____ Facsimile No. _____

E-Mail Address _____ Internet Home Page _____

Previous Addresses for past five years:

Address_____ Rent or Own?_____ From/Until_____

Address_____ Rent or Own?_____ From/Until_____

Identify any other name(s) and/or social security number(s) you have used, and the time period(s) during which they were

used_____

Marital Status: _____ (i.e., Married, Single, Divorced, Widowed, Separated)

<u>**Item 2**</u>.  **Information About Your Spouse or Live-In Companion**

Spouse/Companion's Name _____ Social Security No. _____

Place of Birth _____ Date of Birth _____

Identify any other name(s) and/or social security number(s) your spouse/companion has used, and the time period(s) during

which they were used _____

Address (if different from yours) _____

From (Date) _____ Rent or Own?_____ Telephone No._____

Employer's Name and Address _____

Job Title _____ Years in Present Job _____ Annual Gross Salary/Wages $_____

<u>**Item 3**</u>.  **Information About Your Previous Spouse**

Previous Spouse's Name & Address _____

_____ Social Security No. _____ Date of Birth _____

3

Initials _____

**Item 4.  Contact Information**

Name & Address of Nearest Living Relative or Friend _____

_____ Telephone No. _____

**Item 5.  Information About Dependents Who Live With You**

Name _____  Date of Birth _____

Relationship _____  Social Security No. _____

Name _____  Date of Birth _____

Relationship _____  Social Security No. _____

Name _____  Date of Birth _____

Relationship _____  Social Security No. _____

**Item 6.  Information About Dependents Who Do Not Live With You**

Name & Address _____

Date of Birth _____ Relationship _____ Social Security No._____

Name Address _____

Date of Birth _____ Relationship _____ Social Security No._____

Name & Address _____

Date of Birth _____ Relationship _____ Social Security No._____

**Item 7.  Employment Information**

Provide the following information for this year-to-date and for each of the previous five full years, for each company of which you were a director, officer, employee, agent, contractor, participant or consultant at any time during that period. "Income" includes, but is not limited to, any salary, commissions, draws, consulting fees, loans, loan payments, dividends, royalties or other benefits for which you did not pay (*e.g.,* health insurance premiums, automobile lease or loan payments) received by you or anyone else on your behalf.

Company Name & Address _____

Dates Employed:  From (Month/Year) _____ To (Month/Year) _____

Positions Held with Beginning and Ending Dates _____

Income Received:  This year-to-date:   $_____ _____: $_____

20____ :   $_____ _____: $_____

_____ :   $_____ _____: $_____

4                                                                    Initials _____

Company Name & Address _____

Dates Employed:  From (Month/Year) _____ To (Month/Year) _____

Positions Held with Beginning and Ending Dates _____

Income Received:  This year-to-date:  $_____ _____: $_____

              20_____:  $_____ _____: $_____

              _____:  $_____ _____: $_____

Company Name & Address _____

Dates Employed:  From (Month/Year) _____ To (Month/Year) _____

Positions Held with Beginning and Ending Dates _____

Income Received:  This year-to-date:  $_____ _____: $_____

              20_____:  $_____ _____: $_____

              _____:  $_____ _____: $_____

**Item 8.** **Pending Lawsuits Filed by You or Your Spouse**

List all pending lawsuits that have been filed by you or your spouse in court or before an administrative agency.
(List lawsuits that resulted in final judgments or settlements in Items 16 and 25).

Opposing Party's Name & Address _____

Court's Name & Address _____

Docket No. _____ Relief Requested _____ Nature of Lawsuit _____

_____ Status _____

**Item 9.** **Pending Lawsuits Filed Against You or Your Spouse**

List all pending lawsuits that have been filed against you or your spouse in court or before an administrative agency.
(List lawsuits that resulted in final judgments or settlements in Items 16 and 25).

Opposing Party's Name & Address _____

Court's Name & Address _____

Docket No. _____ Relief Requested _____ Nature of Lawsuit _____

_____ Status _____

Initials _____

**Item 10.  Safe Deposit Boxes**

List all safe deposit boxes, located within the United States or elsewhere, held by you, your spouse, or any of your dependents, or held by others for the benefit of you, your spouse, or any of your dependents.  On a separate page, describe the contents of each box.

Owner's Name          Name & Address of Depository Institution                          Box No.

_____      _____          _____

_____      _____          _____

**Item 11.  Business Interests**

List all businesses for which you, your spouse, or your dependents are an officer or director.

Business' Name & Address _____

Business Format (e.g., corporation) _____ Description of Business _____

_____ Position(s) Held, and By Whom _____

Business' Name & Address _____

Business Format (e.g., corporation) _____ Description of Business _____

_____ Position(s) Held, and By Whom _____

Business' Name & Address _____

Business Format (e.g., corporation) _____ Description of Business _____

_____ Position(s) Held, and By Whom _____

## FINANCIAL INFORMATION: ASSETS AND LIABILITIES

**REMINDER: "Assets" and "Liabilities" include ALL assets and liabilities, located within the United States or elsewhere, whether held individually or jointly.**

**Item 12.  Cash, Bank, and Money Market Accounts**

List cash and all bank and money market accounts, including but not limited to, checking accounts, savings accounts, and certificates of deposit, held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.  The term "cash" includes currency and uncashed checks.  Provide a copy of all statements for each bank account listed below for the last one year.

Cash on Hand $_____ Cash Held For Your Benefit  $_____

Name on Account        Name & Address of Financial Institution          Account No.          Current Balance

_____      _____      _____      $_____

_____      _____      _____      $_____

6                                                                                    Initials _____

| | | $\$$ ____ |
| | | $\$$ ____ |
| | | $\$$ ____ |
| | | $\$$ ____ |

**Item 13.  U.S. Government Securities**

List all U.S. Government securities, including but not limited to, savings bonds, treasury bills, and treasury notes, held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

| Name on Account | Type of Obligation | Security Amount | Maturity Date |
|---|---|---|---|
| | | $\$$ ____ | ____ |
| | | $\$$ ____ | ____ |
| | | $\$$ ____ | ____ |

**Item 14.  Publicly Traded Securities and Loans Secured by Them**

List all publicly traded securities, including but not limited to, stocks, stock options, registered and bearer bonds, state and municipal bonds, and mutual funds, held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.  Provide a copy of all brokerage account statements for the last one year.

Issuer _____ Type of Security _____ No. of Units Owned _____

Name on Security _____ Current Fair Market Value $\$$____ Loan(s) Against Security $\$$_____

Broker House,  Address _____ Broker Account No. _____

**Item 15.  Other Business Interests**

List all other business interests, including but not limited to, non-public corporations, subchapter-S corporations, limited liability corporations ("LLCs"), general or limited partnership interests, joint ventures, sole proprietorships, and oil and mineral leases, held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

Business Format _____ Business' Name & Address_____

_____ Ownership % _____

Owner (e.g., self, spouse) _____ Current Fair Market Value $\$$_____

Initials _____

**Item 16.  Monetary Judgments or Settlements Owed to You, Your Spouse, or Your Dependents**

List all monetary judgments or settlements owed to you, your spouse, or your dependents.

Opposing Party's Name & Address _____

Court's Name & Address _____

Docket No. _____ Nature of Lawsuit _____

Date of Judgment _____ Amount $ _____

**Item 17.  Other Amounts Owed to You, Your Spouse, or Your Dependents**

List all other amounts owed to you, your spouse, or your dependents.

Debtor's Name, Address, & Telephone No. _____

Original Amount Owed $ _____ Current Amount Owed $ _____ Monthly Payment $ _____

**Item 18.  Life Insurance Policies**

List all life insurance policies held by you, your spouse, or your dependents.

Insurance Company's Name, Address, & Telephone No. _____

Insured _____ Beneficiary _____ Face Value $ _____

Policy No. _____ Loans Against Policy $ _____ Surrender Value $ _____

Insurance Company's Name, Address, & Telephone No. _____

Insured _____ Beneficiary _____ Face Value $ _____

Policy No. _____ Loans Against Policy $ _____ Surrender Value $ _____

**Item 19.  Deferred Income Arrangements**

List all deferred income arrangements, including but not limited to, deferred annuities, pensions plans, profit-sharing plans, 401(k) plans, IRAs, Keoghs, and other retirement accounts, held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

Name on Account _____ Type of Plan _____ Date Established _____

Trustee or Administrator's Name, Address & Telephone No. _____

Account No. _____ Surrender Value $ _____

8                                                                                    Initials _____

Name on Account _____ Type of Plan _____ Date Established _____

Trustee or Administrator's Name, Address & Telephone No. _____

Account No. _____ Surrender Value $ _____

### Item 20.  Personal Property

List all personal property, by category, whether held for personal use or for investment, including but not limited to, furniture and household goods of value, computer equipment, electronics, coins, stamps, artwork, gemstones, jewelry, bullion, other collectibles, copyrights, patents, and other intellectual property, held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

| Property Category (e.g., artwork, jewelry) | Name of Owner | Property Location | Acquisition Cost | Current Value |
|---|---|---|---|---|
| _____ | _____ | _____ | $_____ | $_____ |
| _____ | _____ | _____ | $_____ | $_____ |
| _____ | _____ | _____ | $_____ | $_____ |
| _____ | _____ | _____ | $_____ | $_____ |
| _____ | _____ | _____ | $_____ | $_____ |

### Item 21.  Cars, Trucks, Motorcycles, Boats, Airplanes, and Other Vehicles

List all cars, trucks, motorcycles, boats, airplanes, and other vehicles owned or operated by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.  Provide a copy of all statements for each loan listed below for the last one year.

Vehicle Type _____ Make _____ Model _____ Year _____

Registered Owner's Name _____ Registration State & No. _____

Address of Vehicle's Location _____

Purchase Price $_____ Current Value $_____ Account/Loan No. _____

Lender's Name and Address _____

Original Loan Amount $_____ Current Loan Balance $_____ Monthly Payment $_____

Mileage _____ Current condition of car _____ Purchase date _____

Vehicle Type _____ Make _____ Model _____ Year _____

9                                                             Initials _____

Registered Owner's Name _____   Registration State & No. _____

Address of Vehicle's Location _____

Purchase Price $_____Current Value $_____   Account/Loan No._____

Lender's Name and Address_____

Original Loan Amount $_____   Current Loan Balance $_____   Monthly Payment $_____

Mileage _____   Current condition of car _____   Purchase date _____

**Item 22.  Real Property**

List all real estate held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

Type of Property_____   Property's Location_____

Name(s) on Title and Ownership Percentages_____

Acquisition Date_____   Purchase Price $_____   Current Value $_____

Basis of Valuation_____   Loan or Account No._____

Lender's Name and Address_____

Current Balance On First Mortgage $_____   Monthly Payment $_____

Other Loan(s) (describe)_____   Current Balance $_____

Monthly Payment $_____   Rental Unit?_____   Monthly Rent Received $_____

Type of Property_____   Property's Location_____

Name(s) on Title and Ownership Percentages_____

Acquisition Date_____   Purchase Price $_____   Current Value $_____

Basis of Valuation_____   Loan or Account No._____

Lender's Name and Address_____

Current Balance On First Mortgage $_____   Monthly Payment $_____

Other Loan(s) (describe)_____   Current Balance $_____

Monthly Payment $_____   Rental Unit?_____   Monthly Rent Received $_____

10                                                                                          Initials _____

**Item 23.  Credit Cards**

List each credit card held by you, your spouse, or your dependents.  Also list any other credit cards that you, your spouse, or your dependents use.  Provide a copy of all statements for each credit card listed below for the last one year.

| Name of Credit Card (e.g., Visa, MasterCard, Department Store) | Account No. | Name(s) on Account | Current Balance | Minimum Monthly Payment |
|---|---|---|---|---|
| _____ | _____ | _____ | $_____ | $_____ |
| _____ | _____ | _____ | $_____ | $_____ |
| _____ | _____ | _____ | $_____ | $_____ |
| _____ | _____ | _____ | $_____ | $_____ |
| _____ | _____ | _____ | $_____ | $_____ |
| _____ | _____ | _____ | $_____ | $_____ |

**Item 24.  Taxes Payable**

List all taxes, such as income taxes or real estate taxes, owed by you, your spouse, or your dependants.

| Type of Tax | Amount Owed | Year Incurred |
|---|---|---|
| _____ | $_____ | _____ |
| _____ | $_____ | _____ |
| _____ | $_____ | _____ |
| _____ | $_____ | _____ |

**Item 25.  Judgments or Settlements Owed**

List all judgments or settlements owed by you, your spouse, or your dependents.

Opposing Party's Name & Address_____

Court's Name & Address_____

Docket No._____ Nature of Lawsuit_____

Date_____ Amount $_____

Initials _____

**Item 26.  Other Loans and Liabilities**

List all other loans or liabilities in your, your spouse's, or your dependents' names.

Name & Address of Lender/Creditor _____

Nature of Liability_____ Name(s) on Liability_____

Date of Liability_____ Amount Borrowed $_____ Current Balance $_____

Payment Amount $_____ Frequency of Payment_____

Name & Address of Lender/Creditor _____

Nature of Liability_____ Name(s) on Liability_____

Date of Liability_____ Amount Borrowed $_____ Current Balance $_____

Payment Amount $_____ Frequency of Payment_____

## OTHER FINANCIAL INFORMATION

**Item 27.  Tax Returns**

List all federal tax returns that were filed during the last three years by or on behalf of you, your spouse, or your dependents. Provide a copy of each signed tax return that was filed during the last three years, including amendments (if any).

| Tax Year | Name(s) on Return | Refund Expected |
|---|---|---|
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |

**Item 28.  Applications for Credit**

List all applications for bank loans or other extensions of credit that you, your spouse, or your dependents have submitted within the last two years.  Provide a copy of each application, including all attachments.

Name(s) on Application          Name & Address of Lender

_____          _____

_____          _____

Initials _____

**Item 29.  Trusts and Escrows**

List all funds or other assets that are being held in trust or escrow by any person or entity for you, your spouse, or your dependents. Also list all funds or other assets that are being held in trust or escrow by you, your spouse, or your dependents, for any person or entity.  Provide copies of all executed trust documents.

| Trustee or Escrow Agent's Name & Address | Date Established | Grantor | Beneficiaries | Present Market Value of Assets |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | $ _____ |
| _____ | _____ | _____ | _____ | $ _____ |
| _____ | _____ | _____ | _____ | $ _____ |
| _____ | _____ | _____ | _____ | $ _____ |
| _____ | _____ | _____ | _____ | $ _____ |

**Item 30.  Transfers of Assets**

List each person to whom you have transferred, in the aggregate, more than $2,500 in funds or other assets during the previous three years by loan, gift, sale, or other transfer.  For each such person, state the total amount transferred during that period.

| Transferee's Name, Address, & Relationship | Property Transferred | Aggregate Value | Transfer Date | Type of Transfer (e.g., Loan, Gift) |
|---|---|---|---|---|
| _____ | _____ | $ _____ | _____ | _____ |
| _____ | _____ | $ _____ | _____ | _____ |
| _____ | _____ | $ _____ | _____ | _____ |
| _____ | _____ | $ _____ | _____ | _____ |
| _____ | _____ | $ _____ | _____ | _____ |
| _____ | _____ | $ _____ | _____ | _____ |

Initials _____

## SUMMARY FINANCIAL SCHEDULES

<u>Item 31</u>.  **Combined Balance Sheet for You, Your Spouse, and Your Dependents**

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Cash on Hand (Item 12) | | Credit Cards (Item 23) | |
| Cash in Financial Institutions (Item 12) | | Motor Vehicles - Liens (Item 21) | |
| U.S. Government Securities (Item 13) | | Real Property - Encumbrances (Item 22) | |
| Publicly Traded Securities (Item 14) | | Loans Against Publicly Traded Securities (Item 14) | |
| Other Business Interests (Item 15) | | Taxes Payable (Item 24) | |
| Judgments or Settlements Owed to You (Item 16) | | Judgments or Settlements Owed (Item 25) | |
| Other Amounts Owed to You (Item 17) | | | |
| Surrender Value of Life Insurance (Item 18) | | Other Loans and Liabilities (Item 26) | |
| Deferred Income Arrangements (Item 19) | | | |
| Personal Property (Item 20) | | Other Liabilities (Itemize): | |
| Motor Vehicles (Item 21) | | | |
| Real Property (Item 22) | | | |
| | | | |
| Other Assets (Itemize): | | | |

Initials _____

**Item 32.** **Combined Average Monthly Income and Expenses for You, Your Spouse, and Your Dependents for the Last 6 Months**

Provide the average monthly income and expenses for you, your spouse, and your dependents for the last 6 months. Do not include credit card payments separately; rather, include credit card expenditures in the appropriate categories.

| INCOME | | EXPENSES | |
|---|---|---|---|
| Salary - After Taxes | $_____ | Mortgage Payments for Residence(s) | $_____ |
| Fees, Commissions, and Royalties | $_____ | Property Taxes for Residence(s) | $_____ |
| Interest | $_____ | Rental Property Expenses, Including Mortgage Payments, Taxes, and Insurance | $_____ |
| Dividends and Capital Gains | $_____ | Car or Other Vehicle Lease or Loan Payments | $_____ |
| Gross Rental Income | $_____ | Food Expenses | $_____ |
| Profits from Sole Proprietorships | $_____ | Clothing Expenses | $_____ |
| Distributions from Partnerships, S-Corporations, and LLCs | $_____ | Utilities | $_____ |
| Distributions from Trusts and Estates | $_____ | Medical Expenses, Including Insurance | $_____ |
| Distributions from Deferred Income Arrangements | $_____ | Other Insurance Premiums | $_____ |
| Social Security Payments | $_____ | Other Transportation Expenses | $_____ |
| Alimony/Child Support Received | $_____ | Other Household Expenses | $_____ |
| Gambling Income | $_____ | Other Expenses (Itemize) | |
| Other Income (Itemize) | | _____ | $_____ |
| _____ | $_____ | _____ | $_____ |
| _____ | $_____ | _____ | $_____ |
| _____ | $_____ | _____ | $_____ |
| **Total Income** | $_____ | **Total Expenses** | $_____ |

Initials _____

**ATTACHMENTS**

**Item 33.  Documents Attached to this Financial Statement**

List all documents that are being submitted with this financial statement.

Item No. Document              Description of Document
Relates To

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

 

 

       I am submitting this financial statement with the understanding that it may affect action by the Consumer Financial Protection Bureau or a federal court.  I have used my best efforts to obtain the information requested in this statement.  The responses I have provided to the items above are true and contain all the requested facts and information of which I have notice or knowledge. I have provided all requested documents in my custody, possession, or control.  I know of the penalties for false statements under 18 U.S.C. § 1001, 18 U.S.C. § 1621, and 18 U.S.C. § 1623 (five years imprisonment and/or fines). I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on:

_____        _____
(Date)                          Signature

Initials _____

# Attachment B

CONSUMER FINANCIAL PROTECTION BUREAU
**FINANCIAL STATEMENT OF CORPORATE DEFENDANT**

**Instructions**:

1       Complete all items.   Enter "None" or "N/A" ("Not Applicable") where appropriate.   If you cannot fully answer a question, explain why.

2       In completing this financial statement, "the corporation" refers not only to this corporation but also to each of its predecessors that are not named defendants in this action.

3       When an Item asks for information about assets or liabilities "held by the corporation," include <u>ALL</u> such assets and liabilities, located within the United States or elsewhere, held by the corporation or held by others for the benefit of the corporation.

4       Attach continuation pages as needed. On the financial statement, state next to the Item number that the Item is being continued. On the continuation page(s), identify the Item number being continued.

5       Type or print legibly.

6       An officer of the corporation must sign and date the completed financial statement on the last page and initial each page in the space provided in the lower right corner.

**Penalty for False Information**:

Federal law provides that any person may be imprisoned for not more than five years, fined, or both, if such person in any:

(a) "matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully – (1) falsifies, conceals or covers up by any trick, scheme, or device a material fact; (2) makes any false, fictitious or fraudulent statement or representation; or (3) makes or uses any false writing or document knowing the same to contain any false, fictitious or fraudulent statement or entry" (18 U.S.C. § 1001);

(2) "statement under penalty of perjury as permitted under section 1746 of title 28, United States Code, willfully subscribes as true any material matter which he does not believe to be true" (18 U.S.C. § 1621); or

(3) "(...statement under penalty of perjury as permitted under section 1746 of title 28, United States Code) in any proceeding before or ancillary to any court or grand jury of the United States knowingly makes any false material declaration or makes or uses any other information...knowing the same to contain any false material declaration." (18 U.S.C. § 1623)

For a felony conviction under the provisions cited above, federal law provides that the fine may be not more than the greater of (i) $250,000 for an individual or $500,000 for a corporation, or (ii) if the felony results in pecuniary gain to any person or pecuniary loss to any person other than the defendant, the greater of twice the gross gain or loss. 18 U.S.C. § 3571.

2                                                                      Initials _____

## BACKGROUND INFORMATION

**Item 1.   General Information**

Corporation's Full Name _____

Primary Business Address _____ From (Date) _____

Telephone No. _____ Fax No. _____

E-Mail Address_____ Internet Home Page_____

All other current addresses & previous addresses for past five years, including post office boxes and mail drops:

Address_____ From/Until_____

Address_____ From/Until_____

Address_____ From/Until_____

All predecessor companies for past five years:

Name & Address _____ From/Until _____

Name & Address _____ From/Until _____

Name & Address _____ From/Until _____

**Item 2.   Legal Information**

Federal Taxpayer ID No. _____ State & Date of Incorporation _____

State Tax ID No. _____ State _____ Profit or Not For Profit _____

Corporation's Present Status:   Active _____ Inactive _____ Dissolved _____

If dissolved: Date dissolved _____ By Whom _____

Reasons _____

Fiscal Year-End (Mo./Day) _____ Corporation's Business Activities _____

**Item 3.   Registered Agent**

Name of Registered Agent _____

Address _____ Telephone No. _____

3

**Item 4.   Principal Stockholders**

List all persons and entities that own at least 5% of the corporation's stock.

| Name | Address | % Owned |
|------|---------|---------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**Item 5.   Board Members**

List all members of the corporation's Board of Directors.

| Name | Address | % Owned | Term (From/Until) |
|------|---------|---------|-------------------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Item 6.   Officers**

List all of the corporation's officers, including de facto officers (individuals with significant management responsibility whose titles do not reflect the nature of their positions).

| Name | Address | % Owned |
|------|---------|---------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**Item 7.   Businesses Related to Corporation**

List all corporations, partnerships, and other business entities in which this corporation has an ownership interest.

| Name | Address | Business Activities | % Owned |
|------|---------|---------------------|---------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

State which of these businesses, if any, has ever transacted business with the corporation _____

4                                                                    Initials _____

<u>Item 8</u>.   **Businesses Related to Individuals**

List all corporations, partnerships, and other business entities in which the corporation's principal stockholders, board members, or officers (i.e., the individuals listed in Items 4 - 6 above) have an ownership interest.

| Individual's Name | Business Name | Address | Business Activities | % Owned |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

State which of these businesses, if any, have ever transacted business with the corporation _____

<u>Item 9</u>.   **Related Individuals**

List all related individuals with whom the corporation has had any business transactions during the three previous fiscal years and current fiscal year-to-date.   A "related individual" is a spouse, sibling, parent, or child of the principal stockholders, board members, and officers (i.e., the individuals listed in Items 4 - 6 above).

| Name | Address | Relationship | Business Activities |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

<u>Item 10</u>.   **Outside Accountants**

List all outside accountants retained by the corporation during the last three years.

| Name | Firm Name | Address | CPA/PA? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

<u>Item 11</u>.   **Corporation's Recordkeeping**

List all individuals within the corporation with responsibility for keeping the corporation's financial books and records for the last three years.

| Name | Address | Telephone Number | Position(s) Held |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

5

Initials _____

**Item 12.   Attorneys**

List all attorneys retained by the corporation during the last three years.

| Name | Firm Name | Address |
|------|-----------|---------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**Item 13.   Pending Lawsuits Filed By Corporation**

List all pending lawsuits that have been filed by the corporation in court or before an administrative agency. (List lawsuits that resulted in final judgments or settlements in favor of the corporation in Item 25).

Opposing Party's Name & Address_____

Court's Name & Address_____

Docket No._____ Relief Requested_____ Nature of Lawsuit_____

_____ Status_____

Opposing Party's Name & Address_____

Court's Name & Address_____

Docket No._____ Relief Requested_____ Nature of Lawsuit_____

_____ Status_____

Opposing Party's Name & Address_____

Court's Name & Address_____

Docket No._____ Relief Requested_____ Nature of Lawsuit_____

_____ Status_____

Opposing Party's Name & Address_____

Court's Name & Address_____

Docket No._____ Relief Requested_____ Nature of Lawsuit_____

_____ Status_____

Opposing Party's Name & Address_____

Court's Name & Address_____

6                                                                    Initials _____

Docket No._____ Relief Requested_____ Nature of Lawsuit_____

_____ Status_____

Opposing Party's Name & Address_____

Court's Name & Address_____

Docket No._____ Relief Requested_____ Nature of Lawsuit_____

_____ Status_____

**Item 14.** **Current Lawsuits Filed Against Corporation**

List all pending lawsuits that have been filed against the corporation in court or before an administrative agency. (List lawsuits that resulted in final judgments, settlements, or orders in Items 26 - 27).

Opposing Party's Name & Address_____

Court's Name & Address_____

Docket No._____ Relief Requested_____ Nature of Lawsuit_____

_____ Status_____

Opposing Party's Name & Address_____

Court's Name & Address_____

Docket No._____ Relief Requested_____ Nature of Lawsuit_____

_____ Status_____

Opposing Party's Name & Address_____

Court's Name & Address_____

Docket No._____ Relief Requested_____ Nature of Lawsuit_____

_____ Status_____

Opposing Party's Name & Address_____

Court's Name & Address_____

Docket No._____ Relief Requested_____ Nature of Lawsuit_____

_____ Status_____

Opposing Party's Name & Address_____

Initials _____

Court's Name & Address _____

Docket No._____ Relief Requested_____ Nature of Lawsuit_____

_____ Status_____

Opposing Party's Name & Address _____

Court's Name & Address _____

Docket No._____ Relief Requested_____ Nature of Lawsuit_____

_____ Status_____

<u>**Item 15.**</u>   **Bankruptcy Information**

List all state insolvency and federal bankruptcy proceedings involving the corporation.

Commencement Date _____ Termination Date _____ Docket No. _____

If State Court: Court & County _____ If Federal Court: District _____

Disposition _____

<u>**Item 16.**</u>   **Safe Deposit Boxes**

List all safe deposit boxes, located within the United States or elsewhere, held by the corporation, or held by others for the

benefit of the corporation. On a separate page, describe the contents of each box.

| Owner's Name | Name and Address of Depository Institution | Box No. |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

## FINANCIAL INFORMATION

**REMINDER: When an Item asks for information about assets or liabilities "held by the corporation," include ALL such assets and liabilities, located within the United States or elsewhere, held by the corporation or held by others for the benefit of the corporation.**

8

Initials _____

**Item 17.**   **Tax Returns**

List all federal and state corporate tax returns filed for the last three complete fiscal years.   Attach copies of all returns.

| Federal/State/Both | Tax Year | Tax Due Federal | Tax Paid Federal | Tax Due State | Tax Paid State | Preparer's Name |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Item 18.**   **Financial Statements**

List all financial statements that were prepared for the corporation's last three complete fiscal years and for the current fiscal year-to-date.   *Attach copies of all statements, providing audited statements if available.*

| Year | Balance Sheet | Profit and Loss Statement | Cash Flow Statement | Changes in Owner's Equity | Audited? |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**Item 19.**   **Financial Summary**

For each of the last three complete fiscal years and for the current fiscal year-to-date for which the corporation has not provided a profit and loss statement in accordance with Item 18 above, provide the following summary financial information.

| | Current Year-to-Date | 1 Year Ago | 2 Years Ago | 3 Years Ago |
|---|---|---|---|---|
| Gross Revenue | $ | $ | $ | $ |
| Expenses | $ | $ | $ | $ |
| Net Profit After Taxes | $ | $ | $ | $ |
| Payables | $ | | | |
| Receivables | $ | | | |

**Item 20.**   **Cash, Bank, and Money Market Accounts**

9                                                                Initials _____

List cash and all bank and money market accounts, including but not limited to, checking accounts, savings accounts, and certificates of deposit, held by the corporation.   The term "cash" includes currency and uncashed checks.

Cash on Hand $_____   Cash Held for the Corporation's Benefit $_____

| Name & Address of Financial Institution | Signator(s) on Account | Account No. | Current Balance |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

**Item 21.   Government Obligations and Publicly Traded Securities**

List all U.S. Government obligations, including but not limited to, savings bonds, treasury bills, or treasury notes, held by the corporation. Also list all publicly traded securities, including but not limited to, stocks, stock options, registered and bearer bonds, state and municipal bonds, and mutual funds, held by the corporation.

Issuer _____   Type of Security/Obligation _____

No. of Units Owned _____   Current Fair Market Value $_____   Maturity Date _____

Issuer _____   Type of Security/Obligation _____

No. of Units Owned _____   Current Fair Market Value $_____   Maturity Date _____

**Item 22.   Real Estate**

List all real estate, including leaseholds in excess of five years, held by the corporation.

Type of Property_____   Property's Location_____

Name(s) on Title and Ownership Percentages_____

Current Value $_____   Loan or Account No. _____

Lender's Name and Address_____

Current Balance On First Mortgage $_____   Monthly Payment $_____

Other Loan(s) (describe)_____   Current Balance $_____

Monthly Payment $_____   Rental Unit?_____   Monthly Rent Received $_____

Type of Property_____   Property's Location_____

Name(s) on Title and Ownership Percentages_____

10                                                                                              Initials _____

Current Value $_____   Loan or Account No. _____

Lender's Name and Address_____

Current Balance On First Mortgage $_____ Monthly Payment $_____

Other Loan(s) (describe)_____ Current Balance $_____

Monthly Payment $_____ Rental Unit?_____ Monthly Rent Received $_____

## Item 23.   Other Assets

List all other property, by category, with an estimated value of $2,500 or more, held by the corporation, including but not limited to, inventory, machinery, equipment, furniture, vehicles, customer lists, computer software, patents, and other intellectual property.

| Property Category | Property Location | Acquisition Cost | Current Value |
|---|---|---|---|
| | | $_____ | $_____ |
| | | $_____ | $_____ |
| | | $_____ | $_____ |
| | | $_____ | $_____ |
| | | $_____ | $_____ |
| | | $_____ | $_____ |
| | | $_____ | $_____ |
| | | $_____ | $_____ |
| | | $_____ | $_____ |
| | | $_____ | $_____ |

## Item 24.   Trusts and Escrows

List all persons and other entities holding funds or other assets that are in escrow or in trust for the corporation.

| Trustee or Escrow Agent's Name & Address | Description and Location of Assets | Present Market Value of Assets |
|---|---|---|
| | | $_____ |
| | | $_____ |
| | | $_____ |
| | | $_____ |

11

Initials _____

_____   _____ $_____

_____   _____ $_____

_____   _____ $_____

**Item 25.**   **Monetary Judgments and Settlements Owed To the Corporation**

List all monetary judgments and settlements, recorded and unrecorded, owed to the corporation.

Opposing Party's Name & Address_____

Court's Name & Address_____ Docket No._____

Nature of Lawsuit_____ Date of Judgment_____ Amount $_____

Opposing Party's Name & Address_____

Court's Name & Address_____ Docket No._____

Nature of Lawsuit_____ Date of Judgment_____ Amount $_____

**Item 26.**   **Monetary Judgments and Settlements Owed By the Corporation**

List all monetary judgments and settlements, recorded and unrecorded, owed by the corporation.

Opposing Party's Name & Address_____

Court's Name & Address_____ Docket No._____

Nature of Lawsuit_____ Date_____ Amount $_____

Opposing Party's Name & Address_____

Court's Name & Address_____ Docket No._____

Nature of Lawsuit_____ Date of Judgment_____ Amount $_____

Opposing Party's Name & Address_____

Court's Name & Address_____ Docket No._____

Nature of Lawsuit_____ Date of Judgment_____ Amount $_____

Opposing Party's Name & Address_____

Court's Name & Address_____ Docket No._____

Nature of Lawsuit_____ Date of Judgment_____ Amount $_____

Initials _____

Opposing Party's Name & Address_____

Court's Name & Address_____ Docket No._____

Nature of Lawsuit_____ Date of Judgment_____ Amount $_____

**Item 27.   Government Orders and Settlements**

List all existing orders and settlements between the corporation and any federal or state government entities.

Name of Agency _____ Contact Person _____

Address _____ Telephone No. _____

Agreement Date _____ Nature of Agreement _____

**Item 28.   Credit Cards**

List all of the corporation's credit cards and store charge accounts and the individuals authorized to use them.

Name of Credit Card or Store                    Names of Authorized Users and Positions Held

_____            _____

_____            _____

_____            _____

**Item 29.   Compensation of Employees**

List all compensation and other benefits received from the corporation by the five most highly compensated employees, independent contractors, and consultants (other than those individuals listed in Items 5 and 6 above), for the two previous fiscal years and current fiscal year-to-date.  "Compensation"  includes, but is not limited to, salaries, commissions, consulting fees, bonuses, dividends, distributions, royalties, pensions, and profit sharing plans.  "Other benefits" include, but are not limited to, loans, loan payments, rent, car payments, and insurance premiums, whether paid directly to the individuals, or paid to others on their behalf.

| Name/Position | Current Fiscal Year-to-Date | 1 Year Ago | 2 Years Ago | Compensation or Type of Benefits |
|---|---|---|---|---|
| _____ | $_____ | $_____ | $_____ | _____ |
| _____ | $_____ | $_____ | $_____ | _____ |
| _____ | $_____ | $_____ | $_____ | _____ |
| _____ | $_____ | $_____ | $_____ | _____ |
| _____ | $_____ | $_____ | $_____ | _____ |

**Item 30.   Compensation of Board Members and Officers**

13                                                                    Initials _____

List all compensation and other benefits received from the corporation by each person listed in Items 5 and 6, for the current fiscal year-to-date and the two previous fiscal years.  "Compensation"  includes, but is not limited to, salaries, commissions, consulting fees, dividends, distributions, royalties, pensions, and profit sharing plans.  "Other benefits" include, but are not limited to, loans, loan payments, rent, car payments, and insurance premiums, whether paid directly to the individuals, or paid to others on their behalf.

| Name/Position | Current Fiscal Year-to-Date | 1 Year Ago | 2 Years Ago | Compensation or Type of Benefits |
|---|---|---|---|---|
| _____ | $_____ | $_____ | $_____ | _____ |
| _____ | $_____ | $_____ | $_____ | _____ |
| _____ | $_____ | $_____ | $_____ | _____ |
| _____ | $_____ | $_____ | $_____ | _____ |
| _____ | $_____ | $_____ | $_____ | _____ |
| _____ | $_____ | $_____ | $_____ | _____ |
| _____ | $_____ | $_____ | $_____ | _____ |

**Item 31.   Transfers of Assets Including Cash and Property**

List all transfers of assets over $2,500 made by the corporation, other than in the ordinary course of business, during the previous three years, by loan, gift, sale, or other transfer.

| Transferee's Name, Address, & Relationship | Property Transferred | Aggregate Value | Transfer Date | Type of Transfer (e.g., Loan, Gift) |
|---|---|---|---|---|
| _____ | _____ | $_____ | _____ | _____ |
| _____ | _____ | $_____ | _____ | _____ |
| _____ | _____ | $_____ | _____ | _____ |
| _____ | _____ | $_____ | _____ | _____ |
| _____ | _____ | $_____ | _____ | _____ |

**Item 32.   Documents Attached to Financial Statement**

List all documents that are being submitted with the financial statement.

| Item No. Document Relates To | Description of Document |
|---|---|
| _____ | _____ |
| _____ | _____ |

I am submitting this financial statement with the understanding that it may affect action by the Consumer Financial

14                                                                                   Initials _____

Protection Bureau or a federal court.   I have used my best efforts to obtain the information requested in this statement.   The responses I have provided to the items above are true and contain all the requested facts and information of which I have notice or knowledge. I have provided all requested documents in my custody, possession, or control.   I know of the penalties for false statements under 18 U.S.C. § 1001, 18 U.S.C. § 1621, and 18 U.S.C. § 1623 (five years imprisonment and/or fines). I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on:

_____
(Date)

_____
Signature

_____
Corporate Position

Initials _____