# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:15-cv-00859-RWS
### Consumer Financial Protection Bureau v. Universal Debt & Payment Solutions, LLC et al
### Honorable Richard W. Story

Minute Sheet for proceedings held In Open Court on 04/07/2015.

TIME COURT COMMENCED: 10:05 A.M.
TIME COURT CONCLUDED: 10:35 A.M.    COURT REPORTER: Amanda Lohnaas
TIME IN COURT: 00:30                DEPUTY CLERK:
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Lena Amanti representing Consumer Financial Protection Bureau<br>Michael Caplan representing Global Payments, Inc.<br>David Dudley representing Consumer Financial Protection Bureau<br>Jonathan Engel representing Consumer Financial Protection Bureau<br>** James Baldridge, Leonard Gordon and Allyson Baker representing Global Payments, Inc. |
| PROCEEDING CATEGORY: | Show Cause Hearing(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | Preliminary Injunction entered. |