IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU | ) ) ) | CIVIL ACTION FILE NUMBER 1:15-CV-0859 |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| UNIVERSAL DEBT & PAYMENT SOLUTIONS LLC; UNIVERSAL DEBT SOLUTIONS, LLC; WNY ACCOUNT SOLUTIONS, LLC; WNY SOLUTIONS GROUP, LLC; CHECK & CREDIT RECOVERY, LLC; CREDIT POWER, LLC; S PAYMENT PROCESSING & SOLUTIONS, LLC MARCUS BROWN; MOHAN BAGGA; SARITA BROWN; TASHA PRATCHER; VARINDERJIT BAGGA; SUMANT KHAN; GLOBAL PAYMENTS, INC., PATHFINDER PAYMENT SOLUTIONS, INC.; FRONTLINE PROCESSING CORP.; FRANCIS DAVID CORP/ d/b/a ELECTRONIC MERCHANT SYSTEMS; and GLOBAL CONNECT, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

NOTICE OF APPEARANCE AND REQUEST FOR PLEADINGS

Comes now James W. Hays, duly authorized to practice before this Court, and files his Notice of Appearance to represent FRONTLINE PROCESSING CORP. in the instant action. Counsel requests that all notices in this case required to be served to parties in interest pursuant to the Federal Rules of Civil Procedure, and any

applicable local rules be sent to:

FRONTLINE PROCESSING CORP.
c/o James W. Hays
Hays Potter & Martin, LLP
3945 Holcomb Bridge Road, Suite 300
Peachtree Corners, Georgia 30092
beau@hpmlawatl.com

    This 14th day of April, 2015.

                        HAYS POTTER & MARTIN, LLP
                        Attorneys for Defendant Frontline
                        Processing Corp.

                           /s/James W. Hays
                        James W. Hays
                        Georgia Bar No. 340910

HAYS POTTER & MARTIN, LLP
3945 Holcomb Bridge Road, Suite 300
Peachtree Corners, Georgia 30092
Phone:  (770) 934-8858
beau@hpmlawatl.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>UNIVERSAL DEBT & PAYMENT SOLUTIONS )<br>LLC; et al.  )<br>)<br>Defendants.  )<br>_____) | CIVIL ACTION FILE<br>NUMBER 1:15-CV-0859 |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served to all attorneys of record a copy of the within and foregoing pleading, to wit: **NOTICE OF APPEARANCE AND REQUEST FOR PLEADINGS** by CM/ECF

This 14th day of April, 2015.

                                            HAYS POTTER & MARTIN, LLP
                                            Attorneys for Defendant Frontline Processing Corp.

                                            /s/James W. Hays
                                            James W. Hays
                                            Georgia Bar No. 340910

HAYS POTTER & MARTIN, LLP
3945 Holcomb Bridge Road, Suite 300
Peachtree Corners, Georgia 30092
Phone: (770) 934-8858
beau@hpmlawatl.com