**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL DEBT & PAYMENT SOLUTIONS, LLC, *et al.*,<br><br>Defendants. | ) | Civil Action No.<br>1:15-cv-0859-RWS |

**CERTIFICATE OF CONSENT AND SUBSTITUTION OF COUNSEL**

Pursuant to Local Rule 83.1(E)(2), James William Hayes, of the law firm Hayes, Potter & Martin, LLP, hereby notifies the Court of his withdrawal as counsel of record for Defendant Frontline Processing Corporation ("Frontline"). William J. Holley, II, Scott E. Zweigel, and Tiffany R. Johnson, of the law firm Parker, Hudson, Rainer & Dobbs, LLP, hereby enter their appearance as substitute counsel of record for Frontline and request that copies of all pleadings, correspondence, and other papers in the above-styled action be served upon them as local counsel for Frontline. Frontline consents to this withdrawal and substitution.

Consented to and submitted this 20th day of April, 2015.

**FRONTLINE PROCESSING CORPORATION**

Kori Marolf VP, Risk Management

Chris Kittler
Chief Executive Officer
Frontline Processing Corporation

**HAYS, POTTER & MARTIN, LLP**

James William Hayes
3945 Holcomb Bridge Road
Suite 300
Peachtree Corners, Georgia 30092
(770) 934-8858
(404) 842-1722 Facsimile
beau@hpmlawatl.com
*Withdrawing Counsel for Frontline Processing Corporation*

**PARKER, HUDSON, RAINER & DOBBS, LLP**

/s/ Scott E. Zweigel
William J. Holley, II
Georgia Bar No. 362310
Scott E. Zweigel
Georgia Bar No. 786616
Tiffany R. Johnson
Georgia Bar No. 638051
1500 Marquis Two Tower
285 Peachtree Center Ave., N.E.
Atlanta, Georgia 30303
(404) 523-5300
(404) 522-8409 Facsimile
wjh@phrd.com
sez@phrd.com
trj@phrd.com

-with-

**LINDQUIST & VENNUM LLP**
Bryan R. Freeman
Susan E. Barnes
*Applications for admission pro hac vice to be filed*
4200 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
(612) 752-1076
(612) 371-3207 Facsimile
bfreeman@lindquist.com
sbarnes@lindquist.com

*Substitute Counsel for Frontline Processing Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the foregoing **CERTIFICATE OF CONSENT AND SUBSTITUTION OF COUNSEL** using the Court's CM/ECF system, which will send electronic notification of such filing to all counsel of record.

This 21st day of April, 2015.

*/s/ Scott E. Zweigel*
Scott E. Zweigel