# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL ) <br> PROTECTION BUREAU, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNIVERSAL DEBT & PAYMENT ) <br> SOLUTIONS, LLC; *et al.,* ) <br> ) <br> Defendants. ) | Civil Action No. <br> 1:15-cv-0859-RWS |

## CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANT FRONTLINE PROCESSING CORPORATION TO RESPOND TO THE COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Defendant Frontline Processing Corporation ("Frontline") respectfully requests, with the consent of Plaintiff, an extension of time through and including Tuesday, May 12, 2015 to file an answer, motion or other responsive pleading in this action. In support of this Consent Motion, Frontline shows the Court as follows:

1. Plaintiff, Consumer Financial Protection Bureau ("Plaintiff"), filed its Complaint in this action on March 26, 2015. (Doc. 1.)

2. Plaintiff served Frontline on April 6, 2015. Frontline's current deadline to respond to the Complaint is on April 27, 2015.

3. The undersigned was recently retained to represent Frontline, and respectfully requests an extension of time to answer, move, plead, object, or otherwise respond to the Complaint through and including May 12, 2015.

4. Plaintiff consents to Frontline's request.

WHEREFORE, Defendant Frontline Processing Corporation respectfully requests an extension of time through and including May 12, 2015 to answer, move, plead, object, or otherwise respond to Plaintiff's Complaint. A proposed order is attached for the Court's convenience.

Respectfully submitted this 22nd day of April, 2015.

| **CONSUMER FINANCIAL PROTECTION BUREAU** | **PARKER, HUDSON, RAINER & DOBBS, LLP** |
|---|---|
| */s/ Jonathan B. Engel* | */s/ Scott E. Zweigel* |
| Jonathan B. Engel | William J. Holley, II |
| *Admitted pro hac vice* | Georgia Bar No. 362310 |
| David Dudley | Scott E. Zweigel |
| *Pro hac vice admission pending* | Georgia Bar No. 786616 |
| 1700 G. Street NW | Tiffany R. Johnson |
| Washington, D.C. 20052 | Georgia Bar No. 638051 |
| (202) 435-9037 | 1500 Marquis Two Tower |
| Jonathan.engel@cfpb.gov | 285 Peachtree Center Ave., N.E. |
| david.dudley@cfpb.gov | Atlanta, Georgia 30303 |
| | (404) 523-5300 |
| Lena Amanti | (404) 522-8409 Facsimile |
| Georgia Bar No. 666825 | wjh@phrd.com |
| U.S. Attorney's Office | sez@phrd.com |
| 600 Richard C. Russell Federal Building | trj@phrd.com |
| 75 Spring Street, SW | -with- |

Atlanta, Georgia 30303
(404) 581-6225
(404) 581-6163 Facsimile
Lena.amanti@usdoj.gov

*Counsel for Plaintiff Consumer Financial Protection Bureau*

**LINDQUIST & VENNUM LLP**
Kirstin D. Kanski
Bryan R. Freeman
*Applications for admission pro hac vice filed concurrently*
4200 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
(612) 752-1076
(612) 371-3207 Facsimile
kkanski@lindquist.com
bfreeman@lindquist.com

*Counsel for Frontline Processing Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing **CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANT FRONTLINE PROCESSING CORPORATION TO RESPOND TO THE COMPLAINT** using the Court's CM/ECF system, which will send electronic notification of such filing to all counsel of record.

This 22nd day of April, 2015.

*/s/ Scott E. Zweigel*
Scott E. Zweigel