# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>    Plaintiff,<br><br>v.<br><br>UNIVERSAL DEBT & PAYMENT SOLUTIONS, LLC; *et al.*,<br><br>    Defendants. | Civil Action No.<br>1:15-cv-0859-RWS |

## DEFENDANT FRONTLINE PROCESSING CORPORATION'S
## <u>RULE 5.4 CERTIFICATE OF SERVICE</u>

Pursuant to Local Rule 5.4, I hereby certify that on April 24, 2015, Frontline Processing Corporation's Objections and Responses to Plaintiff's Expedited Request for Documents were served upon counsel for Plaintiff by overnight express delivery and via email, properly addressed to the following:

> Jonathan B. Engel, Esq.
> David Dudley, Esq.
> Consumer Financial Protection Bureau
> Office of Enforcement
> 1625 Eye St., NW
> Washington, D.C.  20006
> Jonathan.Engel@cfpb.gov
> David.Dudley@cfpb.gov

Respectfully submitted, this 24th day of April, 2015.

**PARKER, HUDSON, RAINER & DOBBS, LLP**

<u>/s/ Scott E. Zweigel</u>
William J. Holley, II
Georgia Bar No. 362310
Scott E. Zweigel
Georgia Bar No. 786616
Tiffany R. Johnson
Georgia Bar No. 638051
1500 Marquis Two Tower
285 Peachtree Center Ave., N.E.
Atlanta, Georgia 30303
(404) 523-5300
(404) 522-8409 Facsimile
wjh@phrd.com
sez@phrd.com
trj@phrd.com

-with-

**LINDQUIST & VENNUM LLP**
Kirstin D. Kanski
Bryan R. Freeman
*Pro Hac Vice Motions Pending*
4200 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
(612) 752-1076
(612) 371-3207 Facsimile
kkanski@lindquist.com
bfreeman@lindquist.com

*Counsel for Frontline Processing Corporation*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2015, I filed a true and correct copy of the above and foregoing **DEFENDANT FRONTLINE PROCESSING CORPORATION'S RULE 5.4 CERTIFICATE OF SERVICE** with the Clerk of Court using the Court's CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

*/s/ Scott E. Zweigel*
Scott E. Zweigel