# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL ) <br> PROTECTION BUREAU, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNIVERSAL DEBT & PAYMENT ) <br> SOLUTIONS, LLC; *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. <br> 1:15-cv-0859-RWS |

## CONSENT MOTION FOR SECOND EXTENSION OF TIME FOR DEFENDANT FRONTLINE PROCESSING CORPORATION TO RESPOND TO THE COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Defendant Frontline Processing Corporation ("Frontline") respectfully requests, with the consent of Plaintiff, a second extension of time through and including Tuesday, May 19, 2015 to file an answer, motion or other responsive pleading in this action. In support of this Consent Motion, Frontline shows the Court as follows:

1. Plaintiff, Consumer Financial Protection Bureau ("Plaintiff"), filed its Complaint in this action on March 26, 2015. (Doc. 1.)

2. Plaintiff served Frontline on April 6, 2015.

3. On April 23, 2015, the Court granted Frontline's Consent Motion for Extension of Time to Respond to the Complaint, and Frontline's deadline to respond to the Complaint is presently on or before May 12, 2015. (Doc. 57.)

4. Frontline continues to investigate the allegations raised in Plaintiff's Complaint, and Plaintiff has consented to a one-week extension of the deadline to answer, move, plead, object, or otherwise respond to the Complaint through and including May 19, 2015.

WHEREFORE, Defendant Frontline Processing Corporation respectfully requests a one-week extension of time through and including May 19, 2015 to answer, move, plead, object, or otherwise respond to Plaintiff's Complaint. A proposed order is attached for the Court's convenience.

Respectfully submitted this 7th day of May, 2015.

| CONSUMER FINANCIAL PROTECTION BUREAU | PARKER, HUDSON, RAINER & DOBBS, LLP |
|---|---|
| */s/ Jonathan B. Engel* <br> Jonathan B. Engel <br> *Admitted pro hac vice* <br> David Dudley <br> *Admitted pro hac vice* <br> 1700 G. Street NW <br> Washington, D.C. 20052 <br> (202) 435-9037 <br> Jonathan.engel@cfpb.gov <br> david.dudley@cfpb.gov | */s/ Scott E. Zweigel* <br> William J. Holley, II <br> Georgia Bar No. 362310 <br> Scott E. Zweigel <br> Georgia Bar No. 786616 <br> Tiffany R. Johnson <br> Georgia Bar No. 638051 <br> 1500 Marquis Two Tower <br> 285 Peachtree Center Ave., N.E. <br> Atlanta, Georgia 30303 <br> (404) 523-5300 |

- 3 -

| | |
|---|---|
| Lena Amanti<br>Georgia Bar No. 666825<br>U.S. Attorney's Office<br>600 Richard C. Russell Federal Building<br>75 Spring Street, SW<br>Atlanta, Georgia 30303<br>(404) 581-6225<br>(404) 581-6163 Facsimile<br>Lena.amanti@usdoj.gov<br><br>*Counsel for Plaintiff Consumer Financial Protection Bureau* | (404) 522-8409 Facsimile<br>wjh@phrd.com<br>sez@phrd.com<br>trj@phrd.com<br><br>-with-<br><br>**LINDQUIST & VENNUM LLP**<br>Kirstin Kanski<br>*Admitted pro hac vice*<br>Bryan R. Freeman<br>*Admitted pro hac vice*<br>4200 IDS Center<br>80 S. 8th Street<br>Minneapolis, MN 55402<br>(612) 752-1076<br>(612) 371-3207 Facsimile<br>bfreeman@lindquist.com<br>kkanski@lindquist.com<br><br>*Counsel for Frontline Processing Corporation* |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the foregoing **CONSENT MOTION FOR SECOND EXTENSION OF TIME FOR DEFENDANT FRONTLINE PROCESSING CORPORATION TO RESPOND TO THE COMPLAINT** using the Court's CM/ECF system, which will send electronic notification of such filing to all counsel of record.

This 7th day of May, 2015.

/s/ Scott E. Zweigel
Scott E. Zweigel