**IN THE U.S. DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL DEBT & PAYMENT SOLUTIONS, LLC; ET AL.,<br><br>Defendants. | CIVIL ACTION FILE<br>NO. 1:15-CV-0859-RWS |

**[~~PROPOSED~~ ~~PROPOSED~~] ORDER GRANTING CONSENT MOTION TO EXTEND PAGE LIMITATIONS FOR GLOBAL PAYMENTS INC.'S BRIEF IN SUPPORT OF ITS MOTION TO DISMISS THE COMPLAINT**

This matter having come before this Court on a Consent Motion to Extend Page Limitations for Global Payments Inc.'s Brief in Support of Its Motion to Dismiss the Complaint, it is ORDERED AND ADJUDGED that the Motion is GRANTED. Defendant Global Payments Inc.'s brief shall not exceed 35 pages.

SO ORDERED this 13th day of May, 2015.

[signature on following page]

THE HONORABLE RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

Proposed by:

Michael A. Caplan
GA Bar No. 601039
Benjamin W. Cheesbro
GA Bar No. 648368
**CAPLAN COBB LLP**
1447 Peachtree Street, NE, Suite 880
Atlanta, GA 30309
(404) 596-5600 – Office
(404) 596-5604 – Fax
*mcaplan@caplancobb.com*
*bcheesbro@caplancobb.com*

*Attorneys for Defendant Global Payments Inc.*