**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL DEBT & PAYMENT SOLUTIONS, LLC; *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.<br>1:15-cv-0859-RWS |

**DEFENDANT FRONTLINE PROCESSING CORPORATION'S MOTION TO DISMISS COMPLAINT WITH PREJUDICE**

Defendant Frontline Processing Corporation ("Frontline") respectfully moves this Court pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss with prejudice all claims asserted by Plaintiff the Consumer Financial Protection Bureau against Frontline in its Complaint for failure to state a claim.

First, the Complaint fails to plausibly state a claim that Frontline knowingly or recklessly provided substantial assistance to the Debt Collectors in violation of 12 U.S.C. § 5536(a)(3). As a result, Count 8 should be dismissed.

Second, the Complaint fails to plausibly state a claim that Frontline is a "covered person or service provider" under 12 U.S.C. § 5541, and also fails to

plausibly allege that Frontline engaged in an unfair act or practice in violation of 12 U.S.C. § 5536(a)(1)(B). As a result, Count 9 should be dismissed.

For these reasons, and the additional reasons set forth in the accompanying Memorandum of Law in Support and as set for the in the record in this matter, Frontline requests that this Court dismiss with prejudice all claims asserted by Plaintiff against it in the Complaint.

Dated: May 19, 2015

Respectfully submitted,

**LINDQUIST & VENNUM LLP**

*/s/ Bryan R. Freeman*
Kirstin D. Kanski
Bryan R. Freeman
4200 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
(612) 752-1076
(612) 371-3207 Facsimile
kkanski@lindquist.com
bfreeman@lindquist.com

-with-

**PARKER, HUDSON, RAINER & DOBBS, LLP**
William J. Holley, II
Georgia Bar No. 362310
Scott E. Zweigel
Georgia Bar No. 786616
Tiffany R. Johnson

Georgia Bar No. 638051
1500 Marquis Two Tower
285 Peachtree Center Ave., N.E.
Atlanta, Georgia 30303
(404) 523-5300
(404) 522-8409 Facsimile
wjh@phrd.com
sez@phrd.com
trj@phrd.com

*Counsel for Frontline Processing Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2015, I electronically filed the foregoing DEFENDANT FRONTLINE PROCESSING CORPORATION'S MOTION TO DISMISS COMPLAINT WITH PREJUDICE with the Clerk of Court using the CM/ECF system, which will send notifications of such filings to all counsel of record in this action.

/s/ Bryan R. Freeman
Bryan R. Freeman