**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Plaintiff,<br>v.<br><br>UNIVERSAL DEBT & PAYMENT SOLUTIONS, LLC; *et al.*,<br><br>Defendants. | ) | Civil Action No.<br>1:15-cv-0859-RWS |

**JOINT STATEMENT OF DEFENDANT FRONTLINE PROCESSING CORPORATION AND DEFENDANT PATHFINDER PAYMENT SOLUTIONS, INC. REGARDING REQUEST FOR ORAL ARGUMENT**

If the Court grants the motion for oral argument filed by Defendant Global Payments (Doc. No. 131), Defendants Pathfinder Payment Solutions Inc. ("Pathfinder") and Frontline Processing Corporation ("Frontline") respectfully request that the Court also grant oral argument on the motions to dismiss filed by Frontline (Doc. No. 97) and by Pathfinder (Doc. No. 89).

**[SIGNATURES ON FOLLOWING PAGE]**

Respectfully submitted this 9th day of July, 2015.

**SMITH LLC**

*/s/ John Da Grosa Smith*
John Da Grosa Smith
State Bar No. 660946
jdsmith@smithlit.com
Kristina M. Jones
State Bar No. 435145
kjones@smithlit.com
1320 Ellsworth Industrial Boulevard
Suite A1000
Atlanta, GA 30318
Tel: 404-605-9680

*Counsel for Defendant Pathfinder Payment Solutions, Inc.*

**PARKER, HUDSON, RAINER & DOBBS, LLP**

*/s/ Scott E. Zweigel*
William J. Holley, II
Georgia Bar No. 362310
Scott E. Zweigel
Georgia Bar No. 786616
Tiffany R. Johnson
Georgia Bar No. 638051
1500 Marquis Two Tower
285 Peachtree Center Ave., N.E.
Atlanta, Georgia 30303
(404) 523-5300
(404) 522-8409 Facsimile
wjh@phrd.com
sez@phrd.com
trj@phrd.com

-with-

**LINDQUIST & VENNUM LLP**
Kirstin Kanski
*Admitted pro hac vice*
Bryan R. Freeman
*Admitted pro hac vice*
4200 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
(612) 752-1076
(612) 371-3207 Facsimile
kkanski@lindquist.com
bfreeman@lindquist.com

*Counsel for Defendant Frontline Processing Corporation*

**CERTIFICATE OF COMPLIANCE**

In compliance with Local Rule 7.1(D), I certify that the foregoing request has been prepared in conformity with Local Rule 5.1. This request was prepared with Times New Roman (14 point) type, with a top margin of one and one-half (1 ½) inches and a left margin of one (1) inch.

This 9th day of July, 2015.

*/s/ Scott E. Zweigel*
Scott E. Zweigel

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2015, I electronically filed the foregoing **JOINT STATEMENT OF DEFENDANT FRONTLINE PROCESSING CORPORATION AND DEFENDANT PATHFINDER PAYMENT SOLUTIONS, INC. REGARDING REQUEST FOR ORAL ARGUMENT** with the Clerk of Court using the CM/ECF system, which will send notifications of such filings to all counsel of record in this action.

This 9th day of July, 2015.

*/s/ Scott E. Zweigel*
Scott E. Zweigel