**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA,**
**ATLANTA DIVISION**

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL DEBT & PAYMENT SOLUTIONS, LLC, *et al.*,<br><br>Defendants. | **Civil Action No.**<br><br>**1:15-CV-0859-RWS** |

**PLAINTIFF'S RESPONSE TO GLOBAL PAYMENTS' REQUEST FOR ORAL ARGUMENT**

The Consumer Financial Protection Bureau ("Bureau") submits this response to Global Payments Inc.'s ("Global") request for oral argument and Pathfinder's and Frontline's joint statement requesting to join in any such argument. Global has had adequate opportunity to present its arguments in support of its motion to dismiss. Together with the Bureau's opposition brief, and briefs filed by Frontline and Pathfinder, the questions before the Court have been extensively and ably briefed. Accordingly, the Bureau believes that argument is unnecessary. Of course, if the Court concludes that it would

benefit from oral argument, the Bureau will make itself available at the Court's convenience.

Dated: July 9, 2015

Respectfully Submitted,

Attorneys for Plaintiff

Consumer Financial Protection Bureau:

ANTHONY ALEXIS
Enforcement Director

DAVID RUBENSTEIN
Deputy Enforcement Director for Litigation

FRANK KULBASKI
Assistant Deputy Enforcement Director for Litigation

*/s/ Jonathan B. Engel*
JONATHAN B. ENGEL (MA bar #664518)
DAVID DUDLEY (WI Bar #1062812)
ENFORCEMENT ATTORNEYS
1700 G Street NW
Washington, DC 20552
Phone (Engel): 202-435-9037
Phone (Dudley): 202-435-9284
Email: *Jonathan.Engel@cfpb.gov*
Email: *David.Dudley@cfpb.gov*
Fax: 202-435-7722

And

Local Counsel
JOHN A. HORN
ACTING UNITED STATES ATTORNEY

LENA AMANTI
ASSISTANT U.S. ATTORNEY
Georgia Bar No. 666825
600 Richard B. Russell Federal Bldg.
75 Spring Street, S.W.
Atlanta, GA 30303
Telephone: (404) 581-6225
Facsimile: (404) 581-6163
Email: lena.amanti@usdoj.gov

CERTIFICATE OF COMPLIANCE

The undersigned attorney hereby certifies, pursuant to LR 7.1.D, that the foregoing Motion was prepared in Century Schoolbook 13 point font.

*/s/ Jonathan B. Engel*
__________________________ Dated: July 9, 2015
Jonathan B. Engel
Enforcement Attorney

CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on this day a true and correct copy of Plaintiff's Response to Global Payments' Request for Oral Argument was filed with the clerk of court using the CM/ECF system which will automatically send email notification of the filing to all attorneys of record.

*/s/ Jonathan B. Engel*
__________________________ Dated: July 9, 2015
Jonathan B. Engel
Enforcement Attorney