# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>    Plaintiff,<br><br>    v.<br><br>UNIVERSAL DEBT & PAYMENT SOLUTIONS, LLC, *et al.*,<br><br>    Defendants. | **Civil Action No.**<br><br>1:15-CV-0859-RWS |

## **PLAINTIFF'S CERTIFICATION OF SERVICE OF DISCOVERY**

    Pursuant to Local Rule 5.4, I certify that on October 28, 2015, I caused a copy of the following discovery to be served by First Class mail on counsel of record or parties in this matter:

SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION TO CHESAPEAKE FINANCIAL SHARES, INC.


*/s/ Jonathan B. Engel*
Jonathan B. Engel