IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,  :  :  : | |
| Plaintiff,  : | |
| :  v.  : | CIVIL ACTION NO. 1:15-CV-859-RWS |
| :  UNIVERSAL DEBT  : SOLUTIONS, LLC, *et al.*,  :  : | |
| Defendants.  : | |

## ORDER

This case is before the Court for consideration of several discovery disputes raised by the parties. After reviewing the submissions of the parties[1], the Court enters the following Order.

(1) The request of Global Payments Inc. ("Global Payments") for a protective order regarding Topic #1 of Pathfinder Payment Solutions, Inc. ("Pathfinder") is denied.

(2) Regarding the request of the Consumer Financial Protection Bureau

---

[1] The submissions of the parties are attached hereto as Exhibit A.

AO 72A
(Rev.8/82)

("CFPB") for clarification of the Court's September 21, 2016 Order [Doc. No. 316] ("September 21 Order"), the parties are relieved from following the protocols under the Court's Standing Order. They are still required to confer in good faith before filing a motion. Only one meet-and-confer is required per issue. However, a party may then file a motion without first clearing the issue with the Court. If a motion is filed, responses are due 7 days after service of the motion, and replies are due 7 days after service of the response.

(3) HSBC deposition - Because the document production was so protracted, the CFPB may take this deposition after the October 1, 2016 deadline, but as soon thereafter as practicable.

(4) Marcus Brown deposition - If the CFPB committed not to take the deposition of Mr. Brown in exchange for Mr. Brown's agreement to respond to the CFPB's Requests for Admissions, then Mr. Brown is not required to submit to deposition. If the CFPB did not make this commitment, Mr. Brown must submit to deposition on September 30, 2016. If counsel for Mr. Brown is unable to attend on that date due to a prior commitment, the CFPB may take the deposition, not later than October 7, 2016.

(5) CFPB's responses to Frontline's interrogatories - If Frontline wishes,

AO 72A
(Rev.8/82)

it may file a motion to compel responses to its interrogatories.

(6) Requests for Admissions - Parties are not required to respond to Requests for Admissions that were not served early enough to require response before the close of discovery.

**SO ORDERED**, this 27th day of Sept, 2016.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE