UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA,
ATLANTA DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL DEBT & PAYMENT SOLUTIONS, LLC, *et al.*,<br><br>Defendants. | **Civil Action No.**<br><br>**1:15-CV-0859-RWS** |

**[~~PROPOSED~~] ORDER GRANTING JOINT MOTION BY CONSUMER FINANCIAL PROTECTION BUREAU AND VARINDERJIT BAGGA TO DISMISS THE BUREAU'S CLAIMS AGAINST VARINDERJIT BAGGA WITH PREJUDICE UNDER RULE 41(a)(2)**

This matter having come before the Court on a Joint Motion by the Consumer Financial Protection Bureau and Varinderjit Bagga to Dismiss the Bureau's Claims Against Varinderjit Bagga With Prejudice Under Fed. R. Civ. P. 41(a)(2), it is ORDERED that the motion is GRANTED upon the following terms and conditions:

1. The Preliminary Injunction (ECF No. 16) is modified to exclude V. Bagga and V. Bagga's assets from its coverage.

2. The entry of this Order will have no issue- or claim-preclusive effect with respect to the pending cross-claim asserted by Cross-Claim Plaintiff EMS against Varinderjit Bagga.

3. Each party will bear its own costs in connection with litigating the claims subject to this Order.

SO ORDERED this 15th day of Nov., 2017.

THE HONORABLE RICHARD W. STORY
UNITED STATES DISTRICT JUDGE