**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL DEBT & PAYMENT SOLUTIONS, LLC, ET AL.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action File No.<br>1:15-CV-0859-RWS |

**DEFENDANT VARINDERJIT "VEENA" BAGGA'S MOTION FOR SUMMARY JUDGMENT ON CROSSCLAIM OF DEFENDANT FRANCIS DAVID CORPORATION D/B/A ELECTRONIC MERCHANT SYSTEMS**

COMES NOW Defendant Varinderjit "Veena" Bagga and respectfully moves the Court for entry of an order granting summary judgment in her favor on Defendant Francis David Corporation d/b/a Electronic Merchant Systems' Crossclaim. In support of this Motion, Defendant files (1) her Brief in Support and exhibits thereto, including the Affidavit of Varinderjit "Veena" Bagga, and (2) her Statement of Undisputed Material Facts.

Respectfully submitted this 15th day of November, 2017.


*/s/ Carolyn "Tippi" Cain Burch*
Carolyn "Tippi" Cain Burch
Georgia Bar No. 094515
CHALMERS BURCH & ADAMS LLC
75 Fourteenth Street, Suite 2725
Atlanta, Georgia 30309
678.582.8902
tburch@cpblawgroup.com

**ATTORNEY FOR DEFENDANT VARINDERJIT "VEENA" BAGGA**

## CERTIFICATE OF COMPLIANCE AND SERVICE

I hereby certify that the foregoing pleading was prepared using Times New Roman 14pt Font, and that I have on this 15th day of November, 2017, filed a true and correct copy of the foregoing

**DEFENDANT VARINDERJIT "VEENA" BAGGA'S MOTION FOR SUMMARY JUDGMENT ON CROSSCLAIM OF DEFENDANT FRANCIS DAVID CORPORATION D/B/A ELECTRONIC MERCHANT SYSTEMS**

with the clerk of court using the CM/ECF system, which will automatically send an electronic notification of such filing to all attorneys of record.

*/s/ Carolyn "Tippi" Cain Burch*
Carolyn "Tippi" Cain Burch
Georgia Bar No. 094515