**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **CONSUMER FINANCIAL PROTECTION BUREAU,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**UNIVERSAL DEBT & PAYMENT SOILUTIONS, LLC, et al.,**<br><br>**Defendants.** | **Civil Action No.**<br><br>**1:15-CV-0859-RWS** |

**[~~PROPOSED~~] ORDER GRANTING ELECTRONIC MERCHANT SYSTEMS' AND VARINDERJIT BAGGA'S JOINT MOTION TO DISMISS ELECTRONIC MERCHANT SYSTEMS' CROSSCLAIM AGAINST VARINDERJIT BAGGA WITHOUT PREJUDICE**

This case is before the Court on the Joint Motion of Electronic Merchant Systems ("EMS") and Varinderjit Bagga to dismiss EMS's Crossclaim against Ms. Bagga Without Prejudice. After a review of said Motion and for good cause shown, the Court hereby **GRANTS** said Motion. Accordingly,

It is hereby **ORDERED** that EMS's Crossclaim against Ms. Bagga is dismissed without prejudice, each party to pay their own costs and attorney fees.

**SO ORDERED**, this 2nd day of ~~December, 2017~~ Jan, 2018.

RICHARD W. STORY
United States District Judge

Proposed By:

Benjamin Ockner
Pro Hac Vice
**Berns, Ockner & Greenberger, LLC**
3700 Park East Drive, Suite 200
Beachwood, OH 44122
(216) 831-8838
(216) 464-4489 (Fax)
Email: *bockner@bernsockner.com*

*An Attorney for Crossclaim Plaintiff Electronic Merchant Systems*

Carolyn "Tippi" Cain Burch
Georgia Bar No. 094515
**Chalmers Burch & Adams LLC**
75 Fourteenth Street, Suite 2725
Atlanta, Georgia 30309
(678) 582-8902
Email: *tburch@cpblawgroup.com*

*Attorney For Crossclaim Defendant Varinderjit "Veena" Bagga*