OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, S.W.
ATLANTA, GEORGIA 30303-3361

OFFICIAL BUSINESS

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
JAN - 8 2018
JAMES N. HATTEN, Clerk
By: Deputy Clerk

RWS

CLEARED

$ 000.46⁰

300 NFE 1 C161000 01/04/18
FORWARD TIME EXP RTN TO SEND
PRATCHER-BROWN TASHA
1070 CHESTNUT RIDGE RD
AMHERST NY 14228-3101

RETURN TO SENDER

30303>3361
14216$1715 C02

Tasha Pratcher
142 Stratford Avenue
Buffalo, NY 14216

---

*************** ATTENTION ***************

*** CHANGE OF STREET NAME FOR THE FEDERAL COURTHOUSE IN ATLANTA ***

As a result of a recent change in the name of Spring Street, the new address for the Atlanta courthouse is:

75 Ted Turner Drive, S.W.
Atlanta, GA 30303

Although preprinted Court stationery may continue to display the Spring Street address for some time, use the new address to ensure delivery.

Attorney Registration for Electronic Case Filing (ECF)

Electronic Filing became mandatory for all attorneys effective July 15, 2005. If you are a bar member in good standing with the Northern District of Georgia or an attorney admitted pro hac vice, register now for an ECF user ID and password. Please visit http://www.gand.uscourts.gov to sign up as an ECF user. You may also call 404-215-1600.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **CONSUMER FINANCIAL PROTECTION BUREAU,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**UNIVERSAL DEBT & PAYMENT SOILUTIONS, LLC, et al.,**<br><br>**Defendants.** | **Civil Action No.**<br><br>**1:15-CV-0859-RWS** |

**~~[PROPOSED]~~ ORDER GRANTING ELECTRONIC MERCHANT SYSTEMS' AND VARINDERJIT BAGGA'S JOINT MOTION TO DISMISS ELECTRONIC MERCHANT SYSTEMS' CROSSCLAIM AGAINST VARINDERJIT BAGGA WITHOUT PREJUDICE**

This case is before the Court on the Joint Motion of Electronic Merchant Systems ("EMS") and Varinderjit Bagga to dismiss EMS's Crossclaim against Ms. Bagga Without Prejudice. After a review of said Motion and for good cause shown, the Court hereby **GRANTS** said Motion. Accordingly,

It is hereby **ORDERED** that EMS's Crossclaim against Ms. Bagga is dismissed without prejudice, each party to pay their own costs and attorney fees.

**SO ORDERED**, this 2nd day of ~~December, 2017~~ Jan, 2018.

**RICHARD W. STORY**
United States District Judge

Proposed By:

Benjamin Ockner
Pro Hac Vice
**Berns, Ockner & Greenberger, LLC**
3700 Park East Drive, Suite 200
Beachwood, OH 44122
(216) 831-8838
(216) 464-4489 (Fax)
Email: *bockner@bernsockner.com*

*An Attorney for Crossclaim Plaintiff Electronic Merchant Systems*

Carolyn "Tippi" Cain Burch
Georgia Bar No. 094515
**Chalmers Burch & Adams LLC**
75 Fourteenth Street, Suite 2725
Atlanta, Georgia 30309
(678) 582-8902
Email: *tburch@cpblawgroup.com*

*Attorney For Crossclaim Defendant Varinderjit "Veena" Bagga*