IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA,
ATLANTA DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>    Plaintiff,<br><br>        v.<br><br>UNIVERSAL DEBT & PAYMENT SOLUTIONS, LLC; *et al.*<br><br>    Defendants. | Civil Action No.<br>1:15-CV-0859-RWS |

### MOTION OF CONSUMER FINANCIAL PROTECTION BUREAU FOR APPOINTMENT OF A RECEIVER

Pursuant to Rule 66 of the Federal Rules of Civil Procedure, Plaintiff, the Consumer Financial Protection Bureau, hereby moves for an order appointing an independent receiver over Defendants Check & Credit Recovery, LLC, Credit Power, LLC, Universal Debt & Payment Solutions, LLC, Universal Debt Solutions, LLC, WNY Account Solutions, LLC, WNY Solutions Group, LLC, and two entities wholly owned by certain other Defendants, Real Estate of Distinction, Inc., and Rx Office Solutions, LLC.

This Motion is supported by a brief, exhibits to the brief, and a proposed order.

Dated: November 21, 2019                Respectfully Submitted,

                                        Attorneys for Plaintiff
                                        Consumer Financial Protection Bureau:

                                        CARA PETERSEN
                                        Acting Enforcement Director

                                        DAVID RUBENSTEIN
                                        Deputy Enforcement Director

                                        THOMAS KIM
                                        Assistant Deputy Enforcement Director

                                        /s/ Mary K. Warren
                                        _____
                                        Mary K. Warren (NY bar #2557684)
                                        Rebecca J. Coleman (MD)
                                        Maureen McOwen (DC bar # 976749)
                                        ENFORCEMENT ATTORNEYS
                                        1700 G Street NW
                                        Washington, DC 20552
                                        Phone (Warren): 202-435-9284
                                        Phone (Coleman): 202-435-7541
                                        Phone (McOwen): 202-435-9553
                                        Email: Mary.Warren@cfpb.gov
                                        Email:  Rebecca.Coleman@cfpb.gov
                                        Email:  Maureen.Mcowen@cfpb.gov
                                        Fax: 202-435-7722

                                        and

                                        Local Counsel

KURT ERSKINE, FIRST ASSISTANT
U.S. ATTORNEY

LORI BERANEK
ASSISTANT U.S. ATTORNEY
Georgia Bar No. 666825
600 Richard B. Russell Federal Bldg.
75 Spring Street, S.W.
Atlanta, GA 30303
Telephone: (404) 581-6225
Facsimile: (404) 581-6163
Email: lori.beranek@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on this day a true and correct copy of the foregoing document was filed with the clerk of court using the CM/ECF system, which will automatically send email notification of the filing to all attorneys of record, and was mailed by United Parcel Service to the following defendants that do not have access to the CM/ECF system:

| | |
|---|---|
| Marcus Brown<br>142 Stratford Road<br>Buffalo, NY  14216 | Sarita Brown<br>1440 Jefferson Ave., #233<br>Buffalo, NY 14208-1827 |
| Tasha Pratcher<br>1070 Chestnut Ridge Road<br>Amherst, NY 14228 | WNY Account Solutions<br>c/o Marcus Brown<br>142 Stratford Road<br>Buffalo, NY 14216 |

*/s/ Mary K. Warren*             November 21, 2019
Mary K. Warren
Enforcement Attorney