FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 25 2019

JAMES N. HATTEN, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL DEBT & PAYMENT SOLUTIONS, LLC; *et al.*<br><br>Defendants. | Civil Action No.<br>1:15-CV-0859-RWS |

**TASHA PRATCHER'S RESPONSE IN OPPOSITION TO PLANTIFF'S CFPB MOTION TO VACATE SUMMARY JUDGMENT**

I have read the CFPB response to my motion. I will first discuss what the CFPB hasn't mention in their response. First, the CFPB misrepresentation to the court that all rental properties were purchased through illegal debt collection methods. I have provided a copy of a document obtained from the State of Georgia website. I have labeled it Exhibit A. It clearly states that Universal Debt & Payment Solutions was setup November 11th, 2011, with a filing number 01642771. The Case before the Court is Universal Debt & Payment Solutions vs CFPB.

I have provided the court with copies of deeds showing that both 150 Parkridge and 237 Dartmouth (See Exhibit B )were purchased prior to the inception date of November 11th, 2011 for Universal Debt & Payment Solutions. The property at 150 Parkridge was purchased in 2010. The property at 237 Dartmouth was purchased in 2004. Both properties were purchased before debt collection began in Atlanta. Please note that WNY SOLUTIONS GROUP hasn't been the defendant in any lawsuit until now. The CFPB has not provided the Court any proof of Illegal debt collection activity prior to November 11th 2011, and yet, I was precluded from collecting rents on these two properties. I couldn't raise the resources for consistent counsel and maintain my properties from being free of housing court violations at the same time.

On page 7 of the Bureau response, the Bureau states that I claim that I am entitled rental income from real property 150 Parkridge. They also state that the owner is WNY SOLUTIONS GROUP. The Bureau clearly disagrees with my claim. Being a defendant (Wny Solution Group) isn't a valid reason to be precluded from collecting rent. Real property 150 Parkridge was purchased in 2010 which is prior to debt collection activity in Atlanta (See Exhibit B). The CFPB has submitted no evidence demonstrating that WNY Solutions Group received profit from debt collection associated with this case.

Please note: 237 Dartmouth, Buffalo, NY 14215 isn't mentioned in the Bureau's response. This real property was purchased in 2004(See exhibit B). I have lost several thousands of dollars as a result of my inability to collect rent of this property as well. Why ??

Once again please note: 237 Dartmouth, Buffalo, NY 14215 isn't mentioned in the Bureau's response. This real property was purchased in 2004(See exhibit B). I have lost several thousands of dollars as a result of my inability to collect rent of this property as well. Why ??

Mrs. Bagga was allowed to operate her business (Georgia Diner) under the Preliminary Injunction although it was common knowledge that Mrs. Bagga received $60,000 from her husband's business Universal Debt & Payment Solutions.

By court order 143 See Exhibit C, Marcus Brown was allowed to collect rents on five properties: They are 555 Amherst East , 116 Phyllis Ave, 32 Dartmouth Ave , 610 Norfolk Street, and 698 Northumberland Ave. These properties were purchased before debt collection began in Atlanta (See Exhibit D). My properties were purchased well before Marcus Brown's and I was precluded from collecting rents. The CFPB will argue that I should have filed a motion. I believe that my properties should have never been subjected to the injunction in the first place with respect to collecting rents. I simply didn't have the resources to sustain counsel to file a motion.

Unfortunately, I was denied the fundamental right to utilize my property (collect rent). The freeze effectively took my properties away from me. I have lost thousands of dollars income because of the CFPB misrepresentation. I had to maintain the properties free of violations. And I had pay the taxes on the properties to preclude them from being foreclosed on by the city of buffalo and the County of Erie. I have lost

close to 100,000.00 in income over the last 5 years as a result of the CFPB misrepresentation.

I took the time to read the CFPB Preliminary Injunction Motion Freeze. The deeds to the properties that I owned are not included in the CFPB motion for Preliminary Injunction (freeze). This is intentional. I have listed five other properties that were purchased will before debt collection began in Atlanta. They are 555 Amherst East , 116 Phyllis Ave, 32 Dartmouth Ave , 610 Norfolk Street, and 698 Northumberland Ave. These properties were purchased before debt collection began in Atlanta(See Exhibit D). Each property was approximately purchased at least one year prior to Universal Debt & Payment Solutions inception date (November 11, 2011) I have labeled the deeds to these properties Exhibit D. The inability to collect rents on these properties has contributed to a net loss of $5000.00 to $7000.00 monthly income for my household. The CFPB knowing and intentionally misrepresented to the court that these properties that were purchased with illegal debt collection activities to ensure that their case would go unchallenged.

The entire idea that I purchased properties if resources that I obtained through illegal debt collection is very unsettling. This CFPB purported myth feeds into stereotypes and discredits hard work, discipline, and sacrifice. I have provided the court with deeds to 14 properties that were purchased long before debt collection entered my life. I have labeled it Exhibit E. The date purchased for these properties range from 1999 to 2010. This Exhibit clearly illustrates that Marcus Brown and I were purchasing properties well before we became involved in debt collections. In fact, my husband and I sold real estate (one property) and invested into debt collections. The whole assertion that I purchased property from illegal debt collections is baseless, and prejudicial.

Further, The CFPB has forwarded the court documents suggesting that I still own two properties. They are 150 Parkridge and 237 Dartmouth. I never stated that I didn't own these properties. I stated that the properties are due to be foreclosed on for back city taxes and unpaid county taxes. I have submitted the court a copy of the city of buffalo foreclosure list( Exhibit F). Please refer to page 8 near the bottom of the page both 237 Dartmouth and 150 Parkridge were scheduled to be sold October 29 or October 30th. See page 3 of Exhibit F , the successful bidder has till November 22nd to pay for the property.

Once the property has been paid for the city of buffalo begins to prepare title. I am pointing out these facts to make one point. Although the property maybe currently in my name, once the successful bidder pays for the property, the city of buffalo transfers the title. I have already lost close to $100,000 in rents. I stand to lose two properties worth at least $35,000 as well. The CFPB used misdirection, rumor, propaganda, and misrepresentation to make their case. This is empirical. I pray for relief. The Court can grant relief Under Rule 60B(3)

Under Rule 60(B)(3) permits relief where the movant shows fraud, misrepresentation, or misconduct by the opposing party. The moving party by clear and convincing evidence that the adverse party obtained the verdict through fraud, misrepresentations, or other misconduct.

See page 4 of Judge Story's order (Exhibit G). At the end of paragraph two Judge Story states that "It took funds from debt collection scheme to purchase real property and generate rental income. The perception that all properties were purchased by illegal debt collection activities was architected by the CFPB. As a result, the court approved an extremely restrictive Preliminary Injunction order that precluded me from collecting rents, securing counsel to present my case, and responding to summary judgment. The Preliminary Injunction

precluded me from collecting rents although my properties were purchased well before debt collection began in Atlanta. The CFPB intended to present their case unchallenged. I pray for relief. If the court disagrees with my motion, I only ask that I be given time to work out a settlement.

The settlements that have been offered and obtained in the case leave me speechless. My accountability has been small. Nevertheless, I will reach out to the CFPB in an attempt to settle the issue before me. In that breath, I am asking the court for time for the Bureau to consider the options I will present to them. I also intend to respond to the bureau's request for a receiver.

Sincerely,

# EXHIBIT A

# GEORGIA CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE
BRAD RAFFENSPERGER

**HOME (/)**

## BUSINESS SEARCH

### BUSINESS INFORMATION

Business Name: **UNIVERSAL DEBT & PAYMENT SOLUTIONS LLC**

Control Number: **11084947**

### FILING HISTORY

| Filing Number | Filing Date Time | Effective Date | Filing Type |
|---|---|---|---|
| 01642771 | 11/11/2011 12:00:00 AM | | Business Formation (/BusinessSearch/DownloadFile?filingNo=1642771) |
| 10132563 | 3/6/2013 12:48:48 PM | | Annual Registration (2013) (/BusinessSearch/DownloadFile?filingNo=10132563) |
| 11057289 | 2/10/2014 11:05:17 PM | | Annual Registration (2014) (/BusinessSearch/DownloadFile?filingNo=11057289) |
| 11283129 | 2/26/2015 4:01:40 PM | | Annual Registration (2015) (/BusinessSearch/DownloadFile?filingNo=11283129) |
| 13321680 | 9/21/2016 12:00:00 AM | 9/21/2016 | Notice of Admin. Dissolution/Revocation (/BusinessSearch/DownloadFile?filingNo=13321680) |
| 13662929 | 12/7/2016 4:36:15 AM | 12/7/2016 | Administrative Dissolution (/BusinessSearch/DownloadFile?filingNo=13662929) |

**Page 1 of 1, records 1 to 6 of 6**

Back

Office of the Georgia Secretary of State Attn: 2 MLK, Jr. Dr. Suite 313, Floyd West Tower Atlanta, GA 30334-1530,
Phone: (404) 656-2817 Toll-free: (844) 753-7825, WEBSITE: https://sos.ga.gov/

© 2015 PCC Technology Group. All Rights Reserved. Version 5.9.6

**Report a Problem?**

# EXHIBIT B

***This Indenture made the** 22nd **day of** July **, Two Thousand Five***

***Between MARCUS O. BROWN residing at 116 Phyllis Avenue Buffalo, New York 14215***
***Party of the first part, and***

***TASHA PRATCHER, residing at 96 Rounds Avenue, Buffalo New York 14215.***
***Party of the second part.***

***Witnesseth that the said party of the first part, in consideration of One and More Dollars ($1.00 & More) lawful money of the United States, paid by the party of the second part, does hereby grant and release unto the said party of the second part, their successors and assigns forever,***

***All that Tract or Parcel of Land, situate in the City of Buffalo, County of Erie, and State of New York, being part of Lot Number fifty-five (55), Township Eleven (11), Range Seven (7) of the Holland Land Company's Survey and further distinguished as Subdivision Lot Number two hundred seventy-four (274) as shown on map filed in Erie County Clerk's Office under Cover Number 1103, being thirty-four (34) feet front, thirty-five thousandths (34,052) feet rear and one hundred fifty-two ans twenty-nine hundredth 9 152.29( feet east line, one hundred fifty-three ans eighty-four hundredths (15.84) feet west line, in depth, on the south side of Dartmouth (formerly east Hertel) Avenue, three hundred ninety-two and forty-nine hundredths (392.49) feet west of Bailey Avenue. (East and west lines at right angles Dartmouth Avenue).***

***Together with the appurtenances and all the estate and rights of the party of the first part in and to the said premises.***

***To Have and to Hold, the above granted premises unto the said party of the second part, her heirs and assigns forever.***

***Subject to all covenants, restrictions, reservations, easements, conditions and rights appearing of record; and SUBJECT to any state of facts an accurate survey would show.***

***And the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in anyway whatsoever.***

***And subject to the trust fund provisions of Section Thirteen of the Lien Law.***

***In Witness Whereof, the said party of the first part has/have hereunto set his hand and seal the day and year first above written.***

***In Presence of*** [signature] ***LS***
***MARCUS O. BROWN***

***STATE OF NEW YORK )***
***COUNTY OF ERIE ) ss.:***

***On this** 22nd **day of** July**, in the year Two Thousand Five, before me, the undersigned, a notary public in and for said state MARCUS O. BROWN, personally appeared, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument***

[signature]
***NOTARY PUBLIC***

***RETURN TO***
***TASHA PRATCHER***
***237 Dartmouth Avenue***
***Buffalo, New York 14215***

R 1779493
DWM 912
CTY-100
DIB-1

DARIA L. PRATCHER
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ERIE COUNTY
My Commission Expires April 2 2006,

**THIS INDENTURE**, dated as of May 3, 2010

Effective as of May 25, 2010

BETWEEN

Fannie Mae A/K/A Federal National Mortgage Association
Having an address at: International Plaza II, 14221 Dallas Parkway, Suite 1000, Dallas, TX 75254

party of the first part,

Return to: WNY Solutions Group, LLC
residing at: 2001 Niagara Falls Boulevard, Suite 2, Amherst, NY 14228

party of the second part,

**WITNESSETH**, that the party of the first part, in consideration of (**$4,900.00**) (Four Thousand Nine Hundred Dollars and 00/100) and other valuable consideration paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situated, lying and being in the County of Erie, State of New York, bounded and described as follows:

See Attached Schedule A, annexed hereto and made a part hereof, said property being commonly known as: **150 Parkridge Avenue, Buffalo, NY, 14215**

Being and intended to be the same as in deed dated August 5, 2009 from Thomas G. Kobus, Esq., as Referee to Federal National Mortgage Association recorded in the Erie County Clerk's on September 22, 2009 in Book 11169 Page 9965

This transaction is made in the regular course of grantors business.

This conveyance has been made with the unanimous consent in writing of all the stockholders of the party of the first part.

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.



CTY
92744 DIB-4

# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL DEBT & PAYMENT SOLUTIONS, LLC, *et al.*,<br><br>Defendants. | : | CIVIL ACTION NO.<br>1:15-CV-00859-RWS |

**ORDER**

This case comes before the Court on Defendant Marcus Brown's Motion to Modify Preliminary Injunction [72]. After reviewing the record and hearing oral argument from counsel, the Court grants the Motion [72] and modifies the Preliminary Injunction Order [16] as follows.

The Court will permit Defendant Marcus Brown to receive income from the monthly rent from five properties located at 116 Phyllis Street, 698 Northumberland, 610 Norfolk, 555 Amherst Street, and 32 Dartmouth. (See

Brown Aff., Dkt. [138] at 11.)[1] Mr. Brown is further **ORDERED** to advise Plaintiff Consumer Financial Protection Bureau each month of his income from these five properties. Mr. Brown is not required to account for his expenses.

Within 7 days of the entry of this Order, Plaintiff may file a response to Mr. Brown's request to release the $9,500 paid to his previous counsel. The Court will hold that matter in abeyance until that time.

**SO ORDERED**, this 30th day of July, 2015.

**RICHARD W. STORY**
United States District Judge

[1]Because the sixth property Mr. Brown identified, located at 237 Dartmouth, is owned by Mr. Brown's wife (a separate Defendant in this case), the Court will not permit Mr. Brown to receive income from this property.



AO 72A
(Rev.8/82)

# EXHIBIT D

PLEASE TYPE OR PRESS FIRMLY WHEN WRITING ON FORM.
INSTRUCTIONS: http://www.orps.state.ny.us or PHONE (518) 474-6450

FOR COUNTY USE ONLY
C1. SWIS Code 140209
C2. Date Deed Recorded 12 / 8 / 2009 (Month Day Year)
C3. Book 11174 C4. Page 4096

# REAL PROPERTY TRANSFER REPORT

STATE OF NEW YORK
STATE BOARD OF REAL PROPERTY SERVICES

## RP - 5217

RP-5217 Rev 3/97

PROPERTY INFORMATION

1. Property Location: 116 (STREET NUMBER) Phyllis (STREET NAME)
Buffalo (CITY OR TOWN) New York (VILLAGE) 14215 (ZIP CODE)

2. Buyer Name: Real Estate of Distinction, Inc (LAST NAME / COMPANY) (FIRST NAME)
LAST NAME / COMPANY — FIRST NAME

3. Tax Billing Address: Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)
LAST NAME / COMPANY — FIRST NAME
STREET NUMBER AND STREET NAME — CITY OR TOWN — STATE — ZIP CODE

4. Indicate the number of Assessment Roll parcels transferred on the deed: 1 # of Parcels OR ☐ Part of a Parcel

(Only if Part of a Parcel) Check as they apply:
4A. Planning Board with Subdivision Authority Exists ☐
4B. Subdivision Approval was Required for Transfer ☐
4C. Parcel Approved for Subdivision with Map Provided ☐

5. Deed Property Size: 32 (FRONT FEET) x 105 (DEPTH) OR ____ (ACRES)

6. Seller Name: Brown (LAST NAME / COMPANY) Ethel L. (FIRST NAME)
LAST NAME / COMPANY — FIRST NAME

7. Check the box below which most accurately describes the use of the property at the time of sale:

A ☑ One Family Residential
B ☐ 2 or 3 Family Residential
C ☐ Residential Vacant Land
D ☐ Non-Residential Vacant Land
E ☐ Agricultural
F ☐ Commercial
G ☐ Apartment
H ☐ Entertainment / Amusement
I ☐ Community Service
J ☐ Industrial
K ☐ Public Service
L ☐ Forest

Check the boxes below as they apply:
8. Ownership Type is Condominium ☐
9. New Construction on Vacant Land ☐
10A. Property Located within an Agricultural District ☐
10B. Buyer received a disclosure notice indicating that the property is in an Agricultural District ☐

SALE INFORMATION

11. Sale Contract Date: __ / __ / __ (Month Day Year)

12. Date of Sale / Transfer: 10 / 09 / 09 (Month Day Year)

13. Full Sale Price: ___ , ___ , ___ .00

(Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) *Please round to the nearest whole dollar amount.*

14. Indicate the value of personal property included in the sale: ___ , ___ , ___ .00

15. Check one or more of these conditions as applicable to transfer:
A ☐ Sale Between Relatives or Former Relatives
B ☐ Sale Between Related Companies or Partners in Business
C ☐ One of the Buyers is also a Seller
D ☐ Buyer or Seller is Government Agency or Lending Institution
E ☐ Deed Type not Warranty or Bargain and Sale (Specify Below)
F ☐ Sale of Fractional or Less than Fee Interest (Specify Below)
G ☐ Significant Change in Property Between Taxable Status and Sale Dates
H ☐ Sale of Business is Included in Sale Price
I ☐ Other Unusual Factors Affecting Sale Price (Specify Below)
J ☐ None

Quitclaim

ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

16. Year of Assessment Roll from which information taken: 09
17. Total Assessed Value (of all parcels in transfer): 36,800
18. Property Class: 210 -
19. School District Name: Buffalo

20. Tax Map Identifier(s) / Roll Identifier(s) (If more than four, attach sheet with additional identifier(s))

90.41-3-10

CERTIFICATION

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and I understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

**BUYER**

[signature] 10/9/09
BUYER SIGNATURE — DATE

140 Chatham ave
STREET NUMBER — STREET NAME (AFTER SALE)

Buffalo NY 14216
CITY OR TOWN — STATE — ZIP CODE

**SELLER**

Ethel L. Brown 10/9/09
SELLER SIGNATURE — DATE

**BUYER'S ATTORNEY**

Pro Se
LAST NAME — FIRST NAME

AREA CODE — TELEPHONE NUMBER

NEW YORK STATE COPY

PLEASE TYPE OR PRESS FIRMLY WHEN WRITING ON FORM
INSTRUCTIONS: http:// www.orps.state.ny.us or PHONE (518) 473-7222

FOR COUNTY USE ONLY
C1. SWIS Code 140200
C2. Date Deed Recorded 2 22 11 (Month Day Year)
C3. Book 11198 C4. Page 9361

# REAL PROPERTY TRANSFER REPORT
STATE OF NEW YORK
STATE BOARD OF REAL PROPERTY SERVICES
**RP - 5217**
RP-5217 Rev 3/97

## PROPERTY INFORMATION

1. Property Location: STREET NUMBER 698 | STREET NAME Northumberland
CITY OR TOWN Buffalo | VILLAGE | ZIP CODE 14215

2. Buyer Name: LAST NAME / COMPANY Real Estate of | FIRST NAME Distinction
LAST NAME / COMPANY | FIRST NAME

3. Tax Billing Address: Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form) LAST NAME / COMPANY | FIRST NAME
STREET NUMBER AND STREET NAME | CITY OR TOWN | STATE | ZIP CODE

4. Indicate the number of Assessment Roll parcels transferred on the deed 01 # of Parcels OR ☐ Part of a Parcel

(Only If Part of a Parcel) Check as they apply:
4A. Planning Board with Subdivision Authority Exists ☐
4B. Subdivision Approval was Required for Transfer ☐
4C. Parcel Approved for Subdivision with Map Provided ☐

5. Deed Property Size: FRONT FEET 30' x DEPTH 125' OR ACRES

6. Seller Name: LAST NAME / COMPANY City of Buffalo | FIRST NAME
LAST NAME / COMPANY | FIRST NAME

7. Check the box below which most accurately describes the use of the property at the time of sale:

A ☒ One Family Residential
B ☐ 2 or 3 Family Residential
C ☐ Residential Vacant Land
D ☐ Non-Residential Vacant Land
E ☐ Agricultural
F ☐ Commercial
G ☐ Apartment
H ☐ Entertainment / Amusement
I ☐ Community Service
J ☐ Industrial
K ☐ Public Service
L ☐ Forest

Check the boxes below as they apply:
8. Ownership Type is Condominium ☐
9. New Construction on Vacant Land ☐
10A. Property Located within an Agricultural District ☐
10B. Buyer received a disclosure notice indicating that the property is in an Agricultural District ☐

## SALE INFORMATION

11. Sale Contract Date: Month / Day / Year

12. Date of Sale / Transfer: 2 / 17 / 11

13. Full Sale Price $1,000.00

(Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) *Please round to the nearest whole dollar amount.*

14. Indicate the value of personal property included in the sale $0.00

15. Check one or more of these conditions as applicable to transfer:
A ☐ Sale Between Relatives or Former Relatives
B ☐ Sale Between Related Companies or Partners in Business
C ☐ One of the Buyers is also a Seller
D ☒ Buyer or Seller is Government Agency or Lending Institution
E ☒ Deed Type not Warranty or Bargain and Sale (Specify Below)
F ☐ Sale of Fractional or Less than Fee Interest (Specify Below)
G ☐ Significant Change in Property Between Taxable Status and Sale Date
H ☐ Sale of Business is Included in Sale Price
I ☒ Other Unusual Factors Affecting Sale Price (Specify Below)
J ☐ None

Referee's Deed In Rem 44 Tax Foreclosure Sale

## ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

16. Year of Assessment Roll from which information taken 11

17. Total Assessed Value (of all parcels in transfer) $6,000

18. Property Class 210-

19. School District Name Buffalo

20. Tax Map Identifier(s) / Roll Identifier(s) (If more than four, attach sheet with additional identifier(s))

90.39-5-13

## CERTIFICATION

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and I understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

**BUYER**

Raymond S Wilson 2/17/11
BUYER SIGNATURE | DATE

140 | Chatham
STREET NUMBER | STREET NAME (AFTER SALE)

Buffalo | NY | 14216
CITY OR TOWN | STATE | ZIP CODE

**BUYER'S ATTORNEY**

LAST NAME | FIRST NAME

AREA CODE | TELEPHONE NUMBER

NEW YORK STATE COPY

**SELLER**

City of Buffalo
[signature] 2/17/11
SELLER SIGNATURE | DATE
By: Otto M. Noble, Asst Corp Counsel

PLEASE TYPE OR PRESS FIRMLY WHEN WRITING ON FORM
INSTRUCTIONS: http:// www.orps.state.ny.us or PHONE (518) 473-7222

FOR COUNTY USE ONLY
C1. SWIS Code 140200
C2. Date Deed Recorded 3 / 2 / 11 (Month Day Year)
C3. Book 11199 C4. Page 5376

# REAL PROPERTY TRANSFER REPORT

STATE OF NEW YORK
STATE BOARD OF REAL PROPERTY SERVICES

## RP - 5217

RP-5217 Rev 3/97

PROPERTY INFORMATION

1. Property Location: 32 (STREET NUMBER) DARTMOUTH (STREET NAME)
BUFFALO (CITY OR TOWN) VILLAGE 14215 (ZIP CODE)

2. Buyer Name: REAL ESTATE OF DISTINCTION (LAST NAME / COMPANY) FIRST NAME
LAST NAME / COMPANY FIRST NAME

3. Tax Billing Address: Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form) LAST NAME / COMPANY FIRST NAME
STREET NUMBER AND STREET NAME CITY OR TOWN STATE ZIP CODE

4. Indicate the number of Assessment Roll parcels transferred on the deed: 01 # of Parcels OR ☐ Part of a Parcel

(Only if Part of a Parcel) Check as they apply:
4A. Planning Board with Subdivision Authority Exists ☐
4B. Subdivision Approval was Required for Transfer ☐
4C. Parcel Approved for Subdivision with Map Provided ☐

5. Deed Property Size: 40' (FRONT FEET) x 110' (DEPTH) OR ____ ACRES

6. Seller Name: CITY OF BUFFALO (LAST NAME / COMPANY) FIRST NAME
LAST NAME / COMPANY FIRST NAME

7. Check the box below which most accurately describes the use of the property at the time of sale:

- A ☒ One Family Residential
- B ☐ 2 or 3 Family Residential
- C ☐ Residential Vacant Land
- D ☐ Non-Residential Vacant Land
- E ☐ Agricultural
- F ☐ Commercial
- G ☐ Apartment
- H ☐ Entertainment / Amusement
- I ☐ Community Service
- J ☐ Industrial
- K ☐ Public Service
- L ☐ Forest

Check the boxes below as they apply:
8. Ownership Type is Condominium ☐
9. New Construction on Vacant Land ☐
10A. Property Located within an Agricultural District ☐
10B. Buyer received a disclosure notice indicating that the property is in an Agricultural District ☐

SALE INFORMATION

11. Sale Contract Date: __ / __ / __ (Month Day Year)

12. Date of Sale / Transfer: 2 / 23 / 11 (Month Day Year)

13. Full Sale Price: $7,500.00
(Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) *Please round to the nearest whole dollar amount.*

14. Indicate the value of personal property included in the sale: $0.00

15. Check one or more of these conditions as applicable to transfer:
- A ☐ Sale Between Relatives or Former Relatives
- B ☐ Sale Between Related Companies or Partners in Business
- C ☐ One of the Buyers is also a Seller
- D ☒ Buyer or Seller is Government Agency or Lending Institution
- E ☒ Deed Type not Warranty or Bargain and Sale (Specify Below)
- F ☐ Sale of Fractional or Less than Fee Interest (Specify Below)
- G ☐ Significant Change in Property Between Taxable Status and Sale Date
- H ☐ Sale of Business is Included in Sale Price
- I ☒ Other Unusual Factors Affecting Sale Price (Specify Below)
- J ☐ None

REFEREE'S DEED - IN REM 44 TAX FORECLOSURE SALE

ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

16. Year of Assessment Roll from which information taken: 10

17. Total Assessed Value (of all parcels in transfer): $51,000

18. Property Class: 210 - __

19. School District Name: BUFFALO

20. Tax Map Identifier(s) / Roll Identifier(s) (If more than four, attach sheet with additional identifier(s))

79.79 - 1-26

CERTIFICATION

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and I understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

BUYER

REAL ESTATE OF DISTINCTION
Raymond S. Wilson 2/24/11
BUYER SIGNATURE DATE

140 (STREET NUMBER) CHATHAM (STREET NAME (AFTER SALE))
BUFFALO (CITY OR TOWN) NY (STATE) 14216 (ZIP CODE)

BUYER'S ATTORNEY

LAST NAME FIRST NAME
AREA CODE TELEPHONE NUMBER

NEW YORK STATE COPY

CITY OF BUFFALO

SELLER

BY: [signature] 2/24/11
SELLER SIGNATURE
ILO NOBLE, ASST CORPORATION COUNSEL

Book11199/Page5378 Extra Page 1

PLEASE TYPE OR PRESS FIRMLY WHEN WRITING ON FORM
INSTRUCTIONS: http:// www.orps.state.ny.us or PHONE (518) 473-7222

FOR COUNTY USE ONLY
C1. SWIS Code 140200
C2. Date Deed Recorded 2/22/11 (Month Day Year)
C3. Book 11198 C4. Page 9316

# REAL PROPERTY TRANSFER REPORT

STATE OF NEW YORK
STATE BOARD OF REAL PROPERTY SERVICES

## RP - 5217

RP-5217 Rev 3/97

PROPERTY INFORMATION

1. Property Location: 610 (STREET NUMBER) Norfolk (STREET NAME)
Buffalo (CITY OR TOWN) VILLAGE 14215 (ZIP CODE)

2. Buyer Name: Real Estate of Distinction (LAST NAME / COMPANY) FIRST NAME
LAST NAME / COMPANY FIRST NAME

3. Tax Billing Address: Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form) LAST NAME / COMPANY FIRST NAME
STREET NUMBER AND STREET NAME CITY OR TOWN STATE ZIP CODE

4. Indicate the number of Assessment Roll parcels transferred on the deed: 01 # of Parcels OR ☐ Part of a Parcel

(Only if Part of a Parcel) Check as they apply:
4A. Planning Board with Subdivision Authority Exists ☐
4B. Subdivision Approval was Required for Transfer ☐
4C. Parcel Approved for Subdivision with Map Provided ☐

5. Deed Property Size: 33' (FRONT FEET) x 125' (DEPTH) OR ACRES

6. Seller Name: City of Buffalo (LAST NAME / COMPANY) FIRST NAME
LAST NAME / COMPANY FIRST NAME

7. Check the box below which most accurately describes the use of the property at the time of sale:

- A ☒ One Family Residential
- B ☐ 2 or 3 Family Residential
- C ☐ Residential Vacant Land
- D ☐ Non-Residential Vacant Land
- E ☐ Agricultural
- F ☐ Commercial
- G ☐ Apartment
- H ☐ Entertainment / Amusement
- I ☐ Community Service
- J ☐ Industrial
- K ☐ Public Service
- L ☐ Forest

Check the boxes below as they apply:
8. Ownership Type is Condominium ☐
9. New Construction on Vacant Land ☐
10A. Property Located within an Agricultural District ☐
10B. Buyer received a disclosure notice indicating that the property is in an Agricultural District ☐

SALE INFORMATION

11. Sale Contract Date: / / (Month Day Year)

12. Date of Sale / Transfer: 2/17/11 (Month Day Year)

13. Full Sale Price: $6,000.00

(Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) *Please round to the nearest whole dollar amount.*

14. Indicate the value of personal property included in the sale: $0.00

15. Check one or more of these conditions as applicable to transfer:
- A ☐ Sale Between Relatives or Former Relatives
- B ☐ Sale Between Related Companies or Partners in Business
- C ☐ One of the Buyers is also a Seller
- D ☒ Buyer or Seller is Government Agency or Lending Institution
- E ☒ Deed Type not Warranty or Bargain and Sale (Specify Below)
- F ☐ Sale of Fractional or Less than Fee Interest (Specify Below)
- G ☐ Significant Change in Property Between Taxable Status and Sale Date
- H ☐ Sale of Business is Included in Sale Price
- I ☒ Other Unusual Factors Affecting Sale Price (Specify Below)
- J ☐ None

Referee's Deed In Rem 44
Tax Foreclosure Sale

ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

16. Year of Assessment Roll from which information taken: 11

17. Total Assessed Value (of all parcels in transfer): $39,300

18. Property Class: 210-

19. School District Name: Buffalo

20. Tax Map Identifier(s) / Roll Identifier(s) (If more than four, attach sheet with additional identifier(s)):
90.47-4-26

CERTIFICATION

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and I understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

**BUYER**

Raymond D. Wilson 2/17/11
BUYER SIGNATURE DATE

140 Chatam
STREET NUMBER STREET NAME (AFTER SALE)

Buffalo NY 14216
CITY OR TOWN STATE ZIP CODE

**BUYER'S ATTORNEY**

LAST NAME FIRST NAME

AREA CODE TELEPHONE NUMBER

NEW YORK STATE COPY

**SELLER**

City of Buffalo
[signature] 2/17/11
SELLER SIGNATURE DATE
By: Olon N. Noble, Asst Corp. Counsel

PLEASE TYPE OR PRESS FIRMLY WHEN WRITING ON FORM
INSTRUCTIONS: http:// www.orps.state.ny.us or PHONE (518) 473-7222

FOR COUNTY USE ONLY
C1. SWIS Code 140200
C2. Date Deed Recorded 2 / 10 / 11 (Month Day Year)
C3. Book 11198 C4. Page 1519

# REAL PROPERTY TRANSFER REPORT
STATE OF NEW YORK
STATE BOARD OF REAL PROPERTY SERVICES
## RP - 5217
RP-5217 Rev 3/97

PROPERTY INFORMATION

1. Property Location: 555 (STREET NUMBER) Amherst East (STREET NAME)
Buffalo (CITY OR TOWN) VILLAGE 14215 (ZIP CODE)

2. Buyer Name: Real Estate of Distinction (LAST NAME / COMPANY) FIRST NAME
LAST NAME / COMPANY FIRST NAME

3. Tax Billing Address: Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form) LAST NAME / COMPANY FIRST NAME
STREET NUMBER AND STREET NAME CITY OR TOWN STATE ZIP CODE

4. Indicate the number of Assessment Roll parcels transferred on the deed 01 # of Parcels OR ☐ Part of a Parcel

(Only if Part of a Parcel) Check as they apply:
4A. Planning Board with Subdivision Authority Exists ☐
4B. Subdivision Approval was Required for Transfer ☐
4C. Parcel Approved for Subdivision with Map Provided ☐

5. Deed Property Size: 32' (FRONT FEET) x 105' (DEPTH) OR ACRES

6. Seller Name: City of Buffalo (LAST NAME / COMPANY) FIRST NAME
LAST NAME / COMPANY FIRST NAME

7. Check the box below which most accurately describes the use of the property at the time of sale:

A ☒ One Family Residential
B ☐ 2 or 3 Family Residential
C ☐ Residential Vacant Land
D ☐ Non-Residential Vacant Land
E ☐ Agricultural
F ☐ Commercial
G ☐ Apartment
H ☐ Entertainment / Amusement
I ☐ Community Service
J ☐ Industrial
K ☐ Public Service
L ☐ Forest

Check the boxes below as they apply:
8. Ownership Type is Condominium ☐
9. New Construction on Vacant Land ☐
10A. Property Located within an Agricultural District ☐
10B. Buyer received a disclosure notice indicating that the property is in an Agricultural District ☐

SALE INFORMATION

11. Sale Contract Date ___ / ___ / ___ (Month Day Year)

12. Date of Sale / Transfer 2 / 9 / 11 (Month Day Year)

13. Full Sale Price $3,000.00

(Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) *Please round to the nearest whole dollar amount.*

14. Indicate the value of personal property included in the sale $0.00

15. Check one or more of these conditions as applicable to transfer:
A ☐ Sale Between Relatives or Former Relatives
B ☐ Sale Between Related Companies or Partners in Business
C ☐ One of the Buyers is also a Seller
D ☒ Buyer or Seller is Government Agency or Lending Institution
E ☒ Deed Type not Warranty or Bargain and Sale (Specify Below)
F ☐ Sale of Fractional or Less than Fee Interest (Specify Below)
G ☐ Significant Change in Property Between Taxable Status and Sale Date
H ☐ Sale of Business is Included in Sale Price
I ☒ Other Unusual Factors Affecting Sale Price (Specify Below)
J ☐ None

Referee's Deed-In Rem 44
Tax Foreclosure Sale

ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

16. Year of Assessment Roll from which information taken 11

17. Total Assessed Value (of all parcels in transfer) $37,700

18. Property Class 210-

19. School District Name Buffalo

20. Tax Map Identifier(s) / Roll Identifier(s) (If more than four, attach sheet with additional identifier(s))

90.24-4-2

CERTIFICATION

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and I understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

BUYER

Raymond D. Wilson [signature] 2/9/11
BUYER SIGNATURE DATE

140 Chatham
STREET NUMBER STREET NAME (AFTER SALE)

Buffalo NY 14216
CITY OR TOWN STATE ZIP CODE

SELLER

City of Buffalo
[signature] 2/9/11
SELLER SIGNATURE DATE
Dion Noble Asst. Corp. Counsel

BUYER'S ATTORNEY

LAST NAME FIRST NAME

AREA CODE TELEPHONE NUMBER

NEW YORK STATE COPY

# EXHIBIT E

105-S - Deed - Quit Claim from an Individual

© 2001 by Sanders Legal Publishers, Inc.
174 Franklin St.; Buffalo, NY 14202-2473; (716) 842-6666

**This Indenture,** *made the* 7th day of July two thousand and four

**Between** Terrence Dildy
46 Fennimore Avenue
Buffalo, NY 14215

*Grantor(s), and*

marcus Brown
116 Phyllis
Buffalo Ny 14215

*Grantee(s).*

**Witnesseth,** *that the Grantor(s), in consideration of* $1.00---------------------------- and no more-----*Dollar(s)* ($1.00 & No more *lawful money of the United States, paid by the Grantee(s), does (do) hereby remise, release and Quit Claim unto the Grantee(s), his/her (their) heirs, distributees and assigns, forever,*

**All that Tract or Parcel of Land,** situate in the city of Buffalo, County of Erie and State of New York, being PART of Lot No. 54, Township 11, Range 7 of Holland Land Company Survey And further distinguished as subdivison Lot 25 in Block "J" as shown on map filed in Erie County Clerk's Office under Cover No 381 being 30 feet front and rear by 115 feet in Depth, Olympic Avenue, west side, 798 feet North of Delevan avenue.

| Serial No | Description Of Property | District No |
|---|---|---|
| 2984 | 84 Olympic | 147010 |
| | 798.N Delavan | Certificate No |
| | 00030X00115 | 08193700 |

**Together** *with the appurtenances and all the estate and rights of the Grantor(s) in and to the said premises.*

**To have and to hold** *the premises herein granted unto the Grantee(s), his/her (their) heirs, distriburtees and assigns, forever.*

**In Witness Whereof,** *the Grantor(s) has (have) hereunto signed his/her (their) name(s) on the date respective of the acknowledgements for each below.*

[signature] L.S. _______________ L.S.
Terrence Dildy

_______________ L.S. _______________ L.S.

**State of New York**
**County of** Erie } ss.: *On* July 7, 2004 *, before me, the undersigned, personally appeared,* Terrence Dildy

*personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she (they) executed the same in his/her (their) capacity (capacities), and that by his/her (their) signature(s) on the instrument, the individual(s), or the person on whose behalf of which the individual(s) acted, executed the instrument.*

WALTER FREEMAN
Notary Public, State of New York
Qualified in Erie County
My Commission Expires Feb. 28, 2007

[signature]
Walter Freeman — Notary

**State of New York**
**County of** } ss.: *On* *, before me, the undersigned, personally appeared,*

*personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she (they) executed the same in his/her (their) capacity (capacities), and that by his/her (their) signature(s) on the instrument, the individual(s), or the person on whose behalf of which the individual(s) acted, executed the instrument.*

590 Ctr DMB 11-0

_______________

**This Indenture,** made the 15th day of July, Two Thousand Eight

*Between* NONPROFIT TRAINING INSTITUTE, INC., formed under the laws of the State of Georgia, with an address of 458 Lanier Ave Stone Mountain, Georgia 30083
Party of the first part and

MARCUS O. BROWN, residing at 39 Ritt Avenue, Buffalo, New York 14216
Party of the second part.

Witnesseth that the said party of the first part, in consideration of One and More Dollars ($1.00 & More) lawful money of the United States, paid by the party of the second part, does hereby remise, release and forever Quit-Claim unto the said party of the second part, his successors and assigns forever,

**ALL THAT TRACT OR PARCEL OF LAND,** situate in the City of Buffalo, County of Erie and State of New York being part of Lot No. 10, Township 11, Range 8 of the Holland Land Company's Survey, described as follows:

BEGINNING at a point in the west line of Carl Street distant 100 feet northerly from the intersection of the west line of Carl Street with the north line of Northland Avenue; thence running westerly and parallel with Northland Avenue a distance of 95 feet; thence running northerly and parallel with Carl Street a distance of 26.35 feet; thence running easterly and parallel with Northland Avenue a distance of 95 feet to a point in the westerly line of Carl Street; thence running southerly and along the westerly line of Carl Street a distance of 26.35 feet to the point or place of beginning.

PROPERTY ADDRESS: 172 CARL STREET, BUFFALO, NEW YORK
SBL NO.: 101.22-1-9

Together with the appurtenances and all the estate and rights of the party of the first part in and to the said premises.

To Have and to Hold, the above granted premises unto the said parties of the second part, their successors and assigns forever.

In Witness Whereof, the said party of the first part has hereunto set their hand and seal the day and year first above written.

IN THE PRESENCE OF

NONPROFIT TRAINING INSTITUTE, INC.
Jackquelyn E. Johnson ______ LS
JACKQUELYN E. JOHNSON

*STATE OF NEW YORK* )
*COUNTY OF ERIE* ) ss.:

On the 15th day of July, in the year 2008, before me, the undersigned, a notary public in and for said state, personally appeared JACKQUELYN E. JOHNSON personally known to me or proved to me on the basis of satisfactory evidence to be the individual (s) whose name (s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity (ies), and that by his/her/their signature (s) on the instrument, the individual (s), or the person upon behalf of which the individual (s) acted, executed the instrument.

Fanchon R. Pratcher
NOTARY PUBLIC

RETURN TO:

FANCHON R. PRATCHER
COMMISSIONER OF DEEDS
AND FOR BUFFALO ERIE COUNTY, N.Y.
My Commission Expires December 31, 2008

Marcus Brown
39 Ritt Avenue

CTY

***This Indenture** made the* 10th *day of* October *, Two Thousand Eight*

***Between*** ***DEBORAH A. PATTERSON, residing at 633 Northumberland Avenue Buffalo, New York 14215***

***Party of the first part, and***

***TASHA BROWN, residing at 237 Dartmouth Avenue, Buffalo New York 14215.***

***Party of the second part.***

***Witnesseth that the said party of the first part, in consideration of One and More Dollars ($1.00 & No More) lawful money of the United States, paid by the party of the second part, does hereby remise, release and forever Quit-Claim unto the said party of the second part, her successors and assigns forever,***

***All that Tract or Parcel of Land, situate in the City of Buffalo, County of Erie, and State of New York, being part of Lot Number fifty-four (51), Township eleven (11), Range seven (7) of the Holland Land Company's Survey and further distinguished as Subdivision Lot Number eighty - five (85) in Block two (2) as shown on map filed in Erie County Clerk's Office under Cover Number 271 , being thirty (30) feet front and rear by one hundred twenty-five (125) feet in depth, Northumberland Avenue east side, six hundred fifteen and one half (615 ½) feet north of Warwick Avenue.***

***Together with the appurtenances and all the estate and rights of the party of the first part in and to the said premises.***

***To Have and to Hold, the above granted premises unto the said party of the second part, its successors and assigns forever.***

***In Witness Whereof, the said party of the first part has hereunto set his hand and seal the day and year first above written.***

***In Presence of***

Deborah A. Patterson LS

**DEBORAH A. PATTERSON**

***STATE OF NEW YORK) ss.:***
***COUNTY OF ERIE )***

***On this*** 10th ***day of*** October ***, in the year Two Thousand Eight, before me, the undersigned, a notary public in and for said state, personally appeared <u>DEBORAH A. PATTERSON</u> personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity (ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.***

Genique Meredith
***Notary Public***

GENIQUE MEREDITH
Notary Public, State of New York
No. 03ME6183738
Qualified in Erie County
My Commission Expires:Mar. 24, 2012

***RETURN TO:***
**TASHA BROWN**

211341
CTY 0
50
D IBV -1

***This Indenture** made the* 9th *day of* September *, Two Thousand Four*

***Between** LINDA KING residing at 225 Northampton Street Buffalo, New York 14208*
*Party of the first part, and*

***MARCUS BROWN, residing at 96 Rounds Avenue, Buffalo New York 14215.***
***Party of the second part.***

***Witnesseth** that the said party of the first part, in consideration of One and More Dollars ($1.00 & No More) lawful money of the United States, paid by the party of the second part, does hereby remise, release and forever Quit-Claim unto the said party of the second part, her successors and assigns forever,*

***All that Tract or Parcel of Land,** situate in the City of Buffalo, County of Erie, and State of New York, being part of Lot No. 54, Township 11, Range 7 of the Holland Land Company's Survey and according to map filed under cover no. 274 is known as Subdivision Lot No 70 in Block "K".*

***Together** with the appurtenances and all the estate and rights of the party of the first part in and to the said premises.*

***To Have and to Hold,** the above granted premises unto the said party of the second part, its successors and assigns forever.*

***In Witness Whereof,** the said party of the first part has hereunto set his hand and seal the day and year first above written.*

***In Presence of***

Linda King LS
**LINDA KING**

***STATE OF NEW YORK)***
***COUNTY OF ERIE )ss.:***

***On this** 9th **day of** September **, in the year Two Thousand Four, before me, the undersigned, a notary public in and for said state, personally appeared <u>LINDA KING</u>, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity (ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.***

Daria L Pratcher
***Notary Public***

DARIA L. PRATCHER
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ERIE COUNTY
My Commission Expires April 2, 2006.

***RETURN TO:***
**Marcus Brown**
**96 Rounds Avenue**
**Buffalo, New York 14215**

R 1643302
C/360
CTY
D1B-1-0

**THIS INDENTURE**, made the 8th day of November, nineteen hundred and ninety nine

**BETWEEN**

OCWEN FEDERAL BANK, FSB, a federal savings bank having a principal place of business at 1675 Palm Beach Lakes Blvd., West Palm Beach, FL 33401

party of the first part, and

MAIL TO:
Marcus Brown
2712 Bailey Avenue, Buffalo, NY 14215

party of the second part,

**WITNESSETH**, that the party of the first part, in consideration of Ten Dollars and other valuable consideration paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

SEE ATTACHED SCHEDULE A

Being the same premises conveyed to Ocwen Federal Bank, FSB by Referee's deed of Salvatore Giallombardo dated December 8, 1998 and recorded in the Erie County Clerk's Office on March 16, 1999 in Liber 10948, page 4422.

This transfer does not constitute all or substantially all of the assets of the corporation.

**TOGETHER** with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD **the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.**

**AND** the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.
**AND** the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF**, the party of the first part has duly executed this deed the day and year first above written.

OCWEN FEDERAL BANK, FSB

BY: [signature]

TITLE: DON L. ST. JOHN
Vice President

STATE OF FLORIDA )
) ss.:
COUNTY OF PALM BEACH )

On the 8th day of November in the year 1999 before me, the undersigned, personally appeared DON L. ST. JOHN Vice President, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument, and that such individual made such appearance before the undersigned in West Palm Beach, Florida.

JOHN A. VAN NESS
MY COMMISSION # CC 692859
EXPIRES: October 30, 2001
Bonded Thru Notary Public Underwriters

[signature]
NOTARY PUBLIC

D/B 2-0 City Dmz 947
940003

Quit - Claim Deed (short form) 883½ David F. Williamson Co., Inc. Bflo., N. Y. 14203

**This Indenture**, *Made the* 30TH *day of* June *Nineteen Hundred and* Ninety-Eight

Terrence J. Dildy and Maurice T. Sessum, 19 Decker Street, Buffalo, New York 14215-3222 *parties of the first part, and*

Marcus Brown Jr., 2712 Bailey Avenue, Buffalo, New York 14215 *party of the second part.*

*that the said parties of the first part, in consideration of* Two Thousand and Five Hundred------------------------------------------------00/00 *Dollars,* (*$*2,500.00 *) lawful money of the United States, paid by the party of the second part, do hereby remise, release and forever Quit-Claim unto the said party of the second part* his heirs *and assigns forever, all*

**All that Tract or Parcel of Land** situated in the City of Buffalo, County of Erie, State of New York, and described as follows:

IN REM 153
Serial No. 679

Certificate No. 140200 101.330-8-5

2248 Bailey Avenue
346.50 N Ferry

| MapCover | Block | Sublot |
|---|---|---|
| MC 529 | BL A | SL3 |

Deed

| Measure | |
|---|---|
| 30.00 | 106.00 |

| Farmlot | Section | Town | Range |
|---|---|---|---|
| 0053 | 00 | 11 | 7 |

**Together** *with the appurtenances and all the estate and rights of the parties of the first part in and to the said premises.*

**To have and to hold**, *the above granted premises unto the said party of the second part,* his heirs *and assigns forever.*

**In Witness Whereof**, *The said parties of the first part has hereunto set* their *hand and seal the day and year first above written.*

**In Presence of**

[signature] Terrence J. Dildy

[signature] Maurice T. Sessum

*STATE OF NEW YORK*
*COUNTY OF* New York } *ss.:*

*On this* 30th *day of* June *Nineteen Hundred and* Ninety-Eight *before me, the subscriber, personally appeared* Maurice T. Sessum & Terrence J. Dildy *to me personally known and known to me to be the same person described in and who executed the within Instrument, and* he *duly acknowledged to me that* he *executed the same.*

WALTER FREEMAN
Notary Public, State of New York
Qualified in Erie County
My Commission Expires Feb. 28, 1999

[signature] Walter Freeman - Notary

**Deed**
Quit-Claim

Terrence J. Dildy
Maurice T. Sessum
19 Decker Street
Buffalo, New York 14215

to

Marcus Brown Jr.
2712 Bailey Avenue
Buffalo, New York 14215

**Dated** June 30, 1998

2 407
164

CM-2,500
16-
DID-1-0

***This Indenture** made the 2nd day of September, Two Thousand Four*

***Between** SARITA BROWN, residing at 116 Phillis, Buffalo, New York 14215*
*Party of the first part, and*

*TASHA Y. PRATCHER, residing at 96 Rounds Avenue, Buffalo, New York 14215.*

*Party of the second part.*

*Witnesseth that the said party of the first part, in consideration of One and More Dollars ($1.00 & No More) lawful money of the United States, paid by the party of the second part, does hereby remise, release and forever Quit-Claim unto the said party of the second part, her successors and assigns forever,*

9/13/2004 1940

***All that Tract or Parcel of Land,** situate in the City of Buffalo County of Erie and State of New York, being part of Block No. 231, described as follows:*

***BEGINNING at a point in the southerly line of Ferry Street distant one hundred fifty and eighty-five hundredths (150.85) feet easterly from its intersection with the easterly line of Barton Street; thence southerly and on a line drawn parallel with Barton Street one hundred thirty-six and twenty-nine hundredths (130.29) feet; thence northerly and on a line drawn paraellel with Arkansas Street thirty(30) feet; thence northerly and on a line drawn parallel with Barton Street one hundred thirty-nine and ninety-five hundredths (139.95) feet to the southerly line of Ferry Street; thence westerly and along the southerly line io Ferry Street thirty and seventeen hundredths (30.17) feet to the place of beginning.***

*Together with the appurtenances and all the estate and rights of the party of the first part in and to the said premises.*

*To Have and to Hold, the above granted premises unto the said party of the second part, its successors and assigns forever.*

L 039 L 1055 CTY - 100 01B - 2 - 0

*In Witness Whereof, the said party of the first part has hereunto set his hand and seal the day and year first above written.*

*In Presence of*

Sarita Brown LS

***SARITA BROWN***

***STATE OF NEW YORK)***
***)ss.:***
***COUNTY OF ERIE )***

***On this** 2nd **day of** September **, in the year Two Thousand Four, before me, the undersigned, a notary public in and for said state, personally appeared SARITA BROWN personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity (ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.***

Daria L Pratcher

***Notary Public***

DARIA L. PRATCHER
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ERIE COUNTY
My Commission Expires April 2, 2006

***RETURN TO:***

***TASHA Y. PRATCHER***
***96 Rounds***
***Buffalo, New York 14215***

Standard N.Y.B.T.U. Form 8002* -Bargain and Sale Deed, with Covenant against Grantor's Acts—Individual or Corporation (Single Sheet)
CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

**THIS INDENTURE**, made the 4 day of MAY, 2001.

**BETWEEN**

Bankers Trust Company of California, N.A. as Trustee for UCFC Loan Trust 1995-D1
5105 DTC Parkway. S 310
Greenwood Village. CO 80111

party of the first part, and

Marcus Brown
130 Avery
Buffalo, NY 14216

party of the second part,

**WITNESSETH**, that the party of the first part, in consideration of $2,350.00.00 dollars paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the part of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the

ALL that tract or parcel of land, situate in the City of Buffalo, County of Erie and State of New York, being part of Lot Number fifty-four (54), Township eleven (11), Range seven (7) of the Holland Land Company's Survey and further distinguished as the northerly eighteen (18) feet of Subdivision Lot Number sixty-three (63) and the southerly fourteen (14) feet of Subdiviision Lot Number sixty-four (64) in block "G" as shown on map filed in Erie County Clerk's Office under Cover Number 274 and being thirty-two (32) feet front and rear by one hundred twenty-five (125) feet in depth, Cornwall Avenue, west side, four hundred sixty-seven and fourteen hundredths (467.14) feet north of Delavan Avenue.

The premises being conveyed are the same as the premises described in the deed to the grantor recorded in Liber 10977, Page 664.

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.
AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF**, the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

EMC Mortgage Corporation
By: Integrated Asset Services, Inc.
As Attorney in Fact.

By: Kathryn L. Berthiaume
Kathryn L. Berthiaume, V.P.
Bankers Trust Company of California, N.A. as Trustee for UCFC Loan Trust 1995-D1 by Integrated Asset Services as attorney in fact

FILING REQUESTED

C1527
R1102885

CTY
D13-2-0

Form 3290

STATE OF COUNTY OF ss:

On the day of in the year 2001 before me, the undersigned, a Notary Public in and for said State, personally appeared ,

personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

STATE OF COUNTY OF ss:

On the day of in the year 2001 before me, the undersigned, a Notary Public in and for said State, personally appeared ,

the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he reside(s) in (if the place of residence is in a city, include the street and street number, if any, thereof); that he know(s) to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said execute the same; and that said witness at the same time subscribed his/her/their name(s) as a witness thereto.

STATE OF Co, COUNTY OF Arap. ss:

On the 4 day of MAY in the year 2001 before me, the undersigned, personally appeared Kathryn Berthiaume personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in the

(Insert the city or other political subdivision and the state or country or other place the acknowledgment was taken.)

BRAD DEVER
COLORADO
commission expires 1/19/2003

STATE OF , COUNTY OF , ss:

On the day of in the year 2001 before me, the undersigned, personally appeared , the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he resides in (if the place of residence is in a city, include the street and street number, if any, thereof); that he knows to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said execute the same; that said witness at the same time subscribed h name as a witness thereto; and that said subscribing witness made such appearance before the undersigned in . (insert the city or other political subdivision and the state or country or other place in which the proof was taken).

**BARGAIN AND SALE DEED**

**WITH COVENANT AGAINST GRANTOR'S ACTS**

| | |
|---|---|
| SECTION | 90.71 |
| BLOCK | 3 |
| LOT | 18 |
| COUNTY OR TOWN | Erie |
| STREET ADDRESS | 338 Cornwall |

**Title No.** 6078-015-T01

Bankers Trust Company of California, N.A. as Trustee for UCFC Loan Trust 1995-D1

**TO**

Marcus Brown

Recorded at the request of

**The Quiet Title Agency Ltd**

516-679-7700

RETURN BY MAIL TO

Franklin Pratcher, Esq.
1138 Kensington Avenue
Buffalo, NY 14216

Marcus Brown
116 Phyllis St.
Buffalo NY 14215

The Quiet Title Agency Ltd

RESERVE THIS SPACE FOR USE OF RECORDING OFFICE

B-3290

## REFEREE'S DEED

**THIS INDENTURE** made this 25 day of MARCH, 2002, between the **CITY OF BUFFALO,** by **MICHAEL A. SEAMAN,** Deputy Commissioner of Administration and Finance, and Director of the Treasury, and **as REFEREE**, in the proceeding hereinafter mentioned, with offices at 65 Niagara Square, Buffalo, New York 14202,

Party of the First Part, and

**Marcus Brown, residing at 2712 Bailey Avenue, Buffalo, New York 14215**

Party of the Second Part,

## WITNESSETH

**WHEREAS**, at a Term of the County Court, Erie County, held in the Erie County Hall in the City of Buffalo, New York, on the 24th day of September, 2001, it was, among other things, ordered, adjudged and decreed by said Court in a certain proceeding then pending in the said Court entitled:

**IN THE MATTER OF FORECLOSURE OF THE TAX LIENS BY PROCEEDING IN REM PURSUANT TO ARTICLE ELEVEN OF THE REAL PROPERTY TAX LAW BY THE CITY OF BUFFALO, AFFECTING DISTRICT NOS. 1 THROUGH 14, INCLUSIVE.**

Premises: 635 Norfolk
Serial No.: 2232

In Rem No. 35
Index No. I 2001-1153

that the City of Buffalo is the owner and holder of good and valid tax liens against the premises described in the Petition and Notice of Foreclosure filed therein and in said judgment, and that all and singular premises described in said Petition and Notice of Foreclosure and judgment, or such part thereof as is sufficient to satisfy such tax liens, and which might be sold separately without material injury to the parties interested, be sold at public auction according to law and the practice of said Court by and under the direction of the Commissioner of Administration and Finance, enforcing officer of the City of Buffalo, or by the Deputy Commissioner of Administration and Finance, appointed **REFEREE** in such proceeding and to whom it was referred by the said judgment, among other things, to make such sale; that the sale be made in the City where the said premises, or the greater part thereof, are situated; that said **REFEREE** give public notice of the time and place of said sale according to law and the course and practice of said Court, and that any of the parties to said proceeding might become a purchaser or purchasers at such sale; that the said **REFEREE** execute to the purchaser or purchasers of said premises, or such a part or parts thereof as shall be sold, a good and sufficient deed or deeds or conveyance for the same and pay the taxes, assessments or water rates which are liens upon the property sold, etc.; and

**WHEREAS**, the said **REFEREE** in pursuance of the order and judgment of said Court, did, on the 22nd and 23rd day of October, 2001 sell at public auction in the Buffalo Convention Center, Convention Center Plaza, in the City of Buffalo, County of Erie and State of New York 14202, the premises in the said order and judgment mentioned, due notice of the time and place of such sale being first given, pursuant to said judgment, at which sale the premises hereinafter described were sold to the party of the second part for the sum of **Four Thousand Two Hundred Dollars and 00/100 ($4,200.00)**, that being the highest sum bid for the same and being the highest bidder therefor;

**NOW, THIS INDENTURE WITNESSETH:** That the said **MICHAEL A. SEAMAN,** Director of the Treasury of the City of Buffalo, as **REFEREE**, being the party of the first part to these presents, in order to carry into effect the sale made by him pursuant to the order and judgment of said Court, and in conformity with the statute in such case made and provided, and also in consideration of the premises and of the said sum of money so bid as aforesaid, having been first duly paid by the party of the second part, the receipt whereof is acknowledged, has bargained and sold and by these presents does grant and convey unto the said party of the second part, his successors and assigns, all of the right, title and interest which the said City of Buffalo, the County of Erie and all other persons, including the State of New York, infants, incompetents, absentees and non-residents, had at the time of the filing of said Petition and Notice of Foreclosure in said proceeding, or at any time thereafter, it being their interest in said premises which was so sold and is hereby conveyed, in and to,

charge F 7845 F 309

(-10.00)
cty - 4200.00
D10-3-0-22

**ALL THAT TRACT OR PARCEL OF LAND**, situate in the City of Buffalo, County of Erie and State of New York, bounded and described as follows:

| SERIAL NO. | DESCRIPTION OF PROPERTY | DISTRICT NO. |
|---|---|---|
| 2232 | 635 Norfolk<br>730.14 N Warwick<br>108.94<br>00030 x 00000 | 147010 |
| | **CERTIFICATE NO.** | **SBL NO.** |
| | **08153900** | |

**TO HAVE AND TO HOLD** the premises herein granted unto the grantee his successors and assigns forever.

**IN WITNESS WHEREOF**, the grantor has hereunto set his hand and seal this 25 day of MARCH, 2002.

**MICHAEL A. SEAMAN**
Director of the Treasury of the City of Buffalo,
as Referee.

**STATE OF NEW YORK)**
**ERIE COUNTY ) ss.:**
**CITY OF BUFFALO )**

On 25 day of MARCH, in the year 2002, before me the undersigned, personally appeared MICHAEL A. SEAMAN, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

Arlene Lapinski
Commissioner of Deeds, Buffalo, New York
My Commission expires 12-31-02

**REFEREE'S DEED**

**IN THE MATTER OF FORECLOSURE OF THE TAX LIENS BY PROCEEDING IN REM PURSUANT TO ARTICLE ELEVEN OF THE REAL PROPERTY TAX LAW BY THE CITY OF BUFFALO, AFFECTING DISTRICT NOS. 1 THROUGH 14, INCLUSIVE.**

| | |
|---|---|
| **IN REM NO.** | **35** |
| **INDEX NO.** | **I 2001-1153** |
| **PROPERTY:** | **635 Norfolk Avenue, Buffalo, New York 14215** |
| **SERIAL NO.:** | **2232** |

**THE CITY OF BUFFALO, BY MICHAEL A. SEAMAN, as REFEREE**

**TO**

**Marcus Brown**
**Mailing Address: 2712 Bailey Avenue, Buffalo, New York 14215**

DATED:______________, 2002

**STATE OF NEW YORK)**
**ERIE COUNTY ) ss.:**

**RECORDED ON THE _____**
**DAY OF ____________ A.D.**
**2002, AT ______ O'CLOCK ____**
**IN LIBER ____ OF DEEDS AT PAGE _____**
**AND EXAMINED.**

**CLERK**

T:\WP60\LML\INN\REFEREE\INREM35\DEEDS\635NORFO.35

AND the Grantor, in compliance with Section 13 of the Lien Law, covenants that the Grantor will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

Grantor being fully satisfied, contented and paid, has given, granted, bargained, sold, aliened, released, enfeoffed, conveyed and confirmed, and by these presents does give, grant, bargain, sell, alien, release, enfeoff, convey and confirm to the said grantee , heirs and assigns, the premises described herein.

Grantor covenants for itself and its successors to warrant and defend all that is hereinabove described against all persons lawfully claiming or to claim the same or any part thereof by, through or under Grantor.

IN WITNESS WHEREOF, Grantor has caused this Deed to be signed in its name and on its behalf by its Vice President, the day and year first above written.

**FEDERAL NATIONAL MORTGAGE ASSOCIATION**

FEDERAL NATIONAL MORTGAGE ASSOCIATION CORPORATE SEAL 1938

BY
Donna Ghassemi, Vice President

ATTEST:

**D. VANESSA BROWN** , Assistant Secretary

STATE OF TEXAS :
:ss
COUNTY OF DALLAS :

On the **24th** day of **March, 2005,** before me, the undersigned, personally appeared **Donna Ghassemi,** personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument. The individual(s), or the person upon behalf of which the individual acted, executed the instrument, and that such individual made such appearance before the undersigned in the City of Dallas, County of Dallas, State of Texas.

NOTARY PUBLIC STATE OF TEXAS
DIANE E. SANDERS
Notary Public, State of Texas
My Commission Expires 08-21-08

Notary Public
in and for Dallas County, TEXAS

**Threshold Land Inc.**
584 Main Street * Suite 2 * Islip, NY 11751
Telephone (631) 224-1345 Facsimile (631) 224-5129

Title Number 04-12371

## SCHEDULE A

**Schedule_A Description**

ALL THAT TRACT OR PARCEL OF LAND, situate in the City of Buffalo, County of Erie and State of New York, being part of Lot No. 43, Township 11 and Range 7 of the Holland Land Company's Survey and according to map filed under Cover 336 is known as Subdivision Lot No. 13 in Block "B", and being on the southerly side of Lang Avenue 175 feet easterly on Bailey Avenue, being 30 feet front and rear by 115 feet in depth.

Being the same premises, COMMONLY KNOWN AS 21 LANG

District Section 101.25 Block 8 Lot(s) 3

4/1/2005
5578

## REFEREE'S DEED

**THIS INDENTURE** made this 25 day of MARCH, 2002, between the **CITY OF BUFFALO,** by **MICHAEL A. SEAMAN,** Deputy Commissioner of Administration and Finance, and Director of the Treasury, and **as REFEREE**, in the proceeding hereinafter mentioned, with offices at 65 Niagara Square, Buffalo, New York 14202,

Party of the First Part, and

**Marcus Brown, residing at 2712 Bailey Avenue, Buffalo, New York 14215**

Party of the Second Part,

## WITNESSETH

**WHEREAS**, at a Term of the County Court, Erie County, held in the Erie County Hall in the City of Buffalo, New York, on the 24th day of September, 2001, it was, among other things, ordered, adjudged and decreed by said Court in a certain proceeding then pending in the said Court entitled:

**IN THE MATTER OF FORECLOSURE OF THE TAX LIENS BY PROCEEDING IN REM PURSUANT TO ARTICLE ELEVEN OF THE REAL PROPERTY TAX LAW BY THE CITY OF BUFFALO, AFFECTING DISTRICT NOS. 1 THROUGH 14, INCLUSIVE.**

Premises: 685 Norfolk
Serial No.: 2234

In Rem No. 35
Index No. I 2001-1153

that the City of Buffalo is the owner and holder of good and valid tax liens against the premises described in the Petition and Notice of Foreclosure filed therein and in said judgment, and that all and singular premises described in said Petition and Notice of Foreclosure and judgment, or such part thereof as is sufficient to satisfy such tax liens, and which might be sold separately without material injury to the parties interested, be sold at public auction according to law and the practice of said Court by and under the direction of the Commissioner of Administration and Finance, enforcing officer of the City of Buffalo, or by the Deputy Commissioner of Administration and Finance, appointed **REFEREE** in such proceeding and to whom it was referred by the said judgment, among other things, to make such sale; that the sale be made in the City where the said premises, or the greater part thereof, are situated; that said **REFEREE** give public notice of the time and place of said sale according to law and the course and practice of said Court, and that any of the parties to said proceeding might become a purchaser or purchasers at such sale; that the said **REFEREE** execute to the purchaser or purchasers of said premises, or such a part or parts thereof as shall be sold, a good and sufficient deed or deeds or conveyance for the same and pay the taxes, assessments or water rates which are liens upon the property sold, etc.; and

**WHEREAS**, the said **REFEREE** in pursuance of the order and judgment of said Court, did, on the 22nd and 23rd day of October, 2001 sell at public auction in the Buffalo Convention Center, Convention Center Plaza, in the City of Buffalo, County of Erie and State of New York 14202, the premises in the said order and judgment mentioned, due notice of the time and place of such sale being first given, pursuant to said judgment, at which sale the premises hereinafter described were sold to the party of the second part for the sum of **Five Thousand Dollars and 00/100 ($5,000.00)**, that being the highest sum bid for the same and being the highest bidder therefor;

**NOW, THIS INDENTURE WITNESSETH:** That the said **MICHAEL A. SEAMAN,** Director of the Treasury of the City of Buffalo, as **REFEREE**, being the party of the first part to these presents, in order to carry into effect the sale made by him pursuant to the order and judgment of said Court, and in conformity with the statute in such case made and provided, and also in consideration of the premises and of the said sum of money so bid as aforesaid, having been first duly paid by the party of the second part, the receipt whereof is acknowledged, has bargained and sold and by these presents does grant and convey unto the said party of the second part, his successors and assigns, all of the right, title and interest which the said City of Buffalo, the County of Erie and all other persons, including the State of New York, infants, incompetents, absentees and non-residents, had at the time of the filing of said Petition and Notice of Foreclosure in said proceeding, or at any time thereafter, it being their interest in said premises which was so sold and is hereby conveyed, in and to,

(-10.00)
Charge F 7845 CTY-5000.00
F 317 DID-3-02-22

**ALL THAT TRACT OR PARCEL OF LAND**, situate in the City of Buffalo, County of Erie and State of New York, bounded and described as follows:

| **SERIAL NO.** | **DESCRIPTION OF PROPERTY** | **DISTRICT NO.** |
|---|---|---|
| 2234 | 685 Norfolk<br>640. S Kensington<br>00030 x 00108 | 147010 |

| **CERTIFICATE NO.** | **SBL NO.** |
|---|---|
| **08155600** | |

**TO HAVE AND TO HOLD** the premises herein granted unto the grantee his successors and assigns forever.

**IN WITNESS WHEREOF**, the grantor has hereunto set his hand and seal this 25 day of MARCH, 2002.

MICHAEL A. SEAMAN
Director of the Treasury of the City of Buffalo,
as Referee.

**STATE OF NEW YORK)**
**ERIE COUNTY ) ss.:**
**CITY OF BUFFALO )**

On 25 day of MARCH, in the year 2002, before me the undersigned, personally appeared MICHAEL A. SEAMAN, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

Darlene Lapinski
Commissioner of Deeds, Buffalo, New York
My Commission expires 12-31-02

**REFEREE'S DEED**

**IN THE MATTER OF FORECLOSURE OF THE TAX LIENS BY PROCEEDING IN REM PURSUANT TO ARTICLE ELEVEN OF THE REAL PROPERTY TAX LAW BY THE CITY OF BUFFALO, AFFECTING DISTRICT NOS. 1 THROUGH 14, INCLUSIVE.**

| | |
|---|---|
| **IN REM NO.** | **35** |
| **INDEX NO.** | **I 2001-1153** |
| **PROPERTY:** | **685 Norfolk Avenue, Buffalo, New York 14215** |
| **SERIAL NO.:** | **2234** |

**THE CITY OF BUFFALO, BY MICHAEL A. SEAMAN, as REFEREE**

**TO**

**Marcus Brown**
**Mailing Address: 2712 Bailey Avenue, Buffalo, New York 14215**

DATED:_______________, 2002

**STATE OF NEW YORK)**
**ERIE COUNTY ) ss.:**

**RECORDED ON THE _____**
**DAY OF _____________ A.D.**
**2002, AT _______ O'CLOCK ____**
**IN LIBER _____ OF DEEDS AT PAGE _____**
**AND EXAMINED.**

**CLERK**

T:\WP60\LML\INN\REFEREE\INREM35\DEEDS\685NORFO.35

NEW YORK FORM (WITH WARRANTIES) Revised 02/28/92
Fannie Mae Loan #1676295310 P050153

THIS DEED made the 24th day of March, **2005**, between FEDERAL NATIONAL MORTGAGE ASSOCIATION A/K/A FANNIE MAE, a corporation organized under an Act of Congress and existing pursuant to the Federal National Mortgage Association Charter Act, having its principal office in the City of Washing6ton, District of Columbia, and an office for the conduct of business at 13455 Noel Road, Galleria Tower II, Suite 600, Dallas, TX 75240-5003 hereinafter called the Grantor) and MARCUS BROWN hereinafter called the Grantee) AT: 116 PHYLLIS, BUFFALO, 14215

WITNESSETH, That the said Grantor for and in consideration of the sum of SIX THOUSAND ONE HUNDRED AND 00/100'S------ ($6,100.00) and other valuable consideration, the receipt whereof is hereby acknowledged, hereby grants and conveys unto the said Grantee, heirs and assigns:

4/1/2005 5576

The property is commonly known as 21 LANG AVENUE, BUFFALO, NY and is more particularly described in Exhibit A attached here to and made a part hereof by this reference.

BEING the same property which Referee of ERIE County of the State of New York granted and conveyed to Grantor herein in fee by __REFEREE'S__ Deed recorded in the ERIE COUNTY CLERK'S OFFICE IN LIBER 11092 AT PAGE 9666.

UNDER AND SUBJECT to any existing covenants, easements, encroachments, conditions, restrictions, and agreements affecting the property.

TOGETHER WITH all and singular the improvements, ways, streets, alleys, passages, water, watercourses, right, liberties, privileges, hereditaments, and appurtenances whatsoever hereto belonging or in anywise appertaining and the reversions and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, property, claim and demand whatsoever of the said Grantor in law, equity, or otherwise howsoever, of and to the same and every part thereof.

TO HAVE AND TO HOLD the said property above described with the hereditaments and appurtenances, unto the said Grantee, heirs and assigns forever.

UNDER AND SUBJECT AS aforesaid.

CTY
D1B-3
-6131. GMM 969

# EXHIBIT F

IN REM FORECLOSURE AUCTION

TUESDAY, OCTOBER 29, WEDNESDAY, OCTOBER 30 AND THURSDAY, OCTOBER 31, 2019

BUFFALO CONVENTION CENTER
CONVENTION CENTER PLAZA
153 FRANKLIN STREET
BUFFALO, NEW YORK 14202

REGISTRATION: 7:30 A.M.

AUCTION STARTS AT: 9:30 A.M.

TUESDAY, OCTOBER 29
ADD ONS – IN REM 44 THRU IN REM 52
TAX DISTRICTS 1 – THRU 14

WEDNESDAY, OCTOBER 30
IN REM 53 SERIAL NOS: 1 – 2036
TAX DISTRICTS 1 THRU 9

THURSDAY, OCTOBER 31
IN REM 53 SERIAL NOS: 2044 – 4169
TAX DISTRICTS 10-14

(SUBJECT TO CHANGE CLOSER TO FORECLOSURE SALE)

www.city-buffalo.com

MEMORANDUM OF SALE

"ADD-ONS" - ADJOURNED PROPERTIES & PROPERTIES WHOSE OWNERS DEFAULTED ON THEIR COURT ORDERED STAY AGREEMENTS FROM IN REM NO. 44 – IN REM NO. 52

THE PURCHASER HEREBY AGREES TO PURCHASE THE PREMISES IDENTIFIED IN THIS AGREEMENT AT THE PUBLIC AUCTION held under the direction of MICHAEL A. SEAMAN, Director of Treasury & Collections/ Deputy Commissioner of Administration, Finance, Policy and Urban Affairs/Enforcing Officer as REFEREE, on **October 29, 2019** upon the following terms and conditions:

1. Bidder and Purchaser MUST SIGN a properly completed TERMS OF AGREEMENT OF SALE.
2. All properties are sold "AS IS" condition.
3. Twenty percent (20%) of the bid price, or $500.00, whichever is greater (not to exceed the bid price) must be paid in U. S. FUNDS ONLY, CASH, OR BY MONEY ORDER, CERTIFIED OR TRAVELER'S CHECK PAYABLE ONLY TO THE CITY OF BUFFALO, as a deposit at the time of sale and purchaser or his/her agent must IMMEDIATELY sign and deliver a copy of this Agreement and the purchaser shall be bound by the terms of this Agreement. Requests for assignments, name changes, additional descriptions or other changes made after the date of the foreclosure sale will not be processed unless a fee of $75.00 is paid by the party requesting same.
4. The balance of the bid price must be paid in U. S. FUNDS ONLY, CASH OR BY MONEY ORDER, CERTIFIED OR TRAVELER'S CHECK PAYABLE ONLY TO THE CITY OF BUFFALO, ON OR BEFORE December 20, 2019, (the "SETTLEMENT DATE") at 117 City Hall.
5. A Referee's deed will be prepared transferring title to the PURCHASER(S) IDENTIFIED IN THIS AGREEMENT and recorded by the City of Buffalo within approximately eight (8) weeks after payment of the balance of the bid price.
6. **If Purchaser and/or Assignee fails to pay the bid price and /or filing fee, bring all obligations to the City, its authorities and agencies current by the "Settlement Date", the DIRECTOR OF TREASURY AND COLLECTIONS/DEPUTY COMMISSIONER OF ADMINISTRATION, FINANCE, POLICY AND URBAN AFFAIRS/ENFORCING OFFICER as REFEREE will declare all monies forfeited**. The referee shall then accept the bid price from the next alternate bidder.
7. The bidding will be kept open after the property is struck down and in any case where a bidder and/or purchaser failed to comply with any of the terms and conditions contained in this Agreement of Sale including without limitation not paying the required deposit **IMMEDIATELY, AND/OR DURING THE BREAK BEFORE BIDDING RESUMES;** The bidder and/or purchaser shall be deemed to be in default and will be held liable for any deficiency between the sum of the first sale, and the bid for which it may be sold on the resale, and also for all costs and expenses incurred as a result of the default.
8. All real property will be sold and accepted subject to any existing easements or restrictions and subject to the right of redemption, if any, of the United States of America and the REFEREE makes no warranty to title and is under no obligation to evict occupants of premises.
9. The REFEREE will not furnish an abstract of title or survey. Any request for a deed description in addition to that contained in the Judgment of Foreclosure and Sale must be made at the time the purchaser pays the balance of the bid price, and such request must be accompanied by the proposed description in typed form with 1-1/2 inch left and right margins. The purchaser shall separately identify the source of such description by Liber and Page reference to a recorded document.
10. The risk of loss or damage by fire, vandalism or any other cause (except by taking under the power of eminent domain) between the time of sale and delivery of the deed is assumed by the purchaser.
11. Neither the REFEREE nor the City of Buffalo will be liable to the bidder or purchaser either before or after delivery of deed, for any sum in excess of the bid/purchase price received by the Referee for the property.
12. The Referee reserves the right to rescind the sale due to filing of Bankruptcy and inadequate notice to the prior Owner or Party in interest/Lienholder.
13. The REFEREE shall refuse to transfer title to **ANY PERSON** including without limitation to an individual, corporation, partnership, association, Individual Retirement Account (IRA) Owner, limited liability company or vendor (and each of such person's principals, partners, associates, members, etc.) who is not current on all obligations owed to the City of Buffalo, its authorities and agencies, including without limitation, taxes, user fees, water bills, sewer rents and other charges, as of the settlement date. The Referee may also refuse to transfer title to **ANY PERSON** who has current Code Violations on other properties owned by such person within the City of Buffalo. The Referee shall also refuse to transfer title to a delinquent prior homeowner who purchases his/her own property or another property at the auction and such person will forfeit his/her deposit and/or final payments. **If a person (Bidder, Purchaser and/or Assignee) is not current on all such obligations including the Code Violations as of the "Settlement Date", all monies tendered by the bidder, purchaser and/or assignee shall be forfeited or be applied towards the outstanding obligations owed to the City of Buffalo, and its authorities and agencies.**
14. The REFEREE shall have the right to set aside a bid by any person deemed by him not to be a responsible bidder and/or purchaser and immediately put up the premises for sale again.
15. Upon final payment, the City of Buffalo will record the Referee's deed and return the original deed to purchaser. The purchaser will be required to pay a fee depending on the classification of the property purchased, reflecting the cost of recording, handling and mailing of the deed as follows: Single, Two or Three family properties, 411 C, to pay a filing fee of $200.00 (two-hundred dollars), condominium and co-op's, commercial properties, residential vacant land and commercial vacant land to pay a filing fee of $325.00 (three-hundred and twenty-five dollars).
16. The bidder, and/or purchaser, and/or assignee of the property agrees to assume any and all costs, risks, and liabilities that may be incurred as a result of the condition of the property, including responsibility for code violations.
17. The bidder, and/or purchaser, and/or assignee of the property agree to **remedy all code violations which pose major public health & safety concerns, including without limitation to fire damages, asbestos, chimney or structural foundation damages**, within thirty (30) days (1 month) from the date of the transfer of title/referee's deed.
18. The bidder, and/or purchaser, and/or assignee has no legal authority to enter the property or to remove the belongings of the prior owner(s) or tenant(s), to alter or modify the premises in any way, to charge rents, or approach tenants, or to evict UNTIL bidder, and/or purchaser, and/or assignee completes the terms of the agreement of sale, pay the entire purchase price, and is provided with a deed by the City of Buffalo.
19. ALL PROPERTY IS SOLD SUBJECT TO THE LIENS OF ALL TAXES, WATER BILLS, SEWER RENTS AND USER FEE LEVIED AND/OR WHICH ATTACHED AFTER THE AUCTION DATE (October 29, 2019).

MEMORANDUM OF SALE
PROPERTIES ACQUIRED BY THE CITY OF BUFFALO AND BUFFALO SEWER AUTHORITY THROUGH IN REM NO. 53 FORECLOSURE PROCEEDING PURSUANT TO REAL PROPERTY TAX LAW § 1136 (3)

THE PURCHASER HEREBY AGREES TO PURCHASE THE PREMISES IDENTIFIED IN THIS AGREEMENT AT THE PUBLIC AUCTION held under the direction of MICHAEL A. SEAMAN, Director of Treasury & Collections/Deputy Commissioner of Administration, Finance, Policy and Urban Affairs/Enforcing Officer of the City of Buffalo, on **October 30 and 31, 2019** upon the following terms and conditions:

1. Bidder and Purchaser **MUST SIGN** a properly completed **TERMS OF AGREEMENT OF SALE.**
2. All properties are sold "AS IS" condition. No City employee or agent has any authority to make any promise or representation of any nature concerning any parcel offered for sale at the auction.
3. Twenty percent (20%) of the bid price, or $500.00, whichever is greater (not to exceed the bid price) must be paid in **U. S. FUNDS ONLY, CASH, OR BY MONEY ORDER, CERTIFIED OR TRAVELER'S CHECK PAYABLE ONLY TO THE CITY OF BUFFALO,** as a deposit at the time of sale and purchaser or his/her agent must **IMMEDIATELY** sign and deliver a copy of this Agreement and the purchaser shall be bound by the terms of this Agreement. Requests for assignments, name changes or other changes made after the date of the auction will not be processed unless a fee of $75.00 is paid by the party requesting same.
4. The balance of the bid price must be paid in **U. S. FUNDS ONLY, CASH OR BY MONEY ORDER, CERTIFIED OR TRAVELER'S CHECK PAYABLE ONLY TO THE CITY OF BUFFALO, ON OR BEFORE November 22, 2019, (the "SETTLEMENT DATE")** at 117 City Hall.
5. A Quitclaim deed will be prepared transferring title to the **PURCHASER(S) IDENTIFIED IN THIS AGREEMENT** and recorded by the City of Buffalo within approximately **four (4) weeks** after payment of the balance of the bid price.
6. **If Purchaser and/or Assignee fails to pay the bid price and /or filing fee, bring all obligations to the City, its authorities and agencies current by the "Settlement Date", the DIRECTOR OF TREASURY AND COLLECTIONS/ DEPUTY COMMISSIONER OF ADMINISTRATION, FINANCE, POLICY AND URBAN AFFAIRS/ENFORCING OFFICER will declare all monies forfeited.** The alternate bidder can pay the bid price or the City shall retain title to the property.
7. The bidding will be kept open after the property is struck down and in any case where a bidder and/or purchaser failed to comply with any of the terms and conditions contained in this Agreement of Sale including without limitation not paying the required deposit **IMMEDIATELY, AND/OR DURING THE BREAK BEFORE BIDDING RESUMES;** The bidder and/or purchaser shall be deemed to be in default and will be held liable for any deficiency between the sum of the first sale, and the bid for which it may be sold on the resale, and also for all costs and expenses incurred as a result of the default.
8. All real property will be sold and accepted subject to any existing easements/rights of way or restrictions according to law now in force and subject to the right of redemption, if any, of the United States of America. The Enforcing Officer makes no representation or warranties with respect to marketability or insurability of the title to the property being sold.
9. An abstract of title or survey will not be furnished. Title continuation charges and title insurance costs shall be borne by the purchaser. It is suggested that you contact your insurance agent in order to put insurance on the property after the auction. Purchaser should not wait until the deed is recorded.
10. The Enforcing Officer reserves the right to rescind the sale due to filing of Bankruptcy or inadequate notice of the Foreclosure Proceeding in In rem No. 53 to the prior Owner or any other Party in interest/Lienholder.
11. The risk of loss or damage by fire, vandalism or any other cause (except taking under the power of eminent domain) between the time of sale and delivery of the deed is assumed by the Purchaser.
12. The Enforcing Officer shall refuse to transfer title to **ANY PERSON** including without limitation to an individual, corporation, partnership, association, Individual Retirement Account (IRA) Owner, limited liability company or vendor (and each of such person's principals, partners, associates, members, etc.) who is not current on all obligations owed to the City of Buffalo, its authorities and agencies, including without limitation, taxes, user fees, water bills, sewer rents and other charges, as of the settlement date. The City may also refuse to transfer title to **ANY PERSON** who has current Code Violations on other properties owned by such person within the City of Buffalo. The City shall also refuse to transfer title to a delinquent prior homeowner who purchases his/her own property or another property at the auction and such person will forfeit his/her deposit and/or final payments. **If a person (Bidder, Purchaser and/or Assignee) is not current on all such obligations including the code violations as of the "Settlement Date", all monies tendered by the bidder, purchaser and/or assignee shall be forfeited.**
13. The Enforcing Officer shall have the right to set aside a bid by any person deemed by him not to be a responsible bidder and/or purchaser and immediately put up the premises for sale again/have the City retain title.
14. Upon final payment, the City of Buffalo will record the Quitclaim deed and return the original deed to Purchaser. The Purchaser will be required to pay a fee depending on the classification of the property purchased, reflecting the cost of recording, handling and mailing of the deed as follows: Single, Two or Three family properties, 411 C, to pay a filing fee of $200.00 (two-hundred dollars), condominium and co-op's, commercial properties, residential vacant land and commercial vacant land to pay a filing fee of $325.00 (three-hundred and twenty-five dollars).
15. The bidder, and/or purchaser, and/or assignee of the property agrees to assume any and all costs, risks, and liabilities that may be incurred as a result of the condition of the property, including responsibility for code violations.
16. The bidder, and/or purchaser, and/or assignee of the property agree to **remedy all code violations which pose major public health & safety concerns, including without limitation to fire damages, asbestos, chimney or structural foundation damages,** within thirty (30) days (1 month) from the date of the transfer of title/Quitclaim deed.
17. Certain properties/premises offered for Sale may be **occupied by former owner(s), tenant(s) or squatter(s) without the consent or authorization of the City of Buffalo.** After delivery of the Quitclaim deed, the Purchaser assumes all responsibility for obtaining possession of the premises and gaining access to the premises including any necessary eviction proceedings. Purchaser cannot simply order the tenant(s) to leave the property. IT IS SUGGESTED THAT PURCHASER CONSULT WITH A LAWYER/ATTORNEY ABOUT THE EVICTION PROCESS IF NECESSARY.
18. No title to any personal property is conveyed. The City of Buffalo makes no representation regarding the removal of or title owner of any personal property and will in no way be responsible or liable for the removal of personal property or questions regarding title to any personal property. Purchaser does not own the movable furnishings or belongings at the property. Once the Quitclaim is recorded IT IS SUGGESTED THAT THE PURCHASER ALLOW THE FORMER OWNER(S) AND/OR TENANT(S) OF THE PROPERTY TO REMOVE THEIR PERSONAL PROPERTY. **IF THE PROPERTY IS VACANT OR UNOCCUPIED THE PURCHASER CAN ENTER THE PREMISES ONLY TO SECURE IT PRIOR TO THE DELIVERY OF THE DEED.**
19. In the event that the sale or transfer of the property is cancelled/rescinded by Court Order or Judgment, the bidder/purchaser shall be entitled only to refund of the purchase money. Purchaser shall not be entitled to special or consequential damages, nor attorney fees, nor for any expenses incurred as a result of ownership or improvement of the property nor for taxes paid during the period of ownership.
20. **ALL PROPERTY IS SOLD SUBJECT TO THE LIENS OF ALL TAXES, WATER BILLS, SEWER RENTS AND USER FEE LEVIED AND/OR WHICH ATTACHED AFTER THE AUCTION DATE** (October 30 and 31, 2019).

CITY OF BUFFALO
ASSESSMENT AND TAXATION

IN REM 53 FORECLOSURE LIST
OCTOBER 29, 30 & 31, 2019
BUFFALO CONVENTION CENTER

| In Rem | Serial | Address | Property Class | Property Description | Front | Depth |
|---|---|---|---|---|---|---|
| 44 | 686 | 492 ADAMS | 210-ONE FAMILY DWELLING | 100. N BECKWITH | 50.00 | 109.00 |
| 44 | 803 | 508 HIGH | 311-RESIDENTIAL VACANT LAND | 30.27 E TIMON | 30.99 | 95.00 |
| 44 | 929 | 527 SHERMAN | 311-RESIDENTIAL VACANT LAND | 333.33 S GENESEE | 33.33 | 132.00 |
| 44 | 1337 | 72 DUPONT | 311-RESIDENTIAL VACANT LAND | 237. N GLENWOOD | 31.00 | 107.00 |
| 44 | 1421 | 1375 JEFFERSON | 482-DOWNTOWN ROW TYPE (DETACHED) | 44. N GLENWOOD | 34.00 | 107.00 |
| 44 | 1598 | 241 DUTTON | 230-THREE FAMILY DWELLING | 170.77 S DELAVAN | 30.00 | 105.00 |
| 44 | 1699 | 32 INTER PARK | 312-RESIDENTIAL LAND WITH SMALL IMPR | 311. E HUMBOLDT | 30.00 | 120.00 |
| 44 | 2506 | 119 NEWFIELD | 220-TWO FAMILY DWELLING | 289.60 SE ESSER | 30.00 | 107.00 |
| 44 | 4635 | 516 DOAT | 311-RESIDENTIAL VACANT LAND | EAST COR STEWART | 30.00 | 138.00 |
| 44 | 4861 | 66 SATTLER | 311-RESIDENTIAL VACANT LAND | 342.58 S BLOCK | 30.00 | 114.00 |
| 44 | 5053 | 127 GATCHELL | 312-RESIDENTIAL LAND WITH SMALL IMPR | 545. N PULLMAN | 30.00 | 110.00 |
| 44 | 5207 | 121 QUINCY | 311-RESIDENTIAL VACANT LAND | 128. S BROADWAY | 30.00 | 100.00 |
| 44 | 5604 | 36 TROUPE | 311-RESIDENTIAL VACANT LAND | 120. S WESCOTT | 30.00 | 125.00 |
| 45 | 223 | 113 MASSACHUSETTS | 210-ONE FAMILY DWELLING | 120. NE PROSPECT | 30.00 | 131.00 |
| 45 | 586 | 67 LEMON | 210-ONE FAMILY DWELLING | 154.40 S VIRGINIA | 50.00 | 100.00 |
| 45 | 848 | 244 MILLS | 311-RESIDENTIAL VACANT LAND | 104.57 N B ST | 37.43 | 33.59 |
| 45 | 880 | 265 REED | 311-RESIDENTIAL VACANT LAND | 468.19 S GENESEE | 30.00 | 115.00 |
| 45 | 1122 | 19 OLGA | 311-RESIDENTIAL VACANT LAND | 159. E CLARE | 29.00 | 110.00 |
| 45 | 1191 | 33 TOWNSEND | 311-RESIDENTIAL VACANT LAND | 314.93 N WILLIAM | 30.00 | 100.00 |
| 45 | 1333 | 65 HAMLIN | 210-ONE FAMILY DWELLING | 612.54 E LONSDALE | 36.00 | 105.00 |
| 45 | 1376 | 370 NORTHAMPTON | 311-RESIDENTIAL VACANT LAND | 166. E JEFFERSON | 28.00 | 117.00 |
| 45 | 3498 | 61 EDISON | 312-RESIDENTIAL LAND WITH SMALL IMPR | 590. N DELAVAN | 30.00 | 124.00 |
| 45 | 3647 | 29 LANGMEYER | 311-RESIDENTIAL VACANT LAND | 267.97 E OLYMPIC | 30.00 | 120.00 |
| 45 | 3900 | 192 WESTON | 210-ONE FAMILY DWELLING | 189.991W HAZELWOOD | 45.00 | 110.00 |
| 45 | 3906 | 109 WILKES | 311-RESIDENTIAL VACANT LAND | 1079. N DELAVAN | 30.00 | 135.00 |
| 45 | 3984 | 231 BURGARD | 311-RESIDENTIAL VACANT LAND | 448. N DOAT | 35.00 | 111.00 |
| 45 | 3999 | 20 CAMBRIDGE | 311-RESIDENTIAL VACANT LAND | 210. N FERRY | 30.00 | 118.00 |
| 45 | 4014 | 112 CARL | 311-RESIDENTIAL VACANT LAND | 362.68 N SCAJAQUADA | 30.00 | 140.00 |
| 45 | 4049 | 32 WOODLAWN EAST | 311-RESIDENTIAL VACANT LAND | 172. W MOSELLE | 30.00 | 117.00 |
| 45 | 4142 | 417 KOONS | 311-RESIDENTIAL VACANT LAND | 1310.43 N WALDEN | 30.00 | 121.00 |
| 45 | 4149 | 321 MAY | 311-RESIDENTIAL VACANT LAND | 102.60 S DOAT | 35.00 | 113.00 |
| 45 | 4189 | 14 NORTHUMBERLAND | 311-RESIDENTIAL VACANT LAND | 120. N FERRY | 30.00 | 118.00 |
| 45 | 4409 | 172 FREUND | 311-RESIDENTIAL VACANT LAND | 240. S DELAVAN | 30.00 | 114.00 |
| 45 | 4428 | 195 HAGEN | 311-RESIDENTIAL VACANT LAND | 773.02 S DELAVAN | 60.00 | 102.00 |
| 45 | 4521 | 14 PERSIA | 311-RESIDENTIAL VACANT LAND | 105. N DOAT | 30.00 | 121.00 |
| 45 | 4570 | 84 SATTLER | 311-RESIDENTIAL VACANT LAND | 162.58 S BLOCK | 30.00 | 114.00 |
| 45 | 4578 | 213 SPRENGER | 311-RESIDENTIAL VACANT LAND | 335. S GENESEE | 35.00 | 105.00 |
| 45 | 4584 | 202 SPRENGER | 311-RESIDENTIAL VACANT LAND | 406. S GENESEE | 30.00 | 125.00 |
| 45 | 4636 | 67 WEBER | 311-RESIDENTIAL VACANT LAND | 605. S DELAVAN | 30.00 | 133.00 |
| 45 | 4695 | 87 DESHLER | 311-RESIDENTIAL VACANT LAND | 198.30 S BROADWAY | 30.00 | 153.93 |
| 45 | 4733 | 287 FILLMORE | 311-RESIDENTIAL VACANT LAND | 586. N CLINTON | 30.00 | 147.00 |

| In Rem | Serial | Address | Property Class | Property Description | Front / Depth | |
|---|---|---|---|---|---|---|
| 45 | 4621 | 31 MANITOBA | 311-RESIDENTIAL VACANT LAND | 97 E GILBERT | 32.33 | 120.00 |
| 45 | 4869 | 66 PECK | 311-RESIDENTIAL VACANT LAND | 82.50 S ASHLEY | 27.50 | 106.68 |
| 45 | 4870 | 104 PECK | 311-RESIDENTIAL VACANT LAND | 200 N ASHLEY | 30.00 | 107.30 |
| 45 | 4921 | 113 SHEPARD | 311-RESIDENTIAL VACANT LAND | 312.55 N PULLMAN | 30.00 | 110.00 |
| 45 | 4962 | 62 WICK | 311-RESIDENTIAL VACANT LAND | 580. N BROADWAY | 30.00 | 104.00 |
| 45 | 4986 | 437 BENZINGER | 311-RESIDENTIAL VACANT LAND | 111. S BROADWAY | 60.00 | 134.00 |
| 45 | 5144 | 390 WEISS | 340-INDUSTRIAL VACANT LAND | 17.85 S DINGENS | 80.00 | 75.00 |
| 46 | 14 | 571 FULTON | 210-ONE FAMILY DWELLING | 90.40 E INDIAN RSLN | 50.60 | 103.00 |
| 46 | 238 | 694 JEFFERSON | 482-DOWNTOWN ROW TYPE (DETACHED) | SOUTH COR DAVIS | 25.00 | 100.00 |
| 46 | 338 | 76 RICH | 311-RESIDENTIAL VACANT LAND | 187.26 S BEST | 30.00 | 109.00 |
| 46 | 531 | 1357 JEFFERSON | 482-DOWNTOWN ROW TYPE (DETACHED) | 30. S GLENWOOD | 35.00 | 107.00 |
| 46 | 594 | 1529 FILLMORE | 482-DOWNTOWN ROW TYPE (DETACHED) | 220. N FERRY | 30.00 | 165.00 |
| 46 | 786 | 238 BIRD | 210-ONE FAMILY DWELLING | 57. W GRANT | 54.00 | 131.00 |
| 46 | 882 | 81 ARNOLD | 220-TWO FAMILY DWELLING | 214. E PARKDALE | 36.00 | 105.00 |
| 46 | 1140 | 16 PARKER | 464-OFFICE BUILDING | 123. N VERNON | 33.00 | 0.00 |
| 46 | 1422 | 106 BERWYN | 210-ONE FAMILY DWELLING | 146.24 W BAILEY | 32.00 | 124.00 |
| 46 | 1684 | 33 WESTON | 210-ONE FAMILY DWELLING | 300. E BAILEY | 35.00 | 110.00 |
| 46 | 1812 | 61 STEVENS | 311-RESIDENTIAL VACANT LAND | 60. S SCAJAQUADA | 30.00 | 100.00 |
| 47 | 192 | 776 PROSPECT | 220-TWO FAMILY DWELLING | 266.50 NW RHODE ISLAND | 25.00 | 132.00 |
| 47 | 553 | 308 HERMAN | 311-RESIDENTIAL VACANT LAND | 134. N HIGH | 25.00 | 141.00 |
| 47 | 772 | 213 MADISON | 311-RESIDENTIAL VACANT LAND | 371.50 N WILLIAM | 30.00 | 109.00 |
| 47 | 828 | 38 TOWNSEND | 311-RESIDENTIAL VACANT LAND | 349.98 N WILLIAM | 30.00 | 100.00 |
| 47 | 1771 | 27 GRACE | 311-RESIDENTIAL VACANT LAND | 153.33 W EAST | 40.00 | 150.00 |
| 47 | 1827 | 156 ONTARIO | 311-RESIDENTIAL VACANT LAND | 151.44 SW TONAWANDA | 32.50 | 0.00 |
| 47 | 2108 | 39 MEECH | 210-ONE FAMILY DWELLING | 69. N HEDLEY | 34.00 | 120.00 |
| 47 | 2555 | 42 THATCHER | 210-ONE FAMILY DWELLING | 100.50 S HUTCHINSON | 33.50 | 112.00 |
| 47 | 2556 | 44 THATCHER | 210-ONE FAMILY DWELLING | 67. S HUTCHINSON | 33.50 | 112.00 |
| 47 | 2609 | 81 ALMA | 311-RESIDENTIAL VACANT LAND | 390. W BAILEY | 30.00 | 120.00 |
| 47 | 2622 | 2655 BAILEY | 330-COMMERCIAL VACANT LAND | SOUTH COR EASTON | 115.00 | 160.00 |
| 47 | 2760 | 1370 DELAVAN EAST | 311-RESIDENTIAL VACANT LAND | 66. W HAZELWOOD | 30.00 | 125.00 |
| 47 | 2903 | 75 LANGMEYER | 311-RESIDENTIAL VACANT LAND | 150 W BAILEY | 30.00 | 120.00 |
| 47 | 3039 | 178 OLYMPIC | 210-ONE FAMILY DWELLING | 1020.58 S WARWICK | 30.00 | 122.00 |
| 47 | 3040 | 180 OLYMPIC | 311-RESIDENTIAL VACANT LAND | 990.58 S WARWICK | 30.00 | 122.00 |
| 47 | 3104 | 346 SHIRLEY | 311-RESIDENTIAL VACANT LAND | 223. W SUFFOLK | 32.00 | 108.00 |
| 47 | 3109 | 518 SHIRLEY | 220-TWO FAMILY DWELLING | 335. E ORLEANS | 30.00 | 108.00 |
| 47 | 3399 | 218 STEVENS | 311-RESIDENTIAL VACANT LAND | 465.32 N NORTHLAND | 30.00 | 101.00 |
| 47 | 3487 | 64 COURTLAND | 210-ONE FAMILY DWELLING | 471.35 S DELAVAN | 30.00 | 102.00 |
| 47 | 3630 | 19 NAVEL | 311-RESIDENTIAL VACANT LAND | 175. E BAILEY | 30.00 | 120.00 |
| 47 | 3686 | 69 SATTLER | 311-RESIDENTIAL VACANT LAND | 670.81 N DOAT | 30.00 | 113.00 |
| 47 | 3691 | 88 SATTLER | 311-RESIDENTIAL VACANT LAND | 132.58 S BLOCK | 30.00 | 114.00 |
| 47 | 3834 | 55 GATCHELL | 311-RESIDENTIAL VACANT LAND | 95 S PULLMAN | 30.00 | 110.00 |
| 47 | 3973 | 62 SWINBURNE | 311-RESIDENTIAL VACANT LAND | 90 N ASHLEY | 30.00 | 115.00 |
| 47 | 3993 | 233 WALDEN | 433-AUTO BODY AND TIRE SHOPS | 44.87 W GITTERE | 60.00 | 120.00 |
| 47 | 4001 | 78 WICK | 311-RESIDENTIAL VACANT LAND | 100. S BRIER | 30.00 | 104.00 |
| 48 | 238 | 100 SEVENTEENTH | 220-TWO FAMILY DWELLING | 289. NW CONN | 28.00 | 140.00 |
| 48 | 257 | 199 VERMONT | 311-RESIDENTIAL VACANT LAND | 142.67 NE WEST | 5.00 | 13.00 |

| In Rem | Serial | Address | Property Class | Property Description | Front / Depth | |
|---|---|---|---|---|---|---|
| 48 | 264 | 343 VERMONT | 220-TWO FAMILY DWELLING | 135. NE FIFTEENTH | 28.33 | 116.00 |
| 48 | 265 | 367 VERMONT | 482-DOWNTOWN ROW TYPE (DETACHED) | EAST COR SIXTEENTH | 30.00 | 116.00 |
| 48 | 442 | 74 LEMON | 210-ONE FAMILY DWELLING | 720. N CHERRY | 34.00 | 100.00 |
| 48 | 545 | 908 GENESEE | 433-AUTO BODY AND TIRE SHOPS | 162. NE HERMAN | 42.90 | 130.00 |
| 48 | 612 | 543 MADISON | 311-RESIDENTIAL VACANT LAND | 88.75 S BROWN | 25.00 | 109.00 |
| 48 | 931 | 543 FERRY EAST | 482-DOWNTOWN ROW TYPE (DETACHED) | 68.50 W HUMBOLDT PKWY | 30.00 | 106.00 |
| 48 | 999 | 108 LONSDALE | 220-TWO FAMILY DWELLING | 233.50 N BRUNSWICK | 32.00 | 105.00 |
| 48 | 1028 | 497 RILEY | 220-TWO FAMILY DWELLING | 58. E WOHLERS | 30.00 | 105.00 |
| 48 | 1297 | 11 ELSIE | 210-ONE FAMILY DWELLING | 119. E PURDY | 58.00 | 105.00 |
| 48 | 1390 | 200 WAVERLY | 210-ONE FAMILY DWELLING | 1000. N FERRY EAST | 50.00 | 100.00 |
| 48 | 1476 | 183 GARNER | 312-RESIDENTIAL LAND WITH SMALL IMPR | 95. W PARKDALE | 29.00 | 140.00 |
| 48 | 1973 | 99 BEDFORD | 210-ONE FAMILY DWELLING | 460. E LINCOLN PKWY | 50.00 | 152.00 |
| 48 | 2228 | 262 BERKSHIRE | 210-ONE FAMILY DWELLING | 315. E COMSTOCK | 35.00 | 102.00 |
| 48 | 2253 | 226 COMSTOCK | 210-ONE FAMILY DWELLING | 34.37 S DUNLOP | 32.00 | 103.00 |
| 48 | 2271 | 33 DREXEL | 210-ONE FAMILY DWELLING | 313. E FILLMORE | 35.00 | 103.00 |
| 48 | 2346 | 115 HOLDEN | 220-TWO FAMILY DWELLING | 85. N VICTORIA | 30.00 | 60.00 |
| 48 | 2884 | 73 LANGFIELD | 210-ONE FAMILY DWELLING | 44.94 W SUFFOLK | 45.00 | 110.00 |
| 48 | 2976 | 590 NORFOLK | 210-ONE FAMILY DWELLING | 283.5O N WARWICK | 32.00 | 125.00 |
| 48 | 3038 | 173 PHYLLIS | 210-ONE FAMILY DWELLING | 30. W ORLEANS | 31.00 | 105.00 |
| 48 | 3050 | 178 ROEBLING | 210-ONE FAMILY DWELLING | 36O. S GERALD | 35.00 | 110.00 |
| 48 | 3340 | 115 NEVADA | 210-ONE FAMILY DWELLING | 6O8.9O S FERRY | 30.00 | 105.00 |
| 48 | 3587 | 51 KERNS | 220-TWO FAMILY DWELLING | 722.61 W NEWBURGH | 30.00 | 173.00 |
| 48 | 3758 | 52 ASHLEY | 482-DOWNTOWN ROW TYPE (DETACHED) | WEST COR MOHR | 30.00 | 110.00 |
| 48 | 3765 | 51 ASHLEY | 210-ONE FAMILY DWELLING | WEST COR MOHR | 30.00 | 110.00 |
| 48 | 3941 | 123 MILLER | 220-TWO FAMILY DWELLING | 415. N EMPIRE | 30.00 | 97.00 |
| 48 | 3980 | 124 RUHLAND | 220-TWO FAMILY DWELLING | 200. S WALDEN | 30.00 | 107.00 |
| 48 | 4085 | 1918 CLINTON | 220-TWO FAMILY DWELLING | 66.66 E BARNARD | 33.33 | 135.00 |
| 48 | 4123 | 154 IDEAL | 210-ONE FAMILY DWELLING | 218.20 S LOVEJOY | 30.00 | 115.00 |
| 48 | 4379 | 187 PRIES | 220-TWO FAMILY DWELLING | 124. W SOUTH PARK | 28.00 | 102.00 |
| 49 | 532 | 205 HIGH | 220-TWO FAMILY DWELLING | 77.38 W MULBERRY | 25.12 | 102.00 |
| 49 | 549 | 224 LOCUST | 210-ONE FAMILY DWELLING | 100. S HIGH | 45.00 | 100.00 |
| 49 | 617 | 45 BROWN | 311-RESIDENTIAL VACANT LAND | 75.43 E MADISON | 50.00 | 0.00 |
| 49 | 667 | 93 GREY | 311-RESIDENTIAL VACANT LAND | 262.30 S SYCAMORE | 27.00 | 190.00 |
| 49 | 728 | 541 MADISON | 311-RESIDENTIAL VACANT LAND | 113.75 S BROWN | 25.00 | 109.00 |
| 49 | 787 | 99999 SHERMAN | 311-RESIDENTIAL VACANT LAND | 206. N BROADWAY | 15.00 | 132.00 |
| 49 | 817 | 631 SYCAMORE | 210-ONE FAMILY DWELLING | 100.67 E JOHNSON ST | 44.46 | 109.95 |
| 49 | 932 | 263 HOWARD | 311-RESIDENTIAL VACANT LAND | WEST COR SMITH | 29.00 | 108.00 |
| 49 | 1005 | 249 SHERMAN | 311-RESIDENTIAL VACANT LAND | 22O. N PADEREWSKI | 30.00 | 105.00 |
| 49 | 1035 | 44 WARREN | 311-RESIDENTIAL VACANT LAND | SOUTH COR KENT | 30.00 | 100.00 |
| 49 | 1055 | 258 WILSON | 311-RESIDENTIAL VACANT LAND | 146.34 S BROADWAY | 30.00 | 100.00 |
| 49 | 1213 | 428 NORTHAMPTON | 311-RESIDENTIAL VACANT LAND | 457.95 W ROEHRER | 33.00 | 115.00 |
| 49 | 1330 | 127 BOX | 311-RESIDENTIAL VACANT LAND | 474.88 W KEHR | 31.00 | 118.00 |
| 49 | 1369 | 52 FOUGERON | 311-RESIDENTIAL VACANT LAND | 503.88 E FILLMORE | 30.00 | 168.00 |
| 49 | 1388 | 50 GIRARD | 311-RESIDENTIAL VACANT LAND | 479.1O E HUMBOLDT | 30.00 | 165.00 |
| 49 | 1390 | 90 GIRARD | 311-RESIDENTIAL VACANT LAND | 13O. W FILLMORE | 30.00 | 165.00 |
| 49 | 1518 | 587 WINSLOW | 449-OTHER STORAGE & WAREHOUSE FACI | 343.07 E KEHR | 206.00 | 120.00 |

| In Rem | Serial | Address | Property Class | Property Description | Front / Depth | |
|---|---|---|---|---|---|---|
| 49 | 1579 | 23 OXFORD | 220-TWO FAMILY DWELLING | 201.93 N FERRY | 38.00 | 125.00 |
| 49 | 1590 | 126 OXFORD | 411-APARTMENT | 335. N BALCOM | 31.00 | 120.00 |
| 49 | 1908 | 113 POOLEY | 210-ONE FAMILY DWELLING | 111. W GRANT | 27.00 | 131.00 |
| 49 | 2131 | 173 GRACE | 210-ONE FAMILY DWELLING | 170 E TONAWANDA | 30.00 | 148.00 |
| 49 | 2141 | 48 HENRIETTA | 220-TWO FAMILY DWELLING | 460 NW ONTARIO | 30.00 | 132.00 |
| 49 | 2510 | 184 HUGHES | 220-TWO FAMILY DWELLING | 325.15 W HUMBOLDT | 36.75 | 120.00 |
| 49 | 2703 | 41 SHOREHAM | 220-TWO FAMILY DWELLING | 358.92 W DELAWARE | 35.00 | 136.00 |
| 49 | 2836 | 40 DREXEL | 311-RESIDENTIAL VACANT LAND | 383. E FILLMORE | 33.00 | 105.00 |
| 49 | 3117 | 100 ALMA | 311-RESIDENTIAL VACANT LAND | 210. W BAILEY | 30.00 | 125.00 |
| 49 | 3177 | 52 BURLINGTON | 311-RESIDENTIAL VACANT LAND | 495.70 E OLYMPIC | 32.00 | 127.00 |
| 49 | 3403 | 331 HASTINGS | 210-ONE FAMILY DWELLING | 210. E KAY | 50.00 | 105.00 |
| 49 | 3479 | 40 LANGMEYER | 311-RESIDENTIAL VACANT LAND | 412.06 E OLYMPIC | 30.00 | 120.00 |
| 49 | 3481 | 68 LANGMEYER | 311-RESIDENTIAL VACANT LAND | 240 W BAILEY | 30.00 | 120.00 |
| 49 | 3733 | 275 WESTON | 210-ONE FAMILY DWELLING | 378. W EDISON | 43.10 | 110.00 |
| 49 | 3851 | 126 DOAT | 311-RESIDENTIAL VACANT LAND | 64. W RAWLINS | 32.00 | 128.00 |
| 49 | 3924 | 102 GOEMBEL | 312-RESIDENTIAL LAND WITH SMALL IMPR | 216.28 S HAZEL PL | 30.00 | 101.00 |
| 49 | 3928 | 174 GOEMBEL | 312-RESIDENTIAL LAND WITH SMALL IMPR | 102.60 S DOAT | 35.00 | 113.00 |
| 49 | 3956 | 105 IVY | 311-RESIDENTIAL VACANT LAND | 359.02 S GENESEE | 30.00 | 109.00 |
| 49 | 3971 | 331 KOONS | 311-RESIDENTIAL VACANT LAND | 440.43 N WALDEN | 30.00 | 118.00 |
| 49 | 4012 | 122 MOSELLE | 311-RESIDENTIAL VACANT LAND | 506.29 S GENESEE | 32.00 | 106.00 |
| 49 | 4040 | 155 RAPIN | 311-RESIDENTIAL VACANT LAND | 123.93 N HAZEL | 30.00 | 113.00 |
| 49 | 4319 | 37 LANG | 311-RESIDENTIAL VACANT LAND | 355. E BAILEY | 30.00 | 115.00 |
| 49 | 4369 | 24 ROEBLING | 311-RESIDENTIAL VACANT LAND | 294. S WECKER | 31.00 | 100.00 |
| 49 | 4371 | 45 ROGERS | 311-RESIDENTIAL VACANT LAND | 422.29 N GENESEE | 30.00 | 102.00 |
| 49 | 4424 | 261 SUMNER | 311-RESIDENTIAL VACANT LAND | 365.55 S DOAT | 30.00 | 109.00 |
| 49 | 4461 | 65 WISCONSIN | 311-RESIDENTIAL VACANT LAND | 258.52 S DOAT | 30.00 | 100.00 |
| 49 | 4478 | 86 ARMBRUSTER | 311-RESIDENTIAL VACANT LAND | 287.50 S BROADWAY | 30.00 | 197.00 |
| 49 | 4533 | 34 DESHLER | 311-RESIDENTIAL VACANT LAND | 144.65 N ASHLEY | 30.00 | 115.00 |
| 49 | 4544 | 103 FAY | 311-RESIDENTIAL VACANT LAND | 280. N SCHEU PK | 35.00 | 123.00 |
| 49 | 4571 | 68 HIRSCHBECK | 311-RESIDENTIAL VACANT LAND | 102.35 S PULLMAN | 30.00 | 110.00 |
| 49 | 4575 | 118 HIRSCHBECK | 311-RESIDENTIAL VACANT LAND | 297.55 N PULLMAN | 30.00 | 110.00 |
| 49 | 4627 | 127 METCALFE | 311-RESIDENTIAL VACANT LAND | 90. S LYMAN | 30.00 | 105.00 |
| 49 | 4651 | 132 PECK | 311-RESIDENTIAL VACANT LAND | 132. S BROADWAY | 30.00 | 107.30 |
| 49 | 4655 | 8 PERSON | 311-RESIDENTIAL VACANT LAND | 290. S GRIMES | 30.00 | 132.00 |
| 49 | 4657 | 53 QUINCY | 311-RESIDENTIAL VACANT LAND | 30. S ASHLEY | 30.00 | 100.00 |
| 49 | 4705 | 80 SWINBURNE | 311-RESIDENTIAL VACANT LAND | 432.70 S BROADWAY | 30.00 | 115.00 |
| 49 | 4730 | 92 WICK | 311-RESIDENTIAL VACANT LAND | NORTH COR BRIER | 40.00 | 104.00 |
| 49 | 4923 | 73 WOOD | 311-RESIDENTIAL VACANT LAND | 565.06 S WALDEN | 30.00 | 105.00 |
| 49 | 4979 | 144 MAURICE | 311-RESIDENTIAL VACANT LAND | 215.50 N PERRY | 13.33 | 54.33 |
| 49 | 4991 | 21 OAKDALE | 311-RESIDENTIAL VACANT LAND | 185. S SENECA | 30.00 | 0.00 |
| 49 | 5226 | 70 MT VERNON | 311-RESIDENTIAL VACANT LAND | 695 NE SENECA | 5.00 | 39.00 |
| 49 | 5385 | 117 HUBBELL | 210-ONE FAMILY DWELLING | 313.22 NE MCKINLEY | 30.00 | 95.00 |
| 50 | 189 | 304 MASSACHUSETTS | 210-ONE FAMILY DWELLING | 30. SW FIFTEENTH | 29.00 | 109.00 |
| 50 | 606 | 122 GUILFORD | 220-TWO FAMILY DWELLING | 209.40 S SYCAMORE | 30.00 | 115.00 |
| 50 | 640 | 45 KOSCIUSZKO | 311-RESIDENTIAL VACANT LAND | 420.35 N BROADWAY | 30.00 | 100.00 |
| 50 | 644 | 34 KOSCIUSZKO | 311-RESIDENTIAL VACANT LAND | 310.53 N BROADWAY | 30.00 | 97.00 |

| In Rem | Serial | Address | Property Class | Property Description | Front / Depth | |
|---|---|---|---|---|---|---|
| 50 | 653 | 535 MADISON | 311-RESIDENTIAL VACANT LAND | 163.75 S BROWN | 25.00 | 109.00 |
| 50 | 660 | 333 MILLS | 311-RESIDENTIAL VACANT LAND | 184. S GENESEE | 30.00 | 127.23 |
| 50 | 662 | 461 MONROE | 311-RESIDENTIAL VACANT LAND | 51 S BECKWITH | 25.00 | 109.00 |
| 50 | 703 | 531 SHERMAN | 311-RESIDENTIAL VACANT LAND | 300. S GENESEE | 33.33 | 132.00 |
| 50 | 709 | 538 SHERMAN | 220-TWO FAMILY DWELLING | 212. S GENESEE | 30.00 | 132.00 |
| 50 | 748 | 144 WOLTZ | 281-MULTIPLE RESIDENCES | 321.75 S SYCAMORE | 30.00 | 112.00 |
| 50 | 778 | 41 COIT | 311-RESIDENTIAL VACANT LAND | 146.35 S WILLIAM | 15.00 | 108.00 |
| 50 | 814 | 510 FILLMORE | 311-RESIDENTIAL VACANT LAND | 193.5 S PECKHAM | 26.50 | 156.73 |
| 50 | 856 | 64 MONROE | 311-RESIDENTIAL VACANT LAND | 147.28 N CLINTON | 30.00 | 109.00 |
| 50 | 860 | 28 ONEIDA | 311-RESIDENTIAL VACANT LAND | 105. W BOND | 30.00 | 110.00 |
| 50 | 877 | 28 PINK | 311-RESIDENTIAL VACANT LAND | 100. W SMITH | 29.00 | 100.00 |
| 50 | 910 | 52 TOWNSEND | 311-RESIDENTIAL VACANT LAND | 439. S PECKHAM | 33.00 | 100.00 |
| 50 | 1005 | 21 DUPONT | 220-TWO FAMILY DWELLING | 100. S GLENWOOD | 60.00 | 107.00 |
| 50 | 1038 | 402 GLENWOOD | 312-RESIDENTIAL LAND WITH SMALL IMPR | 35. W STORZ | 32.50 | 115.00 |
| 50 | 1039 | 406 GLENWOOD | 220-TWO FAMILY DWELLING | WEST COR STORZ | 35.00 | 115.00 |
| 50 | 1056 | 57 GOULDING | 220-TWO FAMILY DWELLING | 455. W WOHLERS | 35.00 | 105.00 |
| 50 | 1097 | 81 KINGSLEY | 220-TWO FAMILY DWELLING | 392.60 W ROEHRER | 33.00 | 115.00 |
| 50 | 1100 | 141 KINGSLEY | 210-ONE FAMILY DWELLING | 78.42 W WOHLERS | 33.00 | 112.00 |
| 50 | 1204 | 550 WOODLAWN | 311-RESIDENTIAL VACANT LAND | 170. W HUMBOLDT PK | 30.00 | 146.00 |
| 50 | 1221 | 7 BOX | 449-OTHER STORAGE & WAREHOUSE FACI | 59.50 E FILLMORE | 83.55 | 119.00 |
| 50 | 1222 | 167 BOX | 311-RESIDENTIAL VACANT LAND | 77.32 W KEHR | 30.00 | 118.00 |
| 50 | 1246 | 1602 FILLMORE | 615-ALL OTHER EDUCATIONAL FACILITIES | 510. S NORTHLAND | 90.00 | 144.00 |
| 50 | 1297 | 77 INTER PARK | 311-RESIDENTIAL VACANT LAND | 211. W FILLMORE | 29.00 | 120.00 |
| 50 | 1347 | 699 RILEY | 220-TWO FAMILY DWELLING | 355. W FILLMORE | 31.00 | 100.00 |
| 50 | 1498 | 18 ELSIE | 220-TWO FAMILY DWELLING | WEST COR ADA | 26.05 | 101.00 |
| 50 | 1515 | 51 HOLLAND | 220-TWO FAMILY DWELLING | 111. S RILEY | 30.00 | 131.00 |
| 50 | 1555 | 143 NORTHLAND | 210-ONE FAMILY DWELLING | 120. W JEFFERSON | 30.00 | 120.00 |
| 50 | 1638 | 135 BIRD | 210-ONE FAMILY DWELLING | 109. E DEWITT | 25.00 | 140.00 |
| 50 | 1641 | 102 BRADLEY | 311-RESIDENTIAL VACANT LAND | 30.73 E HAWLEY | 29.00 | 95.00 |
| 50 | 1644 | 33 BRADLEY | 311-RESIDENTIAL VACANT LAND | EAST COR DANFORTH | 26.00 | 75.00 |
| 50 | 1854 | 19 ARTHUR | 220-TWO FAMILY DWELLING | 173.30 E NIAGARA | 31.00 | 164.51 |
| 50 | 1964 | 56 HARTMAN | 311-RESIDENTIAL VACANT LAND | 103.29 S ARTHUR | 30.00 | 97.66 |
| 50 | 2116 | 134 ROYAL | 311-RESIDENTIAL VACANT LAND | 200. E TONAWANDA | 30.00 | 108.00 |
| 50 | 2456 | 185 PARKSIDE | 220-TWO FAMILY DWELLING | 231.25 S JEWETT PKWY | 45.00 | 171.00 |
| 50 | 2559 | 47 SANDERS | 210-ONE FAMILY DWELLING | 439.31 E DELAWARE | 46.00 | 110.00 |
| 50 | 2690 | 600 AMHERST EAST | 220-TWO FAMILY DWELLING | 396.90 W BAILEY | 35.00 | 102.00 |
| 50 | 2740 | 151 HEWITT | 210-ONE FAMILY DWELLING | 243.40 W COMSTOCK | 35.00 | 110.00 |
| 50 | 2774 | 13 KENOVA | 311-RESIDENTIAL VACANT LAND | 103. E FILLMORE | 32.00 | 100.00 |
| 50 | 2814 | 502 LEROY | 330-COMMERCIAL VACANT LAND | 31 E MONTCLAIR | 30.55 | 135.00 |
| 50 | 2900 | 61 POULTNEY | 311-RESIDENTIAL VACANT LAND | 232.50 S HUTCHINSON | 33.00 | 112.00 |
| 50 | 2996 | 19 ALMA | 311-RESIDENTIAL VACANT LAND | 161.98 E OLYMPIC | 30.00 | 120.00 |
| 50 | 3168 | 1138 DELAVAN EAST | 220-TWO FAMILY DWELLING | 250. W BAILEY | 30.00 | 120.00 |
| 50 | 3232 | 54 FENNIMORE | 281-MULTIPLE RESIDENCES | 339. E SUFFOLK | 33.00 | 105.00 |
| 50 | 3365 | 735 KENSINGTON | 220-TWO FAMILY DWELLING | WEST COR PALOS PL | 79.83 | 0.00 |
| 50 | 3534 | 718 NORTHUMBERLAND | 311-RESIDENTIAL VACANT LAND | 199.08 S KENSINGTON | 30.00 | 125.00 |
| 50 | 3558 | 248 OLYMPIC | 210-ONE FAMILY DWELLING | 304.47 S WARWICK | 31.81 | 120.00 |

| In Rem | Serial | Address | Property Class | Property Description | Front / Depth | |
|---|---|---|---|---|---|---|
| 50 | 3564 | 440 OLYMPIC | 220-TWO FAMILY DWELLING | 472.71 S KENSINGTON | 35.00 | 120.00 |
| 50 | 3566 | 470 OLYMPIC | 210-ONE FAMILY DWELLING | 178.55 S KENSINGTON | 40.00 | 120.00 |
| 50 | 3608 | 167 ROEBLING | 210-ONE FAMILY DWELLING | 325. N DELAVAN | 35.00 | 110.00 |
| 50 | 3616 | 87 ROMA | 311-RESIDENTIAL VACANT LAND | 875. N DELAVAN | 15.00 | 124.00 |
| 50 | 3672 | 485 STOCKBRIDGE | 220-TWO FAMILY DWELLING | 55. E SUFFOLK | 40.00 | 110.00 |
| 50 | 3807 | 57 CAMBRIDGE | 210-ONE FAMILY DWELLING | 120. S SCAJAQUADA | 30.00 | 118.00 |
| 50 | 3818 | 48 CAMBRIDGE | 210-ONE FAMILY DWELLING | 210. S SCAJAQUADA | 30.00 | 118.00 |
| 50 | 3824 | 238 CAMBRIDGE | 220-TWO FAMILY DWELLING | 458.80 S DELAVAN | 30.00 | 118.00 |
| 50 | 3826 | 47 CARL | 220-TWO FAMILY DWELLING | 209. S SCAJAQUADA | 31.00 | 140.00 |
| 50 | 3841 | 128 CARL | 210-ONE FAMILY DWELLING | 227.45 S NORTHLAND | 30.00 | 140.00 |
| 50 | 3868 | 66 ERNST | 311-RESIDENTIAL VACANT LAND | NORTH COR E. WOODLAWN | 30.00 | 96.00 |
| 50 | 3907 | 66 GOEMBEL | 210-ONE FAMILY DWELLING | 639.67 N WALDEN | 28.75 | 101.00 |
| 50 | 3926 | 83 GRIDER | 331-COM VAC W/IMP | 106.32 N SCAJAQUADA | 35.00 | 140.00 |
| 50 | 3937 | 153 KILHOFFER | 210-ONE FAMILY DWELLING | 316.50 N FERRY | 30.00 | 108.00 |
| 50 | 3945 | 72 KIRKPATRICK | 220-TWO FAMILY DWELLING | 196.62 W BAILEY | 30.00 | 141.00 |
| 50 | 3975 | 314 MOSELLE | 311-RESIDENTIAL VACANT LAND | 30. N FRANKFORT | 29.50 | 112.00 |
| 50 | 3976 | 318 MOSELLE | 311-RESIDENTIAL VACANT LAND | 88.50 N FRANKFORT | 29.00 | 112.00 |
| 50 | 3979 | 378 MOSELLE | 311-RESIDENTIAL VACANT LAND | 57.06 N E. WOODLAWN | 30.00 | 112.00 |
| 50 | 3982 | 486 MOSELLE | 220-TWO FAMILY DWELLING | 88 N SCAJAQUADA | 32.00 | 100.00 |
| 50 | 3985 | 31 NEVADA | 220-TWO FAMILY DWELLING | 246.65 N GENESEE | 30.00 | 105.00 |
| 50 | 3996 | 100 NEVADA | 220-TWO FAMILY DWELLING | 756.10 S FERRY | 30.00 | 105.00 |
| 50 | 4021 | 93 SCHUELE | 311-RESIDENTIAL VACANT LAND | 180. N SCAJAQUADA | 30.00 | 145.00 |
| 50 | 4030 | 36 SCHUELE | 311-RESIDENTIAL VACANT LAND | 300. S SCAJAQUADA | 30.00 | 140.00 |
| 50 | 4036 | 103 STEVENS | 311-RESIDENTIAL VACANT LAND | 270. N SCAJAQUADA | 30.00 | 100.00 |
| 50 | 4094 | 2325 BAILEY | 482-DOWNTOWN ROW TYPE (DETACHED) | SOUTH COR NAVEL | 30.00 | 115.00 |
| 50 | 4201 | 94 ERICSON | 220-TWO FAMILY DWELLING | 147. N WECKER | 30.00 | 115.00 |
| 50 | 4332 | 29 MOELLER | 312-RESIDENTIAL LAND WITH SMALL IMPR | 255. E BAILEY | 30.00 | 105.00 |
| 50 | 4339 | 15 NEWBURGH | 220-TWO FAMILY DWELLING | 120. N GENESEE | 30.00 | 110.00 |
| 50 | 4362 | 93 ROEBLING | 311-RESIDENTIAL VACANT LAND | 237. N WECKER | 30.00 | 100.00 |
| 50 | 4519 | 65 DESHLER | 311-RESIDENTIAL VACANT LAND | 318.30 S BROADWAY | 30.00 | 183.11 |
| 50 | 4548 | 32 DESHLER | 311-RESIDENTIAL VACANT LAND | 100. N ASHLEY | 44.65 | 115.00 |
| 50 | 4549 | 40 DESHLER | 311-RESIDENTIAL VACANT LAND | 204.15 N ASHLEY | 30.00 | 115.00 |
| 50 | 4555 | 3 DOVER | 220-TWO FAMILY DWELLING | 205. W CURTISS | 30.00 | 100.00 |
| 50 | 4566 | 17 GATCHELL | 311-RESIDENTIAL VACANT LAND | 130. N BROADWAY | 42.74 | 110.00 |
| 50 | 4571 | 34 GATCHELL | 311-RESIDENTIAL VACANT LAND | 340. N BROADWAY | 30.00 | 110.00 |
| 50 | 4576 | 100 GATCHELL | 311-RESIDENTIAL VACANT LAND | 252.55 N PULLMAN | 30.00 | 110.00 |
| 50 | 4599 | 124 HIRSCHBECK | 311-RESIDENTIAL VACANT LAND | 357.55 N PULLMAN | 30.00 | 110.00 |
| 50 | 4604 | 117 JONES | 220-TWO FAMILY DWELLING | 120. S LYMAN | 30.00 | 106.00 |
| 50 | 4646 | 229 METCALFE | 220-TWO FAMILY DWELLING | 138.50 S WILLIAM | 30.00 | 0.00 |
| 50 | 4649 | 174 METCALFE | 311-RESIDENTIAL VACANT LAND | 115. S HOWARD | 30.00 | 115.00 |
| 50 | 4650 | 11 MILBURN | 311-RESIDENTIAL VACANT LAND | 350. S GRIMES | 30.00 | 132.00 |
| 50 | 4690 | 230 PERSON | 220-TWO FAMILY DWELLING | 30 N SCHLENKER | 30.00 | 172.60 |
| 50 | 4693 | 59 QUINCY | 311-RESIDENTIAL VACANT LAND | SOUTH COR ASHLEY | 30.00 | 100.00 |
| 50 | 4734 | 76 SWINBURNE | 311-RESIDENTIAL VACANT LAND | 240 N ASHLEY | 30.00 | 115.00 |
| 50 | 4774 | 353 BENZINGER | 210-ONE FAMILY DWELLING | 150. S REIMAN | 30.00 | 134.00 |
| 50 | 4849 | 110 IDEAL | 220-TWO FAMILY DWELLING | 120. N LUDINGTON | 30.00 | 115.00 |

| In Rem | Serial | Address | Property Class | Property Description | Front / Depth | |
|---|---|---|---|---|---|---|
| 50 | 4882 | 50 MORELAND | 210-ONE FAMILY DWELLING | 490. E BAILEY | 30.00 | 109.00 |
| 50 | 4891 | 42 OGDEN NORTH | 311-RESIDENTIAL VACANT LAND | 240. N WILLIAM | 30.00 | 135.00 |
| 50 | 4976 | 93 WOOD | 311-RESIDENTIAL VACANT LAND | 355.06 S WALDEN | 30.00 | 105.00 |
| 50 | 4978 | 44 WOOD | 210-ONE FAMILY DWELLING | 856.03 S WALDEN | 30.00 | 105.00 |
| 50 | 4989 | 259 BABCOCK | 311-RESIDENTIAL VACANT LAND | 252.75 N SENECA | 30.00 | 125.00 |
| 50 | 4990 | 295 BABCOCK | 311-RESIDENTIAL VACANT LAND | 607.25 N SENECA | 30.50 | 125.00 |
| 50 | 5062 | 1117 SENECA | 331-COM VAC W/IMP | 30. E WALTER | 31.00 | 130.00 |
| 50 | 5078 | 28 TROUPE | 311-RESIDENTIAL VACANT LAND | 180 S WESCOTT | 30.00 | 125.00 |
| 50 | 5084 | 69 WESCOTT | 311-RESIDENTIAL VACANT LAND | 65. E TROUPE | 30.00 | 120.00 |
| 50 | 5227 | 1635 CLINTON | 311-RESIDENTIAL VACANT LAND | 47. W ROBERTS | 32.15 | 0.00 |
| 50 | 5241 | 75 FREDRO | 311-RESIDENTIAL VACANT LAND | 390. N CASIMIR | 30.00 | 100.00 |
| 50 | 5245 | 164 GEARY | 210-ONE FAMILY DWELLING | 945. NE SENECA | 35.00 | 110.00 |
| 50 | 5282 | 29 MELVIN | 281-MULTIPLE RESIDENCES | 265.59 S ELK | 30.30 | 0.00 |
| 50 | 5315 | 22 RYAN ST | 220-TWO FAMILY DWELLING | 190. NE SENECA | 40.00 | 110.00 |
| 51 | 10 | 763 DIVISION NORTH | 210-ONE FAMILY DWELLING | 74.44 E BOND | 25.00 | 105.00 |
| 51 | 39 | 378 FULTON | 210-ONE FAMILY DWELLING | 166.66 W RED JACKET | 33.33 | 151.00 |
| 51 | 61 | 136 MACKINAW | 220-TWO FAMILY DWELLING | 100. E LOUISIANA | 29.00 | 138.00 |
| 51 | 87 | 96 TENNESSEE | 210-ONE FAMILY DWELLING | 128. S OCONNELL | 25.00 | 102.00 |
| 51 | 122 | 621 FARGO | 220-TWO FAMILY DWELLING | 349. NW SCHOOL | 28.00 | 149.00 |
| 51 | 144 | 467 FOURTEENTH | 210-ONE FAMILY DWELLING | 60. SE HAMPSHIRE | 30.00 | 113.00 |
| 51 | 178 | 298 MASSACHUSETTS | 220-TWO FAMILY DWELLING | 121 SW FIFTEENTH | 29.50 | 125.00 |
| 51 | 189 | 1039 NIAGARA | 449-OTHER STORAGE & WAREHOUSE FACI | NORTH COR PROSPECT | 92.50 | 144.00 |
| 51 | 235 | 74 SCHOOL | 311-RESIDENTIAL VACANT LAND | 140.75 SW WEST | 25.00 | 114.00 |
| 51 | 448 | 130 GRAPE | 230-THREE FAMILY DWELLING | 310.04 N CARLTON | 30.00 | 100.00 |
| 51 | 476 | 275 MULBERRY | 220-TWO FAMILY DWELLING | 155.65 N HIGH | 30.00 | 100.00 |
| 51 | 482 | 225 ORANGE | 210-ONE FAMILY DWELLING | 115. N HIGH | 50.00 | 100.00 |
| 51 | 505 | 117 SPRUCE | 220-TWO FAMILY DWELLING | 300. N SYCAMORE | 30.25 | 106.00 |
| 51 | 524 | 614 BROADWAY | 330-COMMERCIAL VACANT LAND | 60. SW ADAMS | 28.00 | 111.00 |
| 51 | 534 | 32 C ST | 311-RESIDENTIAL VACANT LAND | 298. E FILLMORE | 30.00 | 142.00 |
| 51 | 536 | 47 CAYUGA | 311-RESIDENTIAL VACANT LAND | 467. E JEFFERSON | 28.00 | 130.00 |
| 51 | 556 | 192 FOX | 311-RESIDENTIAL VACANT LAND | 456. N SYCAMORE | 30.00 | 132.00 |
| 51 | 558 | 352 FOX | 210-ONE FAMILY DWELLING | 275.25 S NORTH | 40.00 | 141.00 |
| 51 | 566 | 1037 GENESEE | 330-COMMERCIAL VACANT LAND | 29.10 E WILSON | 74.64 | 100.00 |
| 51 | 579 | 97 GREY | 311-RESIDENTIAL VACANT LAND | 236.30 S SYCAMORE | 26.00 | 190.00 |
| 51 | 613 | 153 JOHNSON ST | 312-RESIDENTIAL LAND WITH SMALL IMPR | 132.89 N SYCAMORE | 15.00 | 87.00 |
| 51 | 622 | 298 LATHROP | 220-TWO FAMILY DWELLING | 151.23 S WALDEN | 32.00 | 87.00 |
| 51 | 644 | 543 NORTH ST EAST | 220-TWO FAMILY DWELLING | SE COR JOHNSON ST | 25.00 | 105.00 |
| 51 | 666 | 537 SHERMAN | 311-RESIDENTIAL VACANT LAND | 275. S GENESEE | 25.00 | 132.00 |
| 51 | 753 | 115 DETROIT | 230-THREE FAMILY DWELLING | 420. S PECKHAM | 35.00 | 118.00 |
| 51 | 755 | 137 DETROIT | 220-TWO FAMILY DWELLING | 210 S PECKHAM | 30.00 | 118.00 |
| 51 | 758 | 102 DETROIT | 311-RESIDENTIAL VACANT LAND | 368.89 N WILLIAM | 30.00 | 108.00 |
| 51 | 798 | 405 JEFFERSON | 311-RESIDENTIAL VACANT LAND | 275. N WILLIAM | 28.00 | 125.00 |
| 51 | 827 | 149 MADISON | 220-TWO FAMILY DWELLING | 179.41 S WILLIAM | 60.00 | 109.00 |
| 51 | 836 | 13 ONEIDA | 210-ONE FAMILY DWELLING | 101.88 E EMSLIE | 25.00 | 116.00 |
| 51 | 853 | 175 SEARS | 311-RESIDENTIAL VACANT LAND | 100. S KENT | 30.00 | 90.00 |
| 51 | 874 | 928 SMITH | 220-TWO FAMILY DWELLING | 300 S PECKHAM | 30.00 | 105.00 |

| In Rem | Serial | Address | Property Class | Property Description | Front / Depth | |
|---|---|---|---|---|---|---|
| 51 | 890 | 56 TOWNSEND | 311-RESIDENTIAL VACANT LAND | 409 S PECKHAM | 30.00 | 100.00 |
| 51 | 891 | 68 TOWNSEND | 311-RESIDENTIAL VACANT LAND | 303 S PECKHAM | 30.00 | 100.00 |
| 51 | 892 | 66 TOWNSEND | 311-RESIDENTIAL VACANT LAND | 120 S PECKHAM | 30.00 | 100.00 |
| 51 | 898 | 245 WATSON | 311-RESIDENTIAL VACANT LAND | 39O. S PECKHAM | 30.00 | 107.00 |
| 51 | 947 | 210 BUTLER | 411-APARTMENT | 130 W HUMBOLDT PKWY | 39.15 | 105.00 |
| 51 | 987 | 354 FLORIDA | 220-TWO FAMILY DWELLING | 60. W DAISY PL | 30.00 | 120.00 |
| 51 | 1022 | 167 GOULDING | 220-TWO FAMILY DWELLING | 525 E WOHLERS | 35.00 | 105.00 |
| 51 | 1041 | 15 HAUF | 210-ONE FAMILY DWELLING | 100 N UTICA | 65.00 | 119.00 |
| 51 | 1056 | 248 LANDON | 220-TWO FAMILY DWELLING | 213. W HUMBOLDT PKWY | 30.00 | 141.00 |
| 51 | 1149 | 525 WOODLAWN | 220-TWO FAMILY DWELLING | 402. W HUMBOLDT PKWY | 30.50 | 105.00 |
| 51 | 1176 | 1649 FILLMORE | 449-OTHER STORAGE & WAREHOUSE FACI | 102.58 S NORTHLAND | 222.00 | 0.00 |
| 51 | 1179 | 1342 FILLMORE | 482-DOWNTOWN ROW TYPE (DETACHED) | 60. N LANDON | 30.00 | 126.00 |
| 51 | 1184 | 1650 FILLMORE | 283-RESIDENCE WITH COMMERCIAL USE | 85. S NORTHLAND | 35.00 | 158.00 |
| 51 | 1208 | 60 GIRARD | 311-RESIDENTIAL VACANT LAND | 400. W FILLMORE | 30.00 | 165.00 |
| 51 | 1222 | 899 GLENWOOD | 311-RESIDENTIAL VACANT LAND | 129.49 E KEHR | 27.00 | 122.00 |
| 51 | 1226 | 850 HUMBOLDT | 220-TWO FAMILY DWELLING | NORTH COR WOEPPEL | 45.00 | 180.00 |
| 51 | 1232 | 72 INTER PARK | 311-RESIDENTIAL VACANT LAND | 270. W FILLMORE | 30.00 | 120.00 |
| 51 | 1267 | 709 RILEY | 311-RESIDENTIAL VACANT LAND | 2OO. W FILLMORE | 31.00 | 100.00 |
| 51 | 1479 | 233 MASTEN | 482-DOWNTOWN ROW TYPE (DETACHED) | 36. N EATON | 36.00 | 134.00 |
| 51 | 1494 | 163 NORTHAMPTON | 210-ONE FAMILY DWELLING | 247.5O W MASTEN | 30.00 | 130.00 |
| 51 | 1558 | 162 AUBURN | 220-TWO FAMILY DWELLING | 27.35 W BARTON | 35.00 | 100.00 |
| 51 | 1636 | 484 GRANT | 210-ONE FAMILY DWELLING | 112.25 N POOLEY | 37.04 | 56.00 |
| 51 | 1656 | 116 HERKIMER | 411-APARTMENT | 218. N FERRY | 30.00 | 150.00 |
| 51 | 1935 | 2167 NIAGARA | 210-ONE FAMILY DWELLING | 15O. S ARTHUR | 30.00 | 110.00 |
| 51 | 2003 | 40 ROYAL | 220-TWO FAMILY DWELLING | 324.43 E NIAGARA | 30.00 | 110.00 |
| 51 | 2120 | 35 SKILLEN | 482-DOWNTOWN ROW TYPE (DETACHED) | 150.55 W MILITARY | 180.50 | 0.00 |
| 51 | 2142 | 16 SHORT | 220-TWO FAMILY DWELLING | 130. N HERTEL | 30.00 | 120.00 |
| 51 | 2225 | 2566 MAIN | 220-TWO FAMILY DWELLING | SO COR ORCHARD PL | 40.00 | 151.00 |
| 51 | 2232 | 77 MONTICELLO | 220-TWO FAMILY DWELLING | 1O5. E SHELBOURNE | 35.00 | 107.00 |
| 51 | 2298 | 202 HINMAN | 210-ONE FAMILY DWELLING | 307.56 E ELMWOOD | 50.00 | 90.48 |
| 51 | 2409 | 244 BERKSHIRE | 210-ONE FAMILY DWELLING | 14O. E COMSTOCK | 35.00 | 102.00 |
| 51 | 2435 | 237 DARTMOUTH | 210-ONE FAMILY DWELLING | 392.49 W BAILEY | 34.00 | 152.00 |
| 51 | 2507 | 104 HEWITT | 210-ONE FAMILY DWELLING | 304.93 E PARKRIDGE | 34.00 | 112.00 |
| 51 | 2528 | 231 HUTCHINSON | 220-TWO FAMILY DWELLING | 376.89 W BAILEY | 31.00 | 110.00 |
| 51 | 2553 | 35 LARCHMONT | 210-ONE FAMILY DWELLING | 400. S BELLEVUE | 40.00 | 120.00 |
| 51 | 2575 | 500 LEROY | 482-DOWNTOWN ROW TYPE (DETACHED) | EAST COR MONTCLAIR | 31.00 | 135.00 |
| 51 | 2580 | 391 LEROY | 210-ONE FAMILY DWELLING | 3O. E CASTLE | 30.00 | 130.00 |
| 51 | 2631 | 43 MONTCLAIR | 311-RESIDENTIAL VACANT LAND | 21O. S SHAWNEE | 30.00 | 122.00 |
| 51 | 2633 | 28 MONTCLAIR | 220-TWO FAMILY DWELLING | 275. N LEROY | 30.00 | 122.00 |
| 51 | 2659 | 150 PARKRIDGE | 210-ONE FAMILY DWELLING | 390. N HUTCHINSON | 30.00 | 112.00 |
| 51 | 2682 | 15 RICHLAWN | 210-ONE FAMILY DWELLING | 125. N LEROY | 30.00 | 121.00 |
| 51 | 2782 | 21 ALMA | 210-ONE FAMILY DWELLING | 191.98 E OLYMPIC | 30.00 | 120.00 |
| 51 | 2784 | 63 ALMA | 311-RESIDENTIAL VACANT LAND | 57O. W BAILEY | 30.00 | 120.00 |
| 51 | 2822 | 29 BERWYN | 220-TWO FAMILY DWELLING | 268.98 E OLYMPIC | 32.00 | 124.00 |
| 51 | 2862 | 89 COLFAX | 220-TWO FAMILY DWELLING | 215 E DEERFIELD | 35.00 | 104.00 |
| 51 | 2890 | 406 DARTMOUTH | 210-ONE FAMILY DWELLING | 263 E SUFFOLK | 42.00 | 108.00 |

# EXHIBIT G

collection agency) used a Global Connect account to broadcast automated collection calls to consumers. Credit Power did the same, and also paid for WNY Account Solutions' account with Global Connect, as well as a similar account held by Check & Credit Recovery. And, like UDPS, Credit Power opened an account with CBC Innovis to "track Debtor's [sic] addresses and phone numbers." (Dkt. [454-16].)

The other companies engaged in similar conduct. For instance, WNY Solutions Group operated as a collection agency in Buffalo, while Universal Debt Solutions' operations have been characterized as "collect[ing] aggressively from third parties (debtors)," both from its own "significant debt collection portfolio" and also on behalf of Credit Power on a contingency basis. (Dkt. [454-6].) Universal Debt Solutions did so using a variety of names, including "Payday Loans & More" and "Worldwide Requisition." It also took funds from the debt-collection scheme to purchase real property and generate rental income.

S Payment, on the other hand, was organized later than the other LLC Defendants, in April 2014. The same day, S Payment executed a contract with Marcus Brown that permitted Brown and his affiliated companies to process

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

U.S. POSTAGE PAID
PME 2-Day
BUFFALO, NY
14226
NOV 23, 19
AMOUNT
**$25.50**
R2305M148989-41

1007 30303

UNITED STATES POSTAL SERVICE®

# PRIORITY® MAIL EXPRESS

U.S. Marshals
Atlanta Ga
CLEARED

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PS10001000006

EP13F
OD: 12

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL EXPRESS®

EJ 214 898 102 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHONE ( )

TASHA Pratcher
1070 Chestnut Ridge Rd
Amherst, NY 14228

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No.

Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☐ 1-Day | ☒ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|
| PO ZIP Code: 14226 | Scheduled Delivery Date (MM/DD/YY): 11-25-2019 | Postage: $ 25.50 | |
| Date Accepted (MM/DD/YY): 11-23-2019 | Scheduled Delivery Time: ☐ 10:30 AM ☒ 3:00 PM ☐ 12 NOON | Insurance Fee: $ | COD Fee: $ |
| Time Accepted: 10:40 ☒ AM ☐ PM | 10:30 AM Delivery Fee: $ | Return Receipt Fee: $ | Live Animal Transportation Fee: $ |
| Special Handling/Fragile: $ | Sunday/Holiday Premium Fee: $ | Total Postage & Fees | |
| Weight ☐ Flat Rate: 10.9 lbs. ozs. | Acceptance Employee Initials: ME | $ 25.50 | |

**DELIVERY OPTIONS (Customer Use Only)**

☐ **SIGNATURE REQUIRED** *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**

- ☐ No Saturday Delivery (delivered next business day)
- ☐ Sunday/Holiday Delivery Required (additional fee, where available*)
- ☐ 10:30 AM Delivery Required (additional fee, where available*)

*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )

US District Clerk Court
75 TED TURNER DR
NW Suite 2211
Atlanta, GA 30303

ZIP + 4® (U.S. ADDRESSES ONLY)

30303-

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| | ☐ AM ☐ PM | |

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

PEEL FROM THIS CORNER

LABEL 11-B, MARCH 2019 PSN 7690-02-000-9996