UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA,
ATLANTA DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>  Plaintiff,<br><br>  v.<br><br>UNIVERSAL DEBT & PAYMENT SOLUTIONS, LLC, *et al.*,<br><br>  Defendants. | Civil Action No.<br>1:15-CV-0859-RWS |

## **NOTICE CONCERNING DISCOVERY ORDERED BY THE COURT**

The Court's Order issued on February 19, 2020 required Defendants Tasha Pratcher, Marcus Brown, and Sarita Brown to respond to certain discovery requests of the Consumer Financial Protection Bureau (Bureau) within 14 days of service. ECF No. 624 at p. 26. As reported by the Bureau on April 10, 2020 (ECF No. 636), Tasha Pratcher timely produced documents responsive to the requests.

Marcus Brown and Sarita Brown were each granted an extension of time to respond to the discovery requests. ECF Nos. 634, 637 (ordering Marcus Brown and Sarita Brown, respectively, to respond by April 27, 2020).

Pursuant to the Order, the Bureau hereby provides notice of the following:

1. As previously reported by the Bureau on April 10, 2020, Sarita Brown produced two documents to the Bureau, an updated financial disclosure statement and her 2018 tax return, on March 27 and 30, 2020. See ECF No. 636. The documents appear to be responsive to Document Request No. 10. ECF No. 629 at 8. Sarita Brown did not respond to Document Requests 1-9. ECF No. 629 at 6-8.

2. On April 27, 2020, the Bureau sent an email to Ms. Brown inquiring about the status of her document production, including whether and when she intended to respond to Document Requests 1-9. Ms. Brown has not replied to the Bureau's email or produced any other documents to the Bureau.

3. Marcus Brown has not produced anything in response to the Bureau's document requests.

Dated: May 5, 2020　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　Consumer Financial Protection Bureau:

　　　　　　　　　　　　　　　　　　THOMAS G. WARD
　　　　　　　　　　　　　　　　　　Assistant Director for Enforcement

DAVID RUBENSTEIN
Deputy Enforcement Director

THOMAS KIM
Assistant Deputy Enforcement Director

*/s/ Mary K. Warren*

_____
Mary K. Warren (NY bar #2557684)
Rebecca J. Coleman (MD)
Maureen McOwen (DC bar # 976749)
ENFORCEMENT ATTORNEYS
1700 G Street NW
Washington, DC 20552
Phone (Warren): 202-435-7815
Phone (Coleman): 202-435-7541
Phone (McOwen): 202-435-9553
Email: Mary.Warren@cfpb.gov
Email:  Rebecca.Coleman@cfpb.gov
Email:  Maureen.Mcowen@cfpb.gov
Fax: 202-435-7722

and

Local Counsel

KURT ERSKINE, FIRST ASSISTANT
U.S. ATTORNEY

LORI BERANEK
ASSISTANT U.S. ATTORNEY
Georgia Bar No. 666825
600 Richard B. Russell Federal Bldg.
75 Spring Street, S.W.
Atlanta, GA 30303
Telephone: (404) 581-6225
Facsimile: (404) 581-6163
Email: lori.beranek@usdoj.gov

3

CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that on this day a true and correct copy of the foregoing document was filed with the clerk of court using the CM/ECF system, which will automatically send email notification of the filing to all attorneys of record, and was mailed by U.S.P.S. to the following defendants that do not have access to the CM/ECF system:

Marcus Brown  
142 Stratford Road  
Buffalo, NY  14216

Sarita Brown  
1070 Chestnut Ridge Road  
Amherst, NY  14228

Tasha Pratcher  
1070 Chestnut Ridge Road  
Amherst, NY 14228

Tasha Pratcher  
c/o Franklin R. Pratcher, Esq.  
1133 Kensington Ave.  
Buffalo, New York 14215

WNY Account Solutions  
c/o Marcus Brown  
142 Stratford Road  
Buffalo, NY 14216


*/s/ Mary K. Warren*                        May 5, 2020  
Enforcement Attorney