UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>    Plaintiff,<br><br>v.<br><br>UNIVERSAL DEBT & PAYMENT SOLUTIONS, LLC, *et al.*,<br><br>    Defendants. | Civil Action No. 1:15-CV-0859-RWS |

### [PROPOSED] ORDER EXTENDING TIME FOR FORMER DEFENDANT GLOBAL PAYMENTS INC. TO RESPOND TO MOTION FOR ENTRY OF ORDER

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), and for good cause shown, the Court hereby ORDERS that the deadline for former defendant Global Payments Inc. respond to the Receiver's Motion for Entry of Order Directing Frontline Processing Corp. and Global Payments to Show Cause Why They Should Not Be Held in Contempt of This Court (dkt. 684) by 14 days, up to and including January 19, 2021.

[signature on following page]

DONE and ORDERED, this \_\_\_\_ day of December, 2020.

                                                      _____
                                                      Hon. Richard W. Story
                                                      Judge, United States District Court
                                                      Northern District of Georgia

Prepared by:

Michael A. Caplan
GA Bar No. 601039
**CAPLAN COBB LLP**
75 Fourteenth Street NE
Suite 2750
Atlanta, GA 30309
Tel: (404) 596-5610
Fax: (404) 596-5604
*mcaplan@caplancobb.com*

*Counsel for Global Payments Inc.*